UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No.  1:20-cv-08647-PGG<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF BRIAN BLANCHETTE AND MICHAEL GETZ FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.       I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Brian Blanchette ("Blanchette") and Michael Getz ("Getz"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of Blanchette and Getz for appointment as Co-Lead Plaintiffs for the Class and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.       Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Blanchette and Getz in the above-captioned consolidated action ("Consolidated Action"); |
| Exhibit B: | Press release published over *Globe Newswire*, announcing the pendency of the first-filed of the actions comprising the Consolidated Action; |
| Exhibit C: | Shareholder Certification executed by Blanchette and Getz; |
| Exhibit D: | Joint Declaration executed by Blanchette and Getz; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 25, 2020, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1