# EXHIBIT A

**Evolus, Inc. (EOLS)**
**Class Period: February 1, 2019 through July 6, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $3.6016 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Getz, Michael | 3/18/2019 | 4 | $24.3700 | ($97) | | | | | | | |
| Getz, Michael | 3/18/2019 | 6 | $24.3800 | ($146) | | | | | | | |
| Getz, Michael | 3/25/2019 | 2 | $22.3088 | ($45) | | | | | | | |
| Getz, Michael | 3/26/2019 | 20 | $20.6384 | ($413) | | | | | | | |
| Getz, Michael | 4/5/2019 | 50 | $24.5278 | ($1,226) | | | | | | | |
| Getz, Michael | 4/8/2019 | 15 | $26.2648 | ($394) | | | | | | | |
| Getz, Michael | 4/15/2019 | 20 | $24.7220 | ($494) | | | | | | | |
| Getz, Michael | 4/29/2019 | 20 | $27.4332 | ($549) | | | | | | | |
| Getz, Michael | 4/29/2019 | 35 | $26.2332 | ($918) | | | | | | | |
| Getz, Michael | 4/30/2019 | 6 | $24.7263 | ($148) | | | | | | | |
| Getz, Michael | 5/14/2019 | 10 | $22.8742 | ($229) | | | | | | | |
| Getz, Michael | 5/16/2019 | 25 | $19.3200 | ($483) | | | | | | | |
| Getz, Michael | 6/3/2019 | 30 | $13.7470 | ($412) | | | | | | | |
| Getz, Michael | 6/6/2019 | 30 | $16.6697 | ($500) | | | | | | | |
| Getz, Michael | 6/21/2019 | 30 | $13.0990 | ($393) | | | | | | | |
| Getz, Michael | 7/11/2019 | 60 | $15.9500 | ($957) | | | | | | | |
| Getz, Michael | 8/8/2019 | 5 | $17.6400 | ($88) | | | | | | | |
| Getz, Michael | 8/14/2019 | 35 | $14.9100 | ($522) | | | | | | | |
| Getz, Michael | 9/24/2019 | 25 | $18.1004 | ($453) | | | | | | | |
| Getz, Michael | 10/17/2019 | 10 | $15.2796 | ($153) | | | | | | | |
| Getz, Michael | 11/19/2019 | 7 | $14.0300 | ($98) | | | | | | | |
| Getz, Michael | 12/10/2019 | 25 | $12.3600 | ($309) | | | | | | | |
| Getz, Michael | 12/31/2019 | 10 | $12.1988 | ($122) | | | | | | | |
| Getz, Michael | 1/8/2020 | 17 | $11.6143 | ($197) | | | | | | | |
| Getz, Michael | 1/23/2020 | 15 | $10.2050 | ($153) | | | | | | | |
| Getz, Michael | 3/6/2020 | 15 | $7.5195 | ($113) | | | | | | | |
| Getz, Michael | 3/19/2020 | 25 | $3.8545 | ($96) | | | | | | | |
| Getz, Michael | 6/12/2020 | 50 | $5.1351 | ($257) | | | | | | | |
| Getz, Michael | 7/15/2020 | 25 | $3.1571 | ($79) | | | | | | | |
| **Getz, Michael** | | **627** | | **($10,045)** | | | | | **627** | **$2,258** | **($7,787)** |
| | | | | | | | | | | | |
| **Blanchette, Brian** | **4/10/2019** | **366** | **$26.1431** | **($9,568)** | | | | | **366** | **$1,318** | **($8,250)** |
| Summary | | | | | | | | | | | |
| Blanchette, Brian | | 366 | | ($9,568) | | | | | 366 | | ($8,250) |
| Getz, Michael | | 627 | | ($10,045) | | | | | 627 | | ($7,787) |
| **Total** | | **993** | | **($19,614)** | | | | | **993** | | **($16,037)** |

*Average Closing Prices from July 7 to October 4