**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 1:20-CV-08647 (PGG)<br><br>CLASS ACTION |

**THE INVESTOR GROUP'S NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Armin Malakouti, Mahmood Gholami, and Daniel Mierlak (the "Investor Group"), by and through its counsel, hereby moves this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing the Investor Group as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the defendants in the above-captioned action who purchased or otherwise acquired Evolus Inc. securities during the proposed class period (the "Class") and (2) approving proposed Lead Plaintiff's selection of Lowey Dannenberg, P.C. as Lead Counsel for the Class.

Dated:  November 25, 2020

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

*s/ Andrea Farah*
Andrea Farah
Christian Levis
Frank Strangeman
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone:  914-997-0500
Facsimile:  914-997-0035
Email: afarah@lowey.com
       clevis@lowey.com
       fstrangeman@lowey.com

*Counsel for the Proposed Lead Plaintiff and the
Proposed Lead Counsel for the Putative Class*