**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 1:20-cv-08647 (PGG)<br><br>CLASS ACTION |

**DECLARATION OF CHRISTIAN LEVIS IN SUPPORT OF MOTION OF THE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Christian Levis, Esq., hereby declare as follows:

1.      I am a Partner with Lowey Dannenberg, P.C. ("Lowey"), counsel on behalf of Armin Malakouti, Mahmood Gholami, and Daniel Mierlak (the "Investor Group"), and have personal knowledge of the facts set forth herein.

2.      I am duly admitted to practice law in the State of New York.

3.      I make this Declaration in support of the Investor Group's motion for appointment as Lead Plaintiff for the Class and approval of their selection of Lowey as Lead Counsel in this Action.

4.      Attached hereto as exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss Chart reflecting the losses incurred by the Investor Group;

Exhibit B:    Press release published over *Globe Newswire* on October 16, 2020, announcing the pendency of the securities class action against defendants herein: *Malakouti v. Evolus, Inc.,* No. 1:20-cv-08647 (S.D.N.Y.) (PGG);

Exhibit C:    Shareholder Certifications executed by members of the Investor Group;

Exhibit D:    Firm résumé of Lowey, proposed Lead Counsel for the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed in White Plains, New York, on November 25, 2020.

/s/ Christian Levis
Christian Levis