# EXHIBIT-A

**Evolus Company Loss Chart**

| Name | Date Purchased | Shares Purchased | Price Per Share | Total Cost | Date Sold | Shares Sold | Price Per Share | Total | Total Gain (Loss) (LIFO) |
|---|---|---|---|---|---|---|---|---|---|
| Malakouti, Armin | 4/25/2019 | 100 | $ 27.751 | $ 2,775.10 | | | | | |
| Malakouti, Armin | 4/29/2019 | 100 | $ 26.50 | $ 2,650.00 | | | | | |
| Malakouti, Armin | 7/18/2019 | 700 | $ 19.70 | $ 13,790.00 | | | | | |
| Malakouti, Armin | | | | | 8/6/2019 | 130 | $ 16.290 | $ 2,117.70 | $ 443.30 |
| Malakouti, Armin | | | | | 7/7/2020 | 400 | $ 3.780 | $ 1,512.00 | $ 6,368.00 |
| Malakouti, Armin | | | | | 7/8/2020 | 370 | $ 3.605 | $ 1,333.85 | $ 7,440.25 |
| **Totals:** | | **900** | | **$ 19,215.10** | | **900** | | **$ 4,963.55** | **$ (14,251.55)** |

| | |
|---|---|
| Post class Average Price For Sales Date of 7/8/2020 | 3.605 |

**Evolus Company Loss Chart**

| Name | Date Purchased | Shares Purchased | Price Per Share | Total Cost | Date Sold | Shares Sold | Price Per Share | Total | Shares Retained | Value Retained | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gholami, Mahmood | 2/25/2020 | 4,600 | $ 10.1716 | $ 46,789.36 | | | | | | | |
| Gholami, Mahmood | 2/25/2020 | 400 | $ 10.165 | $ 4,066.00 | | | | | | | |
| **Totals:** | | **5,000** | | **$ 50,855.36** | | | | | **5000** | **$ 17,926.99** | **$ (32,928.38)** |

90 Day Post Class
Period Average Price    $    3.585397

**Evolus Company Loss Chart**

| Name | Date Purchased | Shares Purchased | Price Per Share | Total Cost | Date Sold | Shares Sold | Price Per Share | Total | Shares Retained | Value Retained | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mierlak, Daniel | 3/29/2019 | 234 | $ 21.22 | $ 4,965.48 | | | | | | | |
| Mierlak, Daniel | 4/8/2019 | 189 | $ 26.77 | $ 5,059.53 | | | | | | | |
| | | | | | | | | | 423 | $ 1,516.62 | |
| **Totals**: | | **423** | | **$ 10,025.01** | | | | | | | **$ (8,508.39)** |

90 Day Post Class
 Period Average
   Price    $ 3.585397