# EXHIBIT-C

SWORN CERTIFICATION OF PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Armin Malakouti certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I am duly authorized to institute legal action against Evolus, Inc. and other defendants.

3. I did not purchase the Evolus, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions in Evolus, Inc. securities during the Class Period are set forth below.

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


September 30 , 2020
Date

_____
Armin Malakouti

Armin Malakouti's Transactions in Evolus, Inc. securities during the Class Period:

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 04/25/2019 | Buy | 100 | $27.75 |
| 04/29/2019 | Buy | 100 | $26.50 |
| 07/18/2019 | Buy | 700 | $19.70 |
| 08/06/2019 | Sell | 130 | $16.29 |
| | | | |
| | | | |

## SWORN CERTIFICATION OF PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Mahmood Gholami certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I am duly authorized to institute legal action against Evolus, Inc. and other defendants.

3. I did not purchase the Evolus, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions in Evolus, Inc. securities during the Class Period are set forth below.

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

October 20, 2020
Date

Mahmood Gholami

Mahmood Gholami's Transactions in Evolus, Inc., securities during the Class Period:

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 02/21/20 | Buy | 400 | $10.16 |
| 02/21/20 | Buy | 4,600 | $10.17 |
| | | | |
| | | | |

SWORN CERTIFICATION OF PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Daniel Mierlak, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I am duly authorized to institute legal action against Evolus, Inc. and other defendants.

3. I did not purchase the Evolus, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions in Evolus, Inc. securities during the Class Period are set forth below.

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


November 24, 2020
Date

Daniel Mierlak

Daniel Mierlak's Transactions in Evolus, Inc. securities during the Class Period:

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 04/08/19 | Buy | 189 | $26.77 |
| 03/29/19 | Buy | 234 | $21.22 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |