**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | **CASE No.: 1:20-cv-08647-PGG**<br><br>**NOTICE OF MOTION AND MOTION OF RAJA AHMAD TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Raja Ahmad ("Movant") hereby moves this Court, the Honorable Paul G. Gardephe, on a date and at a time to be designated by the Court, for an order:

    (a)    appointing Movant to serve as Lead Plaintiff in this action; and

    (b)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

1

In support of this Motion, Movants submit: (i) the Memorandum of Law dated December 15, 2020 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.[1]

Dated: December 15, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

---

[1] Since the PSLRA allows any class member to petition for appointment as Lead Plaintiff, in accordance with Rule IV(C)(1) of the Court's Individual Rules of Civil Practice, Movant is filing this motion on ECF before briefing is complete to preserve his rights.

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>