# EXHIBIT 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Evolus, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Evolus, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| First name: | Raja |
| Middle initial: | Shehzad |
| Last name: | Ahmad |
| Address: | Redacted |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Facsimile: | |
| Phone: | |
| Email: | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 03/04/2019 | 5650 | 25.879 |
| Common Stock | 03/04/2019 | 14350 | 25.90 |
| Common Stock | 03/04/2019 | 20000 | 25.90 |
| Common Stock | 03/20/2019 | 20000 | 24.699 |
| Common Stock | 03/20/2019 | 20000 | 24.80 |
| Common Stock | 04/09/2019 | 9475 | 26.00 |
| Common Stock | 04/09/2019 | 10525 | 26.00 |
| Common Stock | 04/15/2019 | 1156 | 24.50 |
| Common Stock | 04/15/2019 | 4416 | 24.50 |
| Common Stock | 04/16/2019 | 10000 | 24.873 |
| Common Stock | 04/16/2019 | 14428 | 24.892 |

**Certification for Raja Ahmad (cont.)**

| | | | |
|---|---|---|---|
| Common Stock | 04/22/2019 | 3280 | 24.499 |
| Common Stock | 04/22/2019 | 6720 | 24.500 |
| Common Stock | 04/29/2019 | 20000 | 25.999 |
| Common Stock | 05/20/2019 | 10000 | 17.540 |
| Common Stock | 05/20/2019 | 10000 | 17.571 |
| Common Stock | 05/20/2019 | 10000 | 17.788 |
| Common Stock | 05/20/2019 | 10000 | 17.857 |
| Common Stock | 06/03/2019 | 3489 | 13.70 |
| Common Stock | 06/03/2019 | 6511 | 14.351 |
| Common Stock | 06/03/2019 | 10000 | 14.200 |
| Common Stock | 06/03/2019 | 10000 | 14.406 |
| Common Stock | 06/03/2019 | 10000 | 14.739 |
| Common Stock | 06/25/2019 | 10000 | 14.364 |
| Common Stock | 06/25/2019 | 10000 | 14.401 |
| Common Stock | 06/25/2019 | 10000 | 14.414 |
| Common Stock | 12/23/2019 | 50000 | 12.00 |
| Common Stock | 12/24/2019 | 10000 | 11.900 |
| Common Stock | 12/26/2019 | 10000 | 11.950 |

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 03/13/2019 | 10000 | 25.80 |
| Common Stock | 03/13/2019 | 10000 | 25.81 |
| Common Stock | 03/13/2019 | 10000 | 25.838 |
| Common Stock | 03/13/2019 | 10000 | 26.20 |
| Common Stock | 04/11/2019 | 1416 | 25.629 |
| Common Stock | 04/11/2019 | 5000 | 25.292 |
| Common Stock | 04/11/2019 | 10000 | 25.006 |
| Common Stock | 04/11/2019 | 10000 | 25.114 |
| Common Stock | 04/11/2019 | 10000 | 25.190 |
| Common Stock | 04/11/2019 | 23584 | 24.762 |
| Common Stock | 05/17/2019 | 10000 | 16.124 |
| Common Stock | 05/17/2019 | 10000 | 16.259 |
| Common Stock | 05/17/2019 | 20000 | 15.875 |
| Common Stock | 05/17/2019 | 20000 | 16.027 |
| Common Stock | 05/28/2019 | 40000 | 15.330 |
| Common Stock | 06/18/2019 | 10000 | 13.427 |
| Common Stock | 06/18/2019 | 10000 | 13.454 |
| Common Stock | 06/18/2019 | 20000 | 13.328 |
| Common Stock | 06/27/2019 | 30000 | 13.981 |
| Common Stock | 01/14/2020 | 20000 | 11.289 |
| Common Stock | 01/14/2020 | 50000 | 11.350 |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

**Certification for Raja Ahmad (cont.)**

I declare under penalty of perjury, under the laws of the
United States, that the information entered is accurate:          YES

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.          YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform
Electronic Transactions Act as adopted by the various states and territories of the
United States.

Date of signing: 12/01/2020

