# EXHIBIT 3

**Evolus, Inc. Loss Chart**
**Class Period: February 1, 2019 through July 6, 2020**

Lookback Price

| Name | Date Purchased* | Shares | Price per Share | Total | Date Sold* | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $3.59 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raja  Ahmad | 3/4/2019 | 5,650 | ($25.88) | ($146,216.35) | 3/13/2019 | 10,000 | $25.80 | $258,000.00 | | | | |
| | 3/4/2019 | 14,350 | ($25.90) | ($371,665.00) | 3/13/2019 | 10,000 | $25.81 | $258,100.00 | | | | |
| | 3/4/2019 | 20,000 | ($25.90) | ($518,000.00) | 3/13/2019 | 10,000 | $25.84 | $258,380.00 | | | | |
| | 3/20/2019 | 20,000 | ($24.70) | ($493,980.00) | 3/13/2019 | 10,000 | $26.20 | $262,000.00 | | | | |
| | 3/20/2019 | 20,000 | ($24.80) | ($496,000.00) | 4/11/2019 | 1,416 | $25.63 | $36,290.66 | | | | |
| | 4/9/2019 | 9,475 | ($26.00) | ($246,350.00) | 4/11/2019 | 5,000 | $25.29 | $126,460.00 | | | | |
| | 4/9/2019 | 10,525 | ($26.00) | ($273,650.00) | 4/11/2019 | 10,000 | $25.01 | $250,060.00 | | | | |
| | 4/15/2019 | 1,156 | ($24.50) | ($28,322.00) | 4/11/2019 | 10,000 | $25.11 | $251,140.00 | | | | |
| | 4/15/2019 | 4,416 | ($24.50) | ($108,192.00) | 4/11/2019 | 10,000 | $25.19 | $251,900.00 | | | | |
| | 4/16/2019 | 10,000 | ($24.87) | ($248,730.00) | 4/11/2019 | 23,584 | $24.76 | $583,987.01 | | | | |
| | 4/16/2019 | 14,428 | ($24.89) | ($359,141.78) | 5/17/2019 | 10,000 | $16.12 | $161,240.00 | | | | |
| | 4/22/2019 | 3,280 | ($24.50) | ($80,356.72) | 5/17/2019 | 10,000 | $16.26 | $162,590.00 | | | | |
| | 4/22/2019 | 6,720 | ($24.50) | ($164,640.00) | 5/17/2019 | 20,000 | $15.88 | $317,500.00 | | | | |
| | 4/29/2019 | 20,000 | ($26.00) | ($519,980.00) | 5/17/2019 | 20,000 | $16.03 | $320,540.00 | | | | |
| | 5/20/2019 | 10,000 | ($17.54) | ($175,400.00) | 5/28/2019 | 40,000 | $15.33 | $613,200.00 | | | | |
| | 5/20/2019 | 10,000 | ($17.57) | ($175,710.00) | 6/18/2019 | 10,000 | $13.43 | $134,270.00 | | | | |
| | 5/20/2019 | 10,000 | ($17.79) | ($177,880.00) | 6/18/2019 | 10,000 | $13.45 | $134,540.00 | | | | |
| | 5/20/2019 | 10,000 | ($17.86) | ($178,570.00) | 6/18/2019 | 20,000 | $13.33 | $266,560.00 | | | | |
| | 6/3/2019 | 3,489 | ($13.70) | ($47,799.30) | 6/27/2019 | 30,000 | $13.98 | $419,430.00 | | | | |
| | 6/3/2019 | 6,511 | ($14.35) | ($93,439.36) | 1/14/2020 | 20,000 | $11.29 | $225,780.00 | | | | |
| | 6/3/2019 | 10,000 | ($14.20) | ($142,000.00) | 1/14/2020 | 50,000 | $11.35 | $567,500.00 | | | | |
| | 6/3/2019 | 10,000 | ($14.41) | ($144,060.00) | | | | | | | | |
| | 6/3/2019 | 10,000 | ($14.74) | ($147,390.00) | | | | | | | | |
| | 6/25/2019 | 10,000 | ($14.36) | ($143,640.00) | | | | | | | | |
| | 6/25/2019 | 10,000 | ($14.40) | ($144,010.00) | | | | | | | | |
| | 6/25/2019 | 10,000 | ($14.41) | ($144,140.00) | | | | | | | | |
| | 12/23/2019 | 50,000 | ($12.00) | ($600,000.00) | | | | | | | | |
| | 12/24/2019 | 10,000 | ($11.90) | ($119,000.00) | | | | | | | | |
| | 12/26/2019 | 10,000 | ($11.95) | ($119,500.00) | | | | | | | | |
| | | 340,000 | | ($6,607,762.51) | | 340,000 | | $5,859,467.67 | 0 | $0.00 | ($748,294.84) | |

*Some dates reflect settlement dates