# EXHIBIT C

Loss Chart

**Company Name:** Evolus, Inc.
**Ticker:** EOLS
**Class Period:** February 1, 2019 to July 6, 2020
**Name:** James LeFebvre

**Common Stock**

**Opening Position:** 2,000

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/1/2019 | 1,000 | $16.5000 | -$16,500.0000 | | $0.0000 | -$16,500.00 |
| 2/4/2019 | -1,000 | | $0.0000 | $20.9000 | $20,900.0000 | $20,900.00 |
| 2/5/2019 | 2,000 | $23.0500 | -$46,100.0000 | | $0.0000 | -$46,100.00 |
| 2/7/2019 | -1,000 | | $0.0000 | $28.9600 | $28,960.0000 | $28,960.00 |
| 2/7/2019 | -1,000 | | $0.0000 | $27.3000 | $27,300.0000 | $27,300.00 |
| 2/8/2019 | 2,000 | $26.1500 | -$52,300.0000 | | $0.0000 | -$52,300.00 |
| 2/11/2019 | -1,000 | | $0.0000 | $27.1500 | $27,150.0000 | $27,150.00 |
| 2/11/2019 | -1,000 | | $0.0000 | $27.5500 | $27,550.0000 | $27,550.00 |
| 2/12/2019 | 1,000 | $28.3000 | -$28,300.0000 | | $0.0000 | -$28,300.00 |
| 2/20/2019 | 1,000 | $25.2000 | -$25,200.0000 | | $0.0000 | -$25,200.00 |
| 2/28/2019 | 1,000 | $26.0100 | -$26,010.0000 | | $0.0000 | -$26,010.00 |
| 3/1/2019 | -1,000 | | $0.0000 | $27.1900 | $27,190.0000 | $27,190.00 |
| 3/4/2019 | 1,000 | $27.4900 | -$27,490.0000 | | $0.0000 | -$27,490.00 |
| 3/4/2019 | 1,000 | $26.5100 | -$26,510.0000 | | $0.0000 | -$26,510.00 |
| 3/6/2019 | 1,000 | $25.3500 | -$25,350.0000 | | $0.0000 | -$25,350.00 |
| 3/19/2019 | -1,000 | | $0.0000 | $26.8400 | $26,840.0000 | $26,840.00 |
| 3/22/2019 | 2,000 | $23.9000 | -$47,800.0000 | | $0.0000 | -$47,800.00 |
| 4/8/2019 | -1,000 | | $0.0000 | $25.8800 | $25,880.0000 | $25,880.00 |
| 4/8/2019 | -1,000 | | $0.0000 | $26.4000 | $26,400.0000 | $26,400.00 |
| 4/30/2019 | 2,000 | $25.6500 | -$51,300.0000 | | $0.0000 | -$51,300.00 |
| 5/16/2019 | 915 | $19.6000 | -$17,934.0000 | | $0.0000 | -$17,934.00 |
| 5/16/2019 | 1,085 | $19.7000 | -$21,374.5000 | | $0.0000 | -$21,374.50 |
| 5/16/2019 | 2,000 | $19.7500 | -$39,500.0000 | | $0.0000 | -$39,500.00 |
| 5/17/2019 | 2,000 | $16.1100 | -$32,220.0000 | | $0.0000 | -$32,220.00 |
| 5/28/2019 | 6,000 | $15.2000 | -$91,200.0000 | | $0.0000 | -$91,200.00 |
| 6/6/2019 | -500 | | $0.0000 | $17.3500 | $8,675.0000 | $8,675.00 |
| 6/6/2019 | -500 | | $0.0000 | $17.4500 | $8,725.0000 | $8,725.00 |
| 6/7/2019 | 1,000 | $15.5000 | -$15,500.0000 | | $0.0000 | -$15,500.00 |
| 7/16/2019 | -1,000 | | $0.0000 | $16.4900 | $16,490.0000 | $16,490.00 |
| 7/17/2019 | -500 | | $0.0000 | $18.0300 | $9,015.0000 | $9,015.00 |
| 7/17/2019 | -500 | | $0.0000 | $18.0200 | $9,010.0000 | $9,010.00 |
| 7/23/2019 | 2,000 | $17.5500 | -$35,100.0000 | | $0.0000 | -$35,100.00 |
| 8/27/2019 | 496 | $14.3000 | -$7,092.8000 | | $0.0000 | -$7,092.80 |
