**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No: 1:20-cv-08647-PGG <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION AND MOTION OF THE**
**EVOLUS INVESTOR GROUP FOR APPOINTMENT AS**
<u>**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**</u>

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Peter Sissins, David Pressly, Chris Riccardi, and Nhung Tran (together, the "Evolus Investor Group" or "Movant") will and hereby do respectfully move this Court for an Order:  (1) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on behalf of a class consisting of all persons and entities, other than Defendants, that purchased or otherwise acquired Evolus, Inc. securities between February 1, 2019 and July 6, 2020, both dates inclusive; (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Melissa A. Fortunato, the [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed class may move the Court to be appointed Lead Plaintiff, whether or not they have previously filed a complaint in the underlying action.  Consequently, Movant's counsel has no way of knowing who the competing lead plaintiff movants are at this time.  As a result, counsel for Movant respectfully requests that Rule IV.C. of Your Honor's Individual Rules of Practice in Civil Cases be waived for this Motion.

1

DATED: December 15, 2020    Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ Melissa A. Fortunato*
Melissa A. Fortunato
Marion C. Passmore
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 15th day of December, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

3