UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re EVOLUS INC. SECURITIES LITIGATION | x : : : : : : : : : : x | Civil Action No. 1:20-cv-08647-PGG CLASS ACTION NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| This Document Relates To: ALL ACTIONS. | | |

4841-0326-9332.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Kingsgrove Large

Cap, LP will move this Court, on a date and at such time as may be designated by the Court, in

Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York,

New York 10007, for an order appointing Kingsgrove as Lead Plaintiff pursuant to the Private

Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, and approving its selection of

Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this

Motion, Kingsgrove submits the accompanying Memorandum of Law, the Declaration of David A.

Rosenfeld, and a [Proposed] Order.

DATED:  December 15, 2020            ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD


                                          *s/ David A. Rosenfeld*
                                     DAVID A. ROSENFELD

                                     58 South Service Road, Suite 200
                                     Melville, NY  11747
                                     Telephone:  631/367-7100
                                     631/367-1173 (fax)
                                     srudman@rgrdlaw.com
                                     drosenfeld@rgrdlaw.com

                                     ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                     DANIELLE S. MYERS
                                     MICHAEL ALBERT
                                     655 West Broadway, Suite 1900
                                     San Diego, CA  92101
                                     Telephone:  619/231-1058
                                     619/231-7423 (fax)
                                     dmyers@rgrdlaw.com
                                     malbert@rgrdlaw.com

- 1 -

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

ROBBINS LLP
GREGORY E. DEL GAIZO
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
gdelgaizo@robbinsllp.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 15, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: drosenfeld@rgrdlaw.com

4841-0326-9332.v1

# Mailing Information for a Case 1:20-cv-08647-PGG In re Evolus Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin Andrew Bednark**
  abednark@omm.com,BWegrzyn@OMM.com,b-andrew-bednark-9179@ecf.pacerpro.com

- **Andrea Farah**
  afarah@lowey.com,8091312420@filings.docketbird.com,rgupta@lowey.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Christian Levis**
  clevis@lowey.com,9356429420@filings.docketbird.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com,jonathan-rosenberg-8101@ecf.pacerpro.com,dcalhoun@omm.com

- **Frank Strangeman**
  fstrangeman@lowey.com,5022994420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)