UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re EVOLUS INC. SECURITIES LITIGATION | : : : : : : : : : x | Civil Action No. 1:20-cv-08647-PGG<br><br>CLASS ACTION<br><br>DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| This Document Relates To:<br><br>   ALL ACTIONS. | | |

4823-4985-3908.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Kingsgrove Large Cap, LP and proposed lead counsel for the class in the above-captioned consolidated securities class action.  I make this declaration in support of Kingsgrove Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Kingsgrove's Sworn Certification;

Exhibit B:    Chart of Kingsgrove's estimated losses, prepared by counsel; and

Exhibit C:    Declaration of Joseph B. McCarthy.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of December, 2020, at Melville, New York.

<div style="text-align:right">

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

</div>

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 15, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="margin-left:50%">

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

</div>

4823-4985-3908.v1

# Mailing Information for a Case 1:20-cv-08647-PGG In re Evolus Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin Andrew Bednark**
  abednark@omm.com,BWegrzyn@OMM.com,b-andrew-bednark-9179@ecf.pacerpro.com

- **Andrea Farah**
  afarah@lowey.com,8091312420@filings.docketbird.com,rgupta@lowey.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Christian Levis**
  clevis@lowey.com,9356429420@filings.docketbird.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Jonathan Rosenberg**
  jrosenberg@omm.com,jonathan-rosenberg-8101@ecf.pacerpro.com,dcalhoun@omm.com

- **Frank Strangeman**
  fstrangeman@lowey.com,5022994420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)