# EXHIBIT A

## CERTIFICATION OF MOVANT
## PURSUANT TO FEDERAL SECURITIES LAW

I, Joseph McCarthy, on behalf of Kingsgrove Large Cap, LP ("Movant"), hereby certify as follows:

1.      I am the managing member of Kingsgrove Management LLC, the General Partner of Movant, and am fully authorized to enter into and execute this Certification on the Movant's behalf.  I have reviewed a complaint filed in this action,and have authorized the filing of a motion for appointment as lead plaintiff.

2.      Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Movant has made the following transaction(s) during the Class Period in the securities that are the subject of this action: see attachment.

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

5.      Movant has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of December, 2020.

DocuSigned by:

*Joseph McCarthy*

FFB3032A059C489

_____

Joseph McCarthy
Managing Member
Kingsgrove Management LLC
*General Partner of Kingsgrove*
*Large Cap, LP*

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| Evolus, Inc. | Purchase | 100 | 2/20/2020 | $ 10.46 |
| Evolus, Inc. | Purchase | 1,400 | 2/20/2020 | $ 10.46 |
| Evolus, Inc. | Purchase | 300 | 2/20/2020 | $ 10.46 |
| Evolus, Inc. | Purchase | 2,000 | 2/20/2020 | $ 10.46 |
| Evolus, Inc. | Purchase | 1,200 | 2/20/2020 | $ 10.46 |
| Evolus, Inc. | Purchase | 5,000 | 2/20/2020 | $ 10.16 |
| Evolus, Inc. | Purchase | 100 | 3/4/2020 | $ 7.02 |
| Evolus, Inc. | Purchase | 100 | 3/4/2020 | $ 7.04 |
| Evolus, Inc. | Purchase | 100 | 3/4/2020 | $ 7.04 |
| Evolus, Inc. | Purchase | 100 | 3/4/2020 | $ 7.03 |
| Evolus, Inc. | Purchase | 100 | 3/4/2020 | $ 7.03 |
| Evolus, Inc. | Purchase | 4,500 | 3/4/2020 | $ 7.04 |
| Evolus, Inc. | Purchase | 366 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 500 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 500 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 500 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 500 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 200 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 300 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 200 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 300 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 300 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 300 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 300 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 100 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 234 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 100 | 3/4/2020 | $ 7.50 |
| Evolus, Inc. | Purchase | 300 | 3/4/2020 | $ 7.50 |

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY | |
|---|---|---|---|---|---|
| Evolus, Inc. | Purchase | 1 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 600 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 100 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 226 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 300 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 200 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 173 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 200 | 3/5/2020 | $ | 6.96 |
| Evolus, Inc. | Purchase | 200 | 3/5/2020 | $ | 6.96 |