# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

In re EVOLUS INC. SECURITIES
LITIGATION

————————————————————————

This Document Relates To:

    ALL ACTIONS.

————————————————————————  x

:  Civil Action No. 1:20-cv-08647-PGG
:
:  <u>CLASS ACTION</u>
:
:  DECLARATION OF JOSEPH B.
:  MCCARTHY
:
:
:

4833-8077-0772.v1

I, JOSEPH B. MCCARTHY, declare as follows:

1.      This declaration is made in support of Kingsgrove Large Cap, LP's ("Kingsgrove") motion for appointment as lead plaintiff.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I am 39 years old and reside in Camarillo, California.

3.      I am the managing member of Kingsgrove Management, LLC ("Kingsgrove Management"), an investment advisory business.  Kingsgrove Management is the General Partner of Kingsgrove.

4.      Before becoming the managing member of Kingsgrove Management in 2016, I held finance positions at large Wall Street banks.

5.      I have over a decade of experience investing in the capital markets.

6.      I have a bachelor's degree in economics from Columbia University.

7.      I have prior experience hiring and overseeing counsel.

8.      Kingsgrove suffered substantial losses as a result of its transactions in Evolus, Inc. securities during the Class Period.  As a result, Kingsgrove and myself personally, as managing member of Kingsgrove's general partner, are motivated to seek to obtain the best possible result for Kingsgrove and the class.

9.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

10.     I am aware that the lead plaintiff must interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class.  Kingsgrove is willing to perform all of these duties on behalf of the class members.

11.     I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As its Certification states, Kingsgrove will not accept any payment for

- 1 -

4833-8077-0772.v1

serving as a representative party beyond its *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

12.    I am aware that the lead plaintiff has the right and responsibility to select counsel. I communicated with attorneys at Robbins Geller Rudman & Dowd LLP and Robbins LLP as part of my due diligence process and assessed the firms' qualifications.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this __ day of December, 2020, at ___12/11/2020___.

DocuSigned by:

*Joseph McCarthy*
FFB3032A059C489...

JOSEPH B. MCCARTHY

- 2 -