**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No: 1:20-cv-08647-PGG<br><br>CLASS ACTION |

**DECLARATION OF MELISSA A.**
**FORTUNATO IN SUPPORT OF THE EVOLUS**
**INVESTOR GROUP'S MOTION FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Peter Sissins, David Pressly, Chris Riccardi, and Nhung Tran (together, the "Evolus Investor Group" or "Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of the Evolus Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Private Securities Litigation Reform Act of 1995 certifications signed by each member of the Evolus Investor Group, attaching their securities transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:      Chart detailing Movant's estimated financial losses;

Exhibit 3:      Joint Declaration of the Evolus Investor Group;

Exhibit 4:      Press release published October 16, 2020, on *Globe Newswire* announcing the pendency of the first-filed securities class action against Defendants herein; and

Exhibit 4:      Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 15th day of December, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

1