# Exhibit 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Peter Sissins, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Evolus, Inc. (NASDAQ: EOLS) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: __Oct 30, 2020__

_____
Peter Sissins (Oct 30, 2020 12:07 PDT)
_____
Peter Sissins

1

## SCHEDULE A

Class Period Transactions of Peter Sissins in Evolus, Inc. (NASDAQ: EOLS) securities.

### Account 1

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 02/06/2019 | 200 | $25.73 |
| Purchase | 03/25/2019 | 50 | $22.47 |
| Purchase | 03/25/2019 | 800 | $21.01 |

### Account 2

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 05/08/2019 | 1,000 | $24.40 |

2

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned David Pressly, certify that:

1.    I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.    I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.    I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.    Attached hereto as Schedule A is a complete listing of all my Evolus, Inc. (NASDAQ: EOLS) transactions during the Class Period.

5.    I have not served as a representative party on behalf of a class under this title during the last three years.

6.    I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/11/2020 _____

_____
David Pressly (Dec 11, 2020 15:16 EST)
David Pressly

1

## SCHEDULE A

Class Period Transactions of David Pressly in Evolus, Inc. (NASDAQ: EOLS) securities.

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 01/16/2020 | 2,000 | $11.095 |
| Purchase | 02/07/2020 | 2,000 | $9.7828 |
| Purchase | 02/27/2020 | 1,000 | $8.4873 |
| Purchase | 04/17/2020 | 3,000 | $4.5266 |
| Purchase | 05/13/2020 | 2,000 | $3.855 |

2

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Nhung Tran, certify that:

1.     I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.     I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.     I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.     Attached hereto as Schedule A is a complete listing of all my Evolus, Inc. (NASDAQ: EOLS) transactions during the Class Period.

5.     I have not served as a representative party on behalf of a class under this title during the last three years.

6.     I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Nov 20, 2020

_____
Nhung Tran (Nov 20, 2020 12:00 PST)

Nhung Tran

1

## SCHEDULE A

Class Period Transactions of Nhung Tran in Evolus, Inc. (NASDAQ: EOLS) securities.

| Transaction | Date | Quantity | Price |
|---|---|---|---|
| Purchase | 03/22/2019 | 500 | $24.01 |

2

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Chris Riccardi, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Evolus, Inc. (NASDAQ: EOLS) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  Nov 21, 2020

Chris RIccardi (Nov 21, 2020 06:37 EST)

Chris Riccardi

1

**SCHEDULE A**

Class Period Transactions of Chris Riccardi in Evolus, Inc. (NASDAQ: EOLS) securities.

| **Transaction** | **Date** | **Quantity** | **Price** |
|---|---|---|---|
| Purchase | 02/15/2019 | 1,000 | $27.46 |

2