# Exhibit 2

**Evolus, Inc.**

| Company Name | Evolus, Inc. |
|---|---|
| Ticker Symbol | EOLS |
| Security Type | Common Stock |
| Class Period Start | 02/01/2019 |
| Class Period End | 07/06/2020 |
| 90-DAY Lookback Period Start | 07/07/2020 |
| 90-DAY Lookback Period End | 10/05/2020 |
| 90-DAY Lookback Average | $3.6016 |

| Movant | Loss |
|---|---|
| Peter Sissins | ($40,094.30) |
| David Pressly | ($35,534.38) |
| Nhung Tran | ($10,204.22) |
| Chris Riccardi | ($23,858.44) |
| **Total Loss** | **($109,691.33)** |

| Client Name | Peter Sissins |
|---|---|
| Company Name | Evolus, Inc. |
| Ticker Symbol | EOLS |
| Security Type | Common Stock |
| Class Period Start | 02/01/2019 |
| Class Period End | 07/06/2020 |
| 90-DAY Lookback Period Start | 07/07/2020 |
| 90-DAY Lookback Period End | 10/05/2020 |
| 90-DAY Lookback Average | $3.6016 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($40,094.30) |
| Net Shares Retained | 2,050.00 |

**Account 1**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 02/06/2019 | 200 | $25.73 | ($5,146.00) | | | ($5,146.00) |
| 03/25/2019 | 50 | $22.47 | ($1,123.50) | | | ($6,269.50) |
| 03/25/2019 | 800 | $21.01 | ($16,808.00) | | | ($23,077.50) |
| | | | | | **Subtotal** | ($23,077.50) |
| | | | | | **Retained Share Value** | $3,781.64 |
| | | | | | **Total** | ($19,295.86) |

**Account 2**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 05/08/2019 | 1,000 | $24.40 | ($24,400.00) | | | ($24,400.00) |
| | | | | | **Subtotal** | ($24,400.00) |
| | | | | | **Retained Share Value** | $3,601.56 |
| | | | | | **Total** | ($20,798.44) |

| Client Name | David Pressly |
|---|---|
| Company Name | Evolus, Inc. |
| Ticker Symbol | EOLS |
| Security Type | Common Stock |
| Class Period Start | 02/01/2019 |
| Class Period End | 07/06/2020 |
| 90-DAY Lookback Period Start | 07/07/2020 |
| 90-DAY Lookback Period End | 10/05/2020 |
| 90-DAY Lookback Average | $3.6016 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($35,534.38) |
| Net Shares Retained | 10,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/16/2020 | 2,000 | $11.10 | ($22,190.00) | | | ($22,190.00) |
| 2/7/2020 | 2,000 | $9.78 | ($19,560.00) | | | ($41,750.00) |
| 2/27/2020 | 1,000 | $8.49 | ($8,490.00) | | | ($50,240.00) |
| 4/17/2020 | 3,000 | $4.53 | ($13,590.00) | | | ($63,830.00) |
| 5/13/2020 | 2,000 | $3.86 | ($7,720.00) | | | ($71,550.00) |
| | | | | | **Subtotal** | ($71,550.00) |
| | | | | | **Retained Share Value** | $36,015.63 |
| | | | | | **Total** | ($35,534.38) |

| Client Name | Nhung Tran |
|---|---|
| Company Name | Evolus, Inc. |
| Ticker Symbol | EOLS |
| Security Type | Common Stock |
| Class Period Start | 02/01/2019 |
| Class Period End | 07/06/2020 |
| 90-DAY Lookback Period Start | 07/07/2020 |
| 90-DAY Lookback Period End | 10/05/2020 |
| 90-DAY Lookback Average | $3.6016 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($10,204.22) |
| Net Shares Retained | 500.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 3/22/2019 | 500 | $24.01 | ($12,005.00) | | | ($12,005.00) |
| | | | | | Subtotal | ($12,005.00) |
| | | | | | Retained Share Value | $1,800.78 |
| | | | | | Total | ($10,204.22) |

| Client Name | Chris Riccardi |
|---|---|
| Company Name | Evolus, Inc. |
| Ticker Symbol | EOLS |
| Security Type | Common Stock |
| Class Period Start | 02/01/2019 |
| Class Period End | 07/06/2020 |
| 90-DAY Lookback Period Start | 07/07/2020 |
| 90-DAY Lookback Period End | 10/05/2020 |
| 90-DAY Lookback Average | $3.6016 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($23,858.44) |
| Net Shares Retained | 1,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/15/2019 | 1,000 | $27.46 | ($27,460.00) | | | ($27,460.00) |
| | | | | | Subtotal | ($27,460.00) |
| | | | | | Retained Share Value | $3,601.56 |
| | | | | | Total | ($23,858.44) |