# Exhibit 3

**JOINT DECLARATION IN SUPPORT OF THE MOTION
OF THE EVOLUS INVESTOR GROUP FOR APPOINTMENTAS
LEAD PLAINTIFFAND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Peter Sissins, David Pressly, Nhung Tran, and Chris Riccardi (together, the "Evolus Investor Group") respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995.  We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members.  However, we have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.      I, Peter Sissins, as reflected in my Certification, purchased or otherwise acquired Evolus, Inc. ("Evolus") securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.[2]  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Mission Viejo, California, and I am employed as a consultant.  I have approximately fifteen years of investing experience.  I decided to seek appointment as lead plaintiff with David Pressly, Nhung

---

[1]  The "Class" consists of all persons or entities, other than Defendants, that purchased or otherwise acquired Evolus, Inc. ("Evolus" or the "Company") securities between February 1, 2019 and July 6, 2020, both dates inclusive (the "Class Period").

[2]  The "Action" is the consolidated securities class action lawsuit pending in the Southern District of New York as further detailed below.

Tran, and Chris Riccardi after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4.      I, David Pressly, as reflected in my Certification, purchased or otherwise acquired Evolus securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Atlanta, Georgia, and I am a Financial Advisor.  I have approximately twenty five years of investing experience.  I decided to seek appointment as lead plaintiff with Peter Sissins, Nhung Tran, and Chris Riccardi after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.      I, Nhung Tran, as reflected in my Certification, purchased or otherwise acquired Evolus securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in San Leandro, California.  I am currently employed as a Senior Technical Business Services Associate.  I have approximately ten years of investing experience.  I decided to seek appointment as lead plaintiff with Peter Sissins, David Pressly, and Chris Riccardi after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

6.      I, Chris Riccardi, as reflected in my Certification, purchased or otherwise acquired Evolus securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Key Largo, Florida,

2

and I am employed as a Professional Pilot. I have approximately twenty years of investing experience. I decided to seek appointment as lead plaintiff with Peter Sissins, David Pressly, and Nhung Tran after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

7. We, Peter Sissins, David Pressly, Nhung Tran, and Chris Riccardi believe that the allegations against Evolus are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves control the class action. We believe that our combined efforts, knowledge, and diverse background will better serve the Class. If appointed lead plaintiff, our primary goal will be to ensure that the Class achieves the largest possible recovery.

8. On October 16, 2020, Armin Malakouti filed a putative class action (the "*Malakouti*" Action) in this District on behalf of all persons who purchased or otherwise acquired common shares of Evolus stock during the Class Period. The *Malakouti* Action seeks relief against Evolus and certain of its senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

9. On October 28, 2020, Clinton Cox commenced a nearly identical action in this District (the "*Cox*" Action) on behalf of all persons or entities that purchased or otherwise acquired Evolus securities during the Class Period, asserting the same claims against the same defendants as the *Malakouti* Action.

10. On November 13, 2020, upon a joint Stipulation of the parties in the *Malakouti* Action and the *Cox* Action, the Court ordered the actions consolidated under the caption *In re Evolus Inc. Securities Litigation*, Case No. 1:20-cv-08647-PGG.

11. We select Bragar Eagel & Squire, P.C. ("BES") to serve as lead counsel on behalf of the Class and believe BES has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed lead counsel, BES. We are well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that BES will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

12. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute this Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

13. We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

14.     We believe that the Class will benefit from having a small, cohesive group of highly motivated investors with substantial financial interests at stake as lead plaintiff.  We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition.  We each decided to work together to collaborate and exercise joint decision-making as a small group of investors.  We agree to work collaboratively to represent all Evolus shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

15.     We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy.  Each of us will do our best to maximize the recovery for the Class.

16.     If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class.  We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class.  We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

5

17.     Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that a disagreement arises, we agree to abide by a majority vote.

18.     We, the Evolus Investor Group, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action.  Our main goal is obtaining the largest recovery possible for the Class.

I, Peter Sissins, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this <u>14</u> day of December, 2020.

_____
Peter Sissins (Dec 14, 2020 16:19 PST)

Peter Sissins

I, David Pressly, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this $\underline{14}$ day of December 2020.

David Pressly (Dec 14, 2020 18:16 EST)

David Pressly

I, Nhung Tran, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this __14__ day of December, 2020.

_____
Nhung Tran (Dec 14, 2020 18:31 PST)

Nhung Tran

I, Chris Riccardi, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this <u>15</u> day of December 2020.

*csriccardi*
csriccardi (Dec 15, 2020 15:04 EST)

Chris Riccardi