UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No.  1:20-cv-08647-PGG<br><br>NOTICE OF MOTION OF PETER DIAFERIA AND MITCHELL SISUN FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Peter Diaferia ("Diaferia") and Mitchell Sisun ("Sisun"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Diaferia and Sisun as Co-Lead Plaintiffs on behalf of a class consisting of all persons and entities other than the defendants in the above-captioned consolidated action ("Consolidated Action") that purchased or otherwise acquired Evolus, Inc. securities between February 1, 2019 and July 6, 2020, both dates inclusive (the "Class"); and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

Diaferia and Sisun are aware of Rule IV.C. of the Court's Individual Rules of Practice in Civil Cases, which provides, in relevant part: "[T]he moving party shall electronically file motion and reply papers on ECF *only when the entire motion has been briefed* . . . . Motions for reconsideration and motions *in limine* are not subject to the 'bundling rule.'"  (Emphases in original).  Here, pursuant to the Court's Order dated December 9, 2020, the deadline to file a motion for appointment as Lead Plaintiff/Lead Counsel in the Consolidated Action is December 15, 2020, on which date any member of the putative class may so move.  *See* Consolidated Action, Dkt. No. 22.  Diaferia and Sisun will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff/Lead Counsel motions until December 16, 2020—the day after the Court's deadline—making full briefing of the motion prior to its filing impracticable.  Under these circumstances, Diaferia and Sisun respectfully request that compliance with Rule IV.C. be waived in this instance.

1

Dated:  December 15, 2020                    Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Peter Diaferia and Mitchell Sisun and
Proposed Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Peter Diaferia and Mitchell
Sisun*