|  |  |  |
|---|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION, | : : : : : : : : : | Civil Action No. 1:20-cv-08647 (PGG) <br><br> CLASS ACTION |

## NOTICE OF MOTION OF JOSH THRAILKILL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, or by some other means chosen by the Court, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 before the Honorable Paul G. Gardephe, or any Judge sitting in his stead, Movant Josh Thrailkill ("Movant") will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Evolus, Inc. from February 1, 2019 through July 6, 2020, both dates inclusive; and (2) approving Movant's selection of Roche Cyrulnik Freedman LLP ("RCF") as Lead Counsel for the putative Class.

This Motion is based on this Notice of Motion, the Memorandum of Law in Support Thereof, the Declaration of Constantine P. Economides filed herewith, and all exhibits attached thereto, and such other written and oral arguments as may be permitted by the Court.

This Motion is made on the grounds that Movant has timely filed his Motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the litigation.  Moreover, Movant meets the requirements of the PSLRA and Fed. R. Civ. P. 23 in that his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class.  Further, Movant's choice of counsel should be accepted by this Court because his selected counsel, RCF, is a firm with extensive experience and expertise in securities fraud and other class actions.

For all of the foregoing reasons, Movant respectfully requests that this Court: (1) appoint Movant to serve as Lead Plaintiff; (2) approve Movant's selection of Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: December 15, 2020                    Respectfully Submitted,


                                            **ROCHE CYRULNIK FREEDMAN LLP**

                                            _/s/ Constantine P. Economides_
                                            Constantine P. Economides
                                            Velvel (Devin) Freedman (*pro hac forthcoming*)
                                            Ivy T. Ngo (*pro hac forthcoming*)
                                            200 South Biscayne Boulevard
                                            Miami, Florida 33131
                                            Telephone: (305) 971-5943
                                            Email: ceconomides@rcfllp.com
                                            Email: vel@rcfllp.com
                                            Email: ingo@rcfllp.com

                                            Kyle Roche
                                            Jason Cyrulnik
                                            99 Park Avenue, 19th Floor
                                            New York, NY 10016
                                            Telephone: (646) 350-0527
                                            Email: kyle@rcfllp.com
                                            Email: jcyrulnik@rcfllp.com

                                            *Counsel for Lead Plaintiff Movant Josh Thrailkill and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac forthcoming*)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Josh Thrailkill*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on December 15, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Constantine P. Economides*
Constantine P. Economides
