UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No.  1:20-cv-08647-PGG<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF PETER DIAFERIA AND MITCHELL SISUN FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Peter Diaferia ("Diaferia") and Mitchell Sisun ("Sisun"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of Diaferia and Sisun for appointment as Co-Lead Plaintiffs for the Class and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Diaferia and Sisun in the above-captioned consolidated action ("Consolidated Action"); |
| Exhibit B: | Press release published over *Globe Newswire*, announcing the pendency of the first-filed of the actions comprising the Consolidated Action; |
| Exhibit C: | Shareholder Certification executed by Diaferia and Sisun; |
| Exhibit D: | Joint Declaration executed by Diaferia and Sisun; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 15, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1