# EXHIBIT A

**Evolus, Inc. (EOLS)**
**Class Period: February 1, 2019 through July 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $3.6016 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diaferia, Peter | | | | | | PreClass | 2,000 | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 34 | $21.0500 | ($716) | 7/9/2020 | (1,700) | $3.4133 | $5,803 | | | | |
| Account 1 | Common Stock | 2/1/2019 | 85 | $20.6900 | ($1,759) | 7/9/2020 | (1,500) | $3.4133 | $5,120 | | | | |
| Account 1 | Common Stock | 2/1/2019 | 97 | $19.2200 | ($1,864) | 7/9/2020 | (300) | $3.4133 | $1,024 | | | | |
| Account 1 | Common Stock | 2/1/2019 | 100 | $20.3500 | ($2,035) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 100 | $21.1900 | ($2,119) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 200 | $19.2300 | ($3,846) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 300 | $21.1800 | ($6,354) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 400 | $20.7000 | ($8,280) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 500 | $21.1500 | ($10,575) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 703 | $19.2400 | ($13,526) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 1,000 | $19.2500 | ($19,250) | | | | | | | | |
| Account 1 | Common Stock | 2/1/2019 | 3,481 | $21.2000 | ($73,797) | | | | | | | | |
| Account 1 | Common Stock | 3/27/2020 | 300 | $4.2200 | ($1,266) | | | | | | | | |
| Account 1 | Common Stock | 4/21/2020 | 500 | $4.1500 | ($2,075) | | | | | | | | |
| Account 1 | Common Stock | 4/30/2020 | 250 | $4.1400 | ($1,035) | | | | | | | | |
| Account 1 | Common Stock | 5/22/2020 | 350 | $4.7900 | ($1,677) | | | | | | | | |
| Account 1 | Common Stock | 5/29/2020 | 100 | $4.8300 | ($483) | | | | | | | | |
| Account 1 | Common Stock | 5/29/2020 | 100 | $4.8300 | ($483) | | | | | | | | |
| Account 1 | Common Stock | 5/29/2020 | 150 | $4.8300 | ($725) | | | | | | | | |
| Account 1 | Common Stock | 6/9/2020 | 500 | $5.9100 | ($2,955) | | | | | | | | |
| Account 1 | Common Stock | 6/10/2020 | 250 | $5.5500 | ($1,388) | | | | | | | | |
| Account 1 | Common Stock | 6/11/2020 | 250 | $4.7500 | ($1,188) | | | | | | | | |
| Account 1 | Common Stock | 6/25/2020 | 750 | $5.3600 | ($4,020) | | | | | | | | |
| **Account 1** | | | **10,500** | | **($161,414)** | | **(3,500)** | | **$11,947** | **10,500** | **$32,414** | **($123,880)** | **($124,256)** |
| | | | | | | PreClass | 2,000 | | | | | | |
| Account 2 | Common Stock | 2/1/2019 | 250 | $16.3300 | ($4,083) | 7/9/2020 | (1,800) | $3.4133 | $6,144 | | | | |
| Account 2 | Common Stock | 2/1/2019 | 1,000 | $16.3700 | ($16,370) | 7/9/2020 | (900) | $3.4133 | $3,072 | | | | |
| Account 2 | Common Stock | 2/1/2019 | 900 | $18.8500 | ($16,965) | 7/9/2020 | (100) | $3.4133 | $341 | | | | |
| Account 2 | Common Stock | 2/1/2019 | 2,449 | $19.2000 | ($47,021) | 7/9/2020 | (100) | $3.4133 | $341 | | | | |
| Account 2 | Common Stock | 2/1/2019 | 3,000 | $19.0000 | ($57,000) | 7/9/2020 | (100) | $3.4133 | $341 | | | | |
| Account 2 | Common Stock | 2/1/2019 | 3,651 | $18.9900 | ($69,332) | 7/9/2020 | (100) | $3.4133 | $341 | | | | |
| Account 2 | Common Stock | 2/7/2019 | 100 | $29.1500 | ($2,915) | | | | | | | | |
| Account 2 | Common Stock | 2/7/2019 | 250 | $29.0800 | ($7,270) | | | | | | | | |
| Account 2 | Common Stock | 2/7/2019 | 1,150 | $29.2500 | ($33,638) | | | | | | | | |
| Account 2 | Common Stock | 2/24/2020 | 2,000 | $9.4600 | ($18,920) | | | | | | | | |
| Account 2 | Common Stock | 4/21/2020 | 500 | $4.1000 | ($2,050) | | | | | | | | |
| Account 2 | Common Stock | 4/30/2020 | 250 | $4.1000 | ($1,025) | | | | | | | | |
| Account 2 | Common Stock | 5/22/2020 | 500 | $4.6200 | ($2,310) | | | | | | | | |
| Account 2 | Common Stock | 5/29/2020 | 90 | $4.6100 | ($415) | | | | | | | | |
| Account 2 | Common Stock | 5/29/2020 | 100 | $4.6100 | ($461) | | | | | | | | |
| Account 2 | Common Stock | 5/29/2020 | 310 | $4.6000 | ($1,426) | | | | | | | | |
| Account 2 | Common Stock | 6/9/2020 | 500 | $5.9600 | ($2,980) | | | | | | | | |
| Account 2 | Common Stock | 6/10/2020 | 350 | $5.5200 | ($1,932) | | | | | | | | |
| Account 2 | Common Stock | 6/11/2020 | 500 | $4.8000 | ($2,400) | | | | | | | | |
| **Account 2** | | | **17,850** | | **($288,512)** | | **(3,100)** | | **$10,581** | **17,850** | **$60,326** | **($224,431)** | **($224,808)** |
| **Diaferia, Peter** | | | **28,350** | | **($449,926)** | | **(6,600)** | | **$22,528** | **28,350** | | **($348,311)** | **($349,064)** |

*Average Closing Prices from July 7 to October 4

**Evolus, Inc. (EOLS)**
**Class Period: February 1, 2019 through July 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $3.6016 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sisun, Mitchell | | | | | | | | | | | | | |
| | | | | | | PreClass | 2,200 | | | | | | |
| Account 1 | Common Stock | 2/4/2019 | 200 | $20.9800 | ($4,196) | 2/4/2019 | (2,000) | $21.5000 | $43,000 | | | | |
| Account 1 | Common Stock | 2/11/2019 | 1,500 | $28.9600 | ($43,440) | 2/7/2019 | (400) | $26.7700 | $10,708 | | | | |
| Account 1 | Common Stock | 2/12/2019 | 500 | $26.8200 | ($13,410) | 5/14/2019 | (1,000) | $22.8500 | $22,850 | | | | |
| Account 1 | Common Stock | 3/4/2019 | 1,000 | $25.5824 | ($25,582) | 5/17/2019 | (1,000) | $16.3701 | $16,370 | | | | |
| Account 1 | Common Stock | 3/18/2019 | 2,000 | $20.0000 | ($40,000) | 9/27/2019 | (500) | $16.4500 | $8,225 | | | | |
| Account 1 | Common Stock | 3/18/2019 | 1,000 | $24.7800 | ($24,780) | 10/9/2019 | (500) | $14.2200 | $7,110 | | | | |
| Account 1 | Common Stock | 3/28/2019 | 1,000 | $20.9000 | ($20,900) | 10/10/2019 | (777) | $14.1903 | $11,026 | | | | |
| Account 1 | Common Stock | 4/22/2019 | 1,500 | $20.0000 | ($30,000) | 1/23/2020 | (600) | $9.9500 | $5,970 | | | | |
| Account 1 | Common Stock | 5/1/2019 | 1,000 | $24.4700 | ($24,470) | 1/23/2020 | (1,000) | $9.8400 | $9,840 | | | | |
| Account 1 | Common Stock | 8/15/2019 | 500 | $14.6561 | ($7,328) | 3/5/2020 | (800) | $6.8162 | $5,453 | | | | |
| Account 1 | Common Stock | 1/21/2020 | 1,000 | $10.0000 | ($10,000) | 3/5/2020 | (800) | $6.8462 | $5,477 | | | | |
| Account 1 | Common Stock | 4/29/2020 | 147 | $4.4800 | ($659) | 3/5/2020 | (800) | $6.8500 | $5,480 | | | | |
| Account 1 | Common Stock | 5/22/2020 | 600 | $5.5145 | ($3,309) | 3/5/2020 | (870) | $6.8479 | $5,958 | | | | |
| Account 1 | Common Stock | 6/23/2020 | 900 | $5.9900 | ($5,391) | | | | | | | | |
| Account 1 | Common Stock | 6/23/2020 | 400 | $5.9400 | ($2,376) | | | | | | | | |
| Account 1 | | | 13,247 | | ($255,841) | | (11,047) | | $157,467 | 4,400 | $15,847 | ($130,881) | ($131,935) |
| **Account 1** | **EOLS Apr 18 2019 20.0 Call** | **2/28/2019** | **15** | **$7.1000** | **($10,650)** | **4/22/2019** | **15** | **Exercised** | **$0** | | | | |
| **Account 1** | **EOLS Feb 15 2019 15.0 Put** | **2/15/2019** | **20** | **Expired** | **$0** | **2/1/2019** | **(20)** | **$1.4000** | **$2,800** | | | | |
| **Account 1** | **EOLS Apr 17 2020 12.0 Call** | **10/18/2019** | **5** | **$4.0000** | **($2,000)** | **4/17/2020** | **(5)** | **Expired** | **$0** | | | | |
| **Account 1** | **EOLS Mar 15 2019 17.5 Call** | **2/4/2019** | **30** | **$5.8000** | **($17,400)** | **2/7/2019** | **(30)** | **$9.9000** | **$29,700** | | | | |
| **Account 1** | **EOLS Mar 15 2019 20.0 Call** | **2/7/2019** | **20** | **$7.9000** | **($15,800)** | **3/18/2019** | **20** | **Exercised** | **$0** | | | | |
| Account 1 | EOLS May 17 2019 20.0 Call | 4/15/2019 | 15 | $5.2000 | ($7,800) | 5/17/2019 | (30) | Expired | $0 | | | | |
| Account 1 | EOLS May 17 2019 20.0 Call | 4/17/2019 | 15 | $4.7000 | ($7,050) | | | | | | | | |
| **Account 1** | **EOLS May 17 2019 20.0 Call** | | **30** | | **($14,850)** | | **(30)** | | **$0** | | | | |
| Account 1 | EOLS May 17 2019 22.5 Call | 3/25/2019 | 20 | $2.2500 | ($4,500) | 5/17/2019 | (40) | Expired | $0 | | | | |
| Account 1 | EOLS May 17 2019 22.5 Call | 3/25/2019 | 20 | $2.4000 | ($4,800) | | | | | | | | |
| **Account 1** | **EOLS May 17 2019 22.5 Call** | | **40** | | **($9,300)** | | **(40)** | | **$0** | | | | |
| **Account 1** | **EOLS Jan 17 2020 10.0 Call** | **8/15/2019** | **10** | **$5.4000** | **($5,400)** | **1/17/2020** | **(10)** | **Expired** | **$0** | | | | |
| **Account 1** | **EOLS Jan 17 2020 13.0 Call** | **8/15/2019** | **10** | **$4.0000** | **($4,000)** | **1/17/2020** | **(10)** | **Expired** | **$0** | | | | |
| **Account 1** | **EOLS Jan 17 2020 14.0 Call** | **8/15/2019** | **10** | **$3.2000** | **($3,200)** | **9/17/2019** | **(10)** | **$4.1000** | **$4,100** | | | | |
| **Account 1** | **EOLS Oct 16 2020 5.0 Call** | **5/22/2020** | **5** | **$2.5500** | **($1,275)** | **10/16/2020** | **(5)** | **Expired** | **$0** | | | | |
| **Account 1 Total** | | | | | **($339,716)** | | | | **$194,067** | **4,400** | **$15,847** | **($130,881)** | **($131,935)** |
| | | | | | | PreClass | 2,500 | | | | | | |

*Average Closing Prices from July 7 to October 4

**Evolus, Inc. (EOLS)**
**Class Period: February 1, 2019 through July 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $3.6016 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | Common Stock | 2/4/2019 | 200 | $21.8900 | ($4,378) | 2/7/2019 | (400) | $26.9000 | $10,760 | | | | |
| Account 2 | Common Stock | 2/4/2019 | 200 | $22.5000 | ($4,500) | 3/19/2019 | (1,000) | $27.4000 | $27,400 | | | | |
| Account 2 | Common Stock | 2/28/2019 | 1,000 | $26.2700 | ($26,270) | 2/28/2020 | (1,298) | $8.4800 | $11,007 | | | | |
| Account 2 | Common Stock | 3/18/2019 | 500 | $24.0500 | ($12,025) | 2/28/2020 | (1,000) | $8.5200 | $8,520 | | | | |
| Account 2 | Common Stock | 3/18/2019 | 500 | $24.5000 | ($12,250) | 2/28/2020 | (1,000) | $8.4800 | $8,480 | | | | |
| Account 2 | Common Stock | 4/29/2019 | 100 | $26.4400 | ($2,644) | 2/28/2020 | (800) | $8.5500 | $6,840 | | | | |
| Account 2 | Common Stock | 4/29/2019 | 100 | $26.4700 | ($2,647) | 2/28/2020 | (801) | $8.5000 | $6,809 | | | | |
| Account 2 | Common Stock | 4/29/2019 | 400 | $26.4400 | ($10,576) | 2/28/2020 | (600) | $8.5600 | $5,136 | | | | |
| Account 2 | Common Stock | 4/29/2019 | 1,400 | $26.4900 | ($37,086) | 2/28/2020 | (600) | $8.5200 | $5,112 | | | | |
| Account 2 | Common Stock | 5/1/2019 | 100 | $24.2200 | ($2,422) | 2/28/2020 | (600) | $8.5000 | $5,100 | | | | |
| Account 2 | Common Stock | 5/1/2019 | 100 | $24.8000 | ($2,480) | 2/28/2020 | (400) | $8.5600 | $3,424 | | | | |
| Account 2 | Common Stock | 5/1/2019 | 900 | $24.2700 | ($21,843) | 2/28/2020 | (400) | $8.5100 | $3,404 | | | | |
| Account 2 | Common Stock | 5/1/2019 | 900 | $24.8400 | ($22,356) | 2/28/2020 | (400) | $8.4600 | $3,384 | | | | |
| Account 2 | Common Stock | 5/16/2019 | 3,000 | $19.2500 | ($57,750) | 2/28/2020 | (301) | $8.5000 | $2,559 | | | | |
| Account 2 | Common Stock | 5/20/2019 | 100 | $17.7000 | ($1,770) | 2/28/2020 | (300) | $8.5300 | $2,559 | | | | |
| Account 2 | Common Stock | 5/20/2019 | 600 | $17.7500 | ($10,650) | 2/28/2020 | (300) | $8.5200 | $2,556 | | | | |
| Account 2 | Common Stock | 5/20/2019 | 1,300 | $17.6800 | ($22,984) | 2/28/2020 | (300) | $8.5200 | $2,556 | | | | |
| Account 2 | Common Stock | 6/5/2019 | 500 | $15.4900 | ($7,745) | 2/28/2020 | (300) | $8.5200 | $2,556 | | | | |
| Account 2 | Common Stock | 6/7/2019 | 500 | $15.7200 | ($7,860) | 2/28/2020 | (300) | $8.5100 | $2,553 | | | | |
| Account 2 | Common Stock | 6/19/2019 | 1,000 | $13.7100 | ($13,710) | 2/28/2020 | (300) | $8.5000 | $2,550 | | | | |
| Account 2 | Common Stock | 4/14/2020 | 2,000 | $4.5500 | ($9,100) | 2/28/2020 | (300) | $8.5000 | $2,550 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (300) | $8.4700 | $2,541 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.5900 | $1,718 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.5400 | $1,708 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.5300 | $1,706 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.5300 | $1,706 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.5100 | $1,702 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.5100 | $1,702 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.4800 | $1,696 