| 8/28/2019 | -496 | | $0.0000 | $14.8400 | $7,360.6400 | $7,360.64 |
| 9/3/2019 | 1,000 | $16.0900 | -$16,090.0000 | | $0.0000 | -$16,090.00 |
| 9/19/2019 | -5 | | $0.0000 | $17.7000 | $88.5000 | $88.50 |
| 9/20/2019 | -995 | | $0.0000 | $17.8100 | $17,720.9500 | $17,720.95 |
| 9/20/2019 | -1,000 | | $0.0000 | $18.4100 | $18,410.0000 | $18,410.00 |
| 9/20/2019 | -1,000 | | $0.0000 | $18.6600 | $18,660.0000 | $18,660.00 |
| 9/24/2019 | 2,000 | $17.0100 | -$34,020.0000 | | $0.0000 | -$34,020.00 |
| 10/1/2019 | -1,000 | | $0.0000 | $15.4500 | $15,450.0000 | $15,450.00 |
| 10/3/2019 | 5 | $15.2376 | -$76.1880 | | $0.0000 | -$76.19 |
| 10/3/2019 | 5 | $15.2479 | -$76.2395 | | $0.0000 | -$76.24 |
| 10/3/2019 | 90 | $15.2300 | -$1,370.7000 | | $0.0000 | -$1,370.70 |
| 10/8/2019 | 900 | $13.8500 | -$12,465.0000 | | $0.0000 | -$12,465.00 |
| 10/8/2019 | -500 | | $0.0000 | $14.2200 | $7,110.0000 | $7,110.00 |
| 10/11/2019 | -400 | | $0.0000 | $14.2625 | $5,705.0000 | $5,705.00 |
| 10/14/2019 | -100 | | $0.0000 | $14.4166 | $1,441.6600 | $1,441.66 |
| 10/15/2019 | -200 | | $0.0000 | $15.1500 | $3,030.0000 | $3,030.00 |
| 10/16/2019 | 200 | $14.8500 | -$2,970.0000 | | $0.0000 | -$2,970.00 |
| 10/21/2019 | -200 | | $0.0000 | $16.1500 | $3,230.0000 | $3,230.00 |
| 10/21/2019 | -300 | | $0.0000 | $16.2803 | $4,884.0900 | $4,884.09 |
| 10/23/2019 | -200 | | $0.0000 | $16.7100 | $3,342.0000 | $3,342.00 |
| 10/23/2019 | -100 | | $0.0000 | $16.6500 | $1,665.0000 | $1,665.00 |
| 10/24/2019 | -200 | | $0.0000 | $16.7900 | $3,358.0000 | $3,358.00 |
| 10/28/2019 | -500 | | $0.0000 | $17.3900 | $8,695.0000 | $8,695.00 |
| 10/31/2019 | 500 | $16.0000 | -$8,000.0000 | | $0.0000 | -$8,000.00 |
| 11/4/2019 | -300 | | $0.0000 | $17.2200 | $5,166.0000 | $5,166.00 |
| 11/6/2019 | 300 | $14.9000 | -$4,470.0000 | | $0.0000 | -$4,470.00 |
| 12/11/2019 | -95 | | $0.0000 | $12.2700 | $1,165.6500 | $1,165.65 |
| 12/11/2019 | -125 | | $0.0000 | $12.2672 | $1,533.4000 | $1,533.40 |
| 12/11/2019 | -20 | | $0.0000 | $12.2670 | $245.3400 | $245.34 |
| 12/11/2019 | -100 | | $0.0000 | $12.2645 | $1,226.4500 | $1,226.45 |
| 12/11/2019 | -100 | | $0.0000 | $12.2600 | $1,226.0000 | $1,226.00 |
| 12/16/2019 | -560 | | $0.0000 | $12.6500 | $7,084.0000 | $7,084.00 |
| 1/22/2020 | -1,000 | | $0.0000 | $10.0454 | $10,045.4000 | $10,045.40 |
| 1/22/2020 | -48 | | $0.0000 | $10.1050 | $485.0400 | $485.04 |
| 1/22/2020 | -952 | | $0.0000 | $10.1000 | $9,615.2000 | $9,615.20 |
| 3/5/2020 | -1,000 | | $0.0000 | $7.0350 | $7,035.0000 | $7,035.00 |
| 4/29/2020 | 2,000 | $4.3800 | -$8,760.0000 | | $0.0000 | -$8,760.00 |

Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/1/2020 | 4,000 | $3.9200 | -$15,680.0000 | | $0.0000 | -$15,680.00 |
| 5/22/2020 | -1,000 | | $0.0000 | $6.1000 | $6,100.0000 | $6,100.00 |
| 5/22/2020 | -1,000 | | $0.0000 | $5.7300 | $5,730.0000 | $5,730.00 |
| 5/29/2020 | 2,000 | $4.6400 | -$9,280.0000 | | $0.0000 | -$9,280.00 |
| 6/1/2020 | -1,000 | | $0.0000 | $5.1400 | $5,140.0000 | $5,140.00 |
| 6/5/2020 | -1,000 | | $0.0000 | $5.3100 | $5,310.0000 | $5,310.00 |
| 6/8/2020 | -500 | | $0.0000 | $6.2300 | $3,115.0000 | $3,115.00 |
| 6/9/2020 | 500 | $5.9300 | -$2,965.0000 | | $0.0000 | -$2,965.00 |
| 6/9/2020 | 1,000 | $5.9000 | -$5,900.0000 | | $0.0000 | -$5,900.00 |
| 6/11/2020 | 1,000 | $4.7900 | -$4,790.0000 | | $0.0000 | -$4,790.00 |
| 6/12/2020 | -500 | | $0.0000 | $5.1501 | $2,575.0500 | $2,575.05 |
| 6/15/2020 | -500 | | $0.0000 | $5.0800 | $2,540.0000 | $2,540.00 |
| 6/18/2020 | -432 | | $0.0000 | $5.9900 | $2,587.6800 | $2,587.68 |
| 6/18/2020 | -68 | | $0.0000 | $5.9000 | $401.2000 | $401.20 |
| 6/18/2020 | 295 | $5.3000 | -$1,563.5000 | | $0.0000 | -$1,563.50 |
| 6/18/2020 | 205 | $5.3352 | -$1,093.7160 | | $0.0000 | -$1,093.72 |
| 6/22/2020 | -500 | | $0.0000 | $5.8900 | $2,945.0000 | $2,945.00 |
| 6/23/2020 | -500 | | $0.0000 | $6.1400 | $3,070.0000 | $3,070.00 |
| 7/2/2020 | -1,000 | | $0.0000 | $5.4600 | $5,460.0000 | $5,460.00 |
| 7/6/2020 | -1,000 | | $0.0000 | $5.3350 | $5,335.0000 | $5,335.00 |
| 7/6/2020[1] | -5,000 | | $0.0000 | $3.1200 | $15,600.0000 | $15,600.00 |
| 7/6/2020[1] | -1,000 | | $0.0000 | $2.6900 | $2,690.0000 | $2,690.00 |
| 7/6/2020[1] | -4,000 | | $0.0000 | $2.6800 | $10,720.0000 | $10,720.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **4,000** | | | | **Subtotal:** | **-$227,969.39** |
| | | | **90-Day Average Price[2]** | **Shares Retained** | **90-Day Average:** | **$14,341.59** |
| | | | $3.5854 | 4,000 | **Total:** | **-$213,627.81** |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/5/2019 | Sold | Call | Feb 15, 2019 / $25 | -20 | $0.7500 | $1,500.00 |
| 2/5/2019 | Bought | Call | Feb 15, 2019 / $25 | 20 | $2.9000 | -$5,800.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$4,300.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/12/2019 | Sold | Call | Feb 15, 2019 / $30 | -10 | $0.8000 | $800.00 |
| 2/15/2019 | Expired | Call | Feb 15, 2019 / $30 | 10 | | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$800.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/30/2019 | Sold | Call | May 17, 2019 / $26 | -3 | $1.1500 | $345.00 |
| 4/30/2019 | Sold | Call | May 17, 2019 / $26 | -7 | $1.0000 | $700.00 |
| 5/17/2019 | Expired | Call | May 17, 2019 / $26 | 10 | | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$1,045.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/23/2019 | Sold | Call | May 17, 2019 / $27 | -20 | $1.2000 | $2,400.00 |
| 5/17/2019 | Expired | Call | May 17, 2019 / $27 | 20 | | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,400.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/18/2019 | Sold | Call | Jul 19, 2019 / $20 | -10 | $0.2000 | $200.00 |
| 7/19/2019 | Expired | Call | Jul 19, 2019 / $20 | 10 | | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$200.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/11/2019 | Bought | Call | Oct 18, 2019 / $15 | 10 | $2.3000 | -$2,300.00 |
| 7/16/2019 | Sold | Call | Oct 18, 2019 / $15 | -5 | $3.5000 | $1,750.00 |
| 10/16/2019 | Sold | Call | Oct 18, 2019 / $15 | -5 | $0.3500 | $175.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$375.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 5/22/2020 | Bought | Call | Jun 19, 2020 / $4 | 20 | $1.2500 | -$2,500.00 |
| 6/16/2020 | Sold | Call | Jun 19, 2020 / $4 | -10 | $1.3000 | $1,300.00 |
| 6/18/2020 | Sold | Call | Jun 19, 2020 / $4 | -10 | $2.0000 | $2,000.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$800.00** |

| | |
|---|---|
| **Options Total:** | **$570.00** |

| Loss Summary | |
|---|---|
| Common Stock: | -$213,627.81 |
| Options: | $570.00 |
| **Total:** | **-$213,057.81** |

Notes

[1] Afterhours transaction.

[2] The average closing price between July 7, 2020 and October 2, 2020.