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.4700 | $1,694 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (200) | $8.5600 | $1,712 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.6000 | $860 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5800 | $858 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5700 | $857 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5600 | $856 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5600 | $856 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5500 | $855 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5500 | $855 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5400 | $854 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5400 | $854 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5400 | $854 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5300 | $853 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5300 | $853 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5200 | $852 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5100 | $851 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5100 | $851 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.5000 | $850 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.4900 | $849 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.4900 | $849 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.4900 | $849 | | | | |
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.4900 | $849 | | | | |

*Average Closing Prices from July 7 to October 4

**Evolus, Inc. (EOLS)**
**Class Period: February 1, 2019 through July 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $3.6016 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | Common Stock | | | | | 2/28/2020 | (100) | $8.4800 | $848 | | | | |
| **Account 2** | | | **15,400** | | **($293,046)** | | **(15,900)** | | **$161,612** | **2,000** | **$7,203** | **($171,719)** | **($143,653)** |
| | | | | | | | | | | | | | |
| Account 3 | Common Stock | 4/14/2020 | 900 | $4.5200 | ($4,068) | | | | | | | | |
| Account 3 | Common Stock | 5/22/2020 | 400 | $5.6700 | ($2,268) | | | | | | | | |
| **Account 3** | | | **1,300** | | **($6,336)** | | | | | **1,300** | **$4,682** | **($1,654)** | **($1,654)** |
| | | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | | |
| Account 1 | | | 13,247 | | ($339,716) | | (11,047) | | $194,067 | 4,400 | $15,847 | ($130,881) | ($131,935) |
| Account 2 | | | 15,400 | | ($293,046) | | (15,900) | | $161,612 | 2,000 | $7,203 | ($171,719) | ($143,653) |
| Account 3 | | | 1,300 | | ($6,336) | | 0 | | $0 | 1,300 | $4,682 | ($1,654) | ($1,654) |
| **Sisun, Mitchell** | | | **16,700** | | **($639,098)** | | **(15,900)** | | **$355,679** | **7,700** | **$27,732** | **($304,254)** | **($277,242)** |
| | | | | | | | | | | | | | |
| Summary of Losses | | | | | | | | | | | | | |
| Diaferia, Peter | | | 28,350 | | ($449,926) | | (6,600) | | $22,528 | 28,350 | | ($348,311) | ($349,064) |
| Sisun, Mitchell | | | 16,700 | | ($639,098) | | (15,900) | | $355,679 | 7,700 | | ($304,254) | ($277,242) |
| **Total** | | | **45,050** | | **($1,089,024)** | | **(22,500)** | | **$378,207** | **36,050** | | **($652,565)** | **($626,306)** |

*Average Closing Prices from July 7 to October 4