# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, ____Peter Diaferia_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Evolus, Inc. ("Evolus" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Evolus securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Evolus securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    To the best of my current knowledge, the attached sheet lists all of my transactions in Evolus securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.


Executed _____December 1, 2020_____
                    (Date)



                              _____
                              (Signature)


                              _____Peter Diaferia_____
                                    (Type or Print Name)

**Evolus, Inc. (EOLS)**                                                                     **Diaferia, Peter**

### List of Purchases and Sales

| Account | Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---------|---------------|------------------|------|-----------------------|----------------------|
| Account 1 | Common Stock | Purchase | 2/1/2019 | 34 | $21.0500 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 85 | $20.6900 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 97 | $19.2200 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 100 | $20.3500 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 100 | $21.1900 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 200 | $19.2300 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 300 | $21.1800 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 400 | $20.7000 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 500 | $21.1500 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 703 | $19.2400 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 1,000 | $19.2500 |
| Account 1 | Common Stock | Purchase | 2/1/2019 | 3,481 | $21.2000 |
| Account 1 | Common Stock | Purchase | 3/27/2020 | 300 | $4.2200 |
| Account 1 | Common Stock | Purchase | 4/21/2020 | 500 | $4.1500 |
| Account 1 | Common Stock | Purchase | 4/30/2020 | 250 | $4.1400 |
| Account 1 | Common Stock | Purchase | 5/22/2020 | 350 | $4.7900 |
| Account 1 | Common Stock | Purchase | 5/29/2020 | 100 | $4.8300 |
| Account 1 | Common Stock | Purchase | 5/29/2020 | 100 | $4.8300 |
| Account 1 | Common Stock | Purchase | 5/29/2020 | 150 | $4.8300 |
| Account 1 | Common Stock | Purchase | 6/9/2020 | 500 | $5.9100 |
| Account 1 | Common Stock | Purchase | 6/10/2020 | 250 | $5.5500 |
| Account 1 | Common Stock | Purchase | 6/11/2020 | 250 | $4.7500 |
| Account 1 | Common Stock | Purchase | 6/25/2020 | 750 | $5.3600 |
| Account 2 | Common Stock | Purchase | 2/1/2019 | 250 | $16.3300 |
| Account 2 | Common Stock | Purchase | 2/1/2019 | 1,000 | $16.3700 |
| Account 2 | Common Stock | Purchase | 2/1/2019 | 900 | $18.8500 |
| Account 2 | Common Stock | Purchase | 2/1/2019 | 2,449 | $19.2000 |
| Account 2 | Common Stock | Purchase | 2/1/2019 | 3,000 | $19.0000 |
| Account 2 | Common Stock | Purchase | 2/1/2019 | 3,651 | $18.9900 |
| Account 2 | Common Stock | Purchase | 2/7/2019 | 100 | $29.1500 |
| Account 2 | Common Stock | Purchase | 2/7/2019 | 250 | $29.0800 |
| Account 2 | Common Stock | Purchase | 2/7/2019 | 1,150 | $29.2500 |
| Account 2 | Common Stock | Purchase | 2/24/2020 | 2,000 | $9.4600 |
| Account 2 | Common Stock | Purchase | 4/21/2020 | 500 | $4.1000 |
| Account 2 | Common Stock | Purchase | 4/30/2020 | 250 | $4.1000 |
| Account 2 | Common Stock | Purchase | 5/22/2020 | 500 | $4.6200 |
| Account 2 | Common Stock | Purchase | 5/29/2020 | 90 | $4.6100 |
| Account 2 | Common Stock | Purchase | 5/29/2020 | 100 | $4.6100 |
| Account 2 | Common Stock | Purchase | 5/29/2020 | 310 | $4.6000 |
| Account 2 | Common Stock | Purchase | 6/9/2020 | 500 | $5.9600 |
| Account 2 | Common Stock | Purchase | 6/10/2020 | 350 | $5.5200 |
| Account 2 | Common Stock | Purchase | 6/11/2020 | 500 | $4.8000 |

## SWORN CERTIFICATION OF PLAINTIFF

### Evolus, Inc. Securities Litigation

I, Mitchell Sisun, certify that:

1. I have reviewed the complaint and authorize the filing of a lead plaintiff motion on my behalf.

2. I am duly authorized to institute legal action against Evolus, Inc.and other defendants.

3. I did not purchase Evolus, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions in Evolus, Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury that the foregoing are true and correct statements.

12/15/2020
_____
Date

DocuSigned by:

*Mitchell Sisun*
2CDEF524AA6C4B8...
_____
Mitchell Sisun

**Evolus, Inc. (EOLS)**                                                                                    **Sisun, Mitchell**

**List of Purchases and Sales**

| Account | Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|---|
| Account 1 | Common Stock | Purchase | 2/4/2019 | 200 | $20.9800 |
| Account 1 | Common Stock | Purchase | 2/11/2019 | 1,500 | $28.9600 |
| Account 1 | Common Stock | Purchase | 2/12/2019 | 500 | $26.8200 |
| Account 1 | Common Stock | Purchase | 3/4/2019 | 1,000 | $25.5824 |
| Account 1 | Common Stock | Purchase | 3/18/2019 | 2,000 | $20.0000 |
| Account 1 | Common Stock | Purchase | 3/18/2019 | 1,000 | $24.7800 |
| Account 1 | Common Stock | Purchase | 3/28/2019 | 1,000 | $20.9000 |
| Account 1 | Common Stock | Purchase | 4/22/2019 | 1,500 | $20.0000 |
| Account 1 | Common Stock | Purchase | 5/1/2019 | 1,000 | $24.4700 |
| Account 1 | Common Stock | Purchase | 8/15/2019 | 500 | $14.6561 |
| Account 1 | Common Stock | Purchase | 1/21/2020 | 1,000 | $10.0000 |
| Account 1 | Common Stock | Purchase | 4/29/2020 | 147 | $4.4800 |
| Account 1 | Common Stock | Purchase | 5/22/2020 | 600 | $5.5145 |
| Account 1 | Common Stock | Purchase | 6/23/2020 | 900 | $5.9900 |
| Account 1 | Common Stock | Purchase | 6/23/2020 | 400 | $5.9400 |
| Account 1 | Common Stock | Sale | 2/4/2019 | (2,000) | $21.5000 |
| Account 1 | Common Stock | Sale | 2/7/2019 | (400) | $26.7700 |
| Account 1 | Common Stock | Sale | 5/14/2019 | (1,000) | $22.8500 |
| Account 1 | Common Stock | Sale | 5/17/2019 | (1,000) | $16.3701 |
| Account 1 | Common Stock | Sale | 9/27/2019 | (500) | $16.4500 |
| Account 1 | Common Stock | Sale | 10/9/2019 | (500) | $14.2200 |
| Account 1 | Common Stock | Sale | 10/10/2019 | (777) | $14.1903 |
| Account 1 | Common Stock | Sale | 1/23/2020 | (600) | $9.9500 |
| Account 1 | Common Stock | Sale | 1/23/2020 | (1,000) | $9.8400 |
| Account 1 | Common Stock | Sale | 3/5/2020 | (800) | $6.8162 |
| Account 1 | Common Stock | Sale | 3/5/2020 | (800) | $6.8462 |
| Account 1 | Common Stock | Sale | 3/5/2020 | (800) | $6.8500 |
| Account 1 | Common Stock | Sale | 3/5/2020 | (870) | $6.8479 |
| Account 1 | EOLS Apr 18 2019 20.0 Call | Purchase | 2/28/2019 | 15 | $7.1000 |
| Account 1 | EOLS Feb 15 2019 15.0 Put | Sale | 2/1/2019 | (20) | $1.4000 |
| Account 1 | EOLS Apr 17 2020 12.0 Call | Purchase | 10/18/2019 | 5 | $4.0000 |
| Account 1 | EOLS Mar 15 2019 17.5 Call | Purchase | 2/4/2019 | 30 | $5.8000 |
| Account 1 | EOLS Mar 15 2019 17.5 Call | Sale | 2/7/2019 | (30) | $9.9000 |
| Account 1 | EOLS Mar 15 2019 20.0 Call | Purchase | 2/7/2019 | 20 | $7.9000 |
| Account 1 | EOLS May 17 2019 20.0 Call | Purchase | 4/15/2019 | 15 | $5.2000 |
| Account 1 | EOLS May 17 2019 20.0 Call | Purchase | 4/17/2019 | 15 | $4.7000 |
| Account 1 | EOLS May 17 2019 22.5 Call | Purchase | 3/25/2019 | 20 | $2.2500 |
| Account 1 | EOLS May 17 2019 22.5 Call | Purchase | 3/25/2019 | 20 | $2.4000 |
| Account 1 | EOLS Jan 17 2020 10.0 Call | Purchase | 8/15/2019 | 10 | $5.4000 |
| Account 1 | EOLS Jan 17 2020 13.0 Call | Purchase | 8/15/2019 | 10 | $4.0000 |
| Account 1 | EOLS Jan 17 2020 14.0 Call | Purchase | 8/15/2019 | 10 | $3.2000 |
| Account 1 | EOLS Jan 17 2020 14.0 Call | Sale | 9/17/2019 | (10) | $4.1000 |
| Account 1 | EOLS Oct 16 2020 5.0 Call | Purchase | 5/22/2020 | 5 | $2.5500 |
| Account 2 | Common Stock | Purchase | 2/4/2019 | 200 | $21.8900 |
| Account 2 | Common Stock | Purchase | 2/4/2019 | 200 | $22.5000 |
| Account 2 | Common Stock | Purchase | 2/28/2019 | 1,000 | $26.2700 |
| Account 2 | Common Stock | Purchase | 3/18/2019 | 500 | $24.0500 |
| Account 2 | Common Stock | Purchase | 3/18/2019 | 500 | $24.5000 |
| Account 2 | Common Stock | Purchase | 4/29/2019 | 100 | $26.4400 |
| Account 2 | Common Stock | Purchase | 4/29/2019 | 100 | $26.4700 |
| Account 2 | Common Stock | Purchase | 4/29/2019 | 400 | $26.4400 |
| Account 2 | Common Stock | Purchase | 4/29/2019 | 1,400 | $26.4900 |
| Account 2 | Common Stock | Purchase | 5/1/2019 | 100 | $24.2200 |
| Account 2 | Common Stock | Purchase | 5/1/2019 | 100 | $24.8000 |
| Account 2 | Common Stock | Purchase | 5/1/2019 | 900 | $24.2700 |
| Account 2 | Common Stock | Purchase | 5/1/2019 | 900 | $24.8400 |
| Account 2 | Common Stock | Purchase | 5/16/2019 | 3,000 | $19.2500 |
| Account 2 | Common Stock | Purchase | 5/20/2019 | 100 | $17.7000 |
| Account 2 | Common Stock | Purchase | 5/20/2019 | 600 | $17.7500 |
| Account 2 | Common Stock | Purchase | 5/20/2019 | 1,300 | $17.6800 |

**Evolus, Inc. (EOLS)**                                                                                          **Sisun, Mitchell**

**List of Purchases and Sales**

| Account | Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|---|
| Account 2 | Common Stock | Purchase | 6/5/2019 | 500 | $15.4900 |
| Account 2 | Common Stock | Purchase | 6/7/2019 | 500 | $15.7200 |
| Account 2 | Common Stock | Purchase | 6/19/2019 | 1,000 | $13.7100 |
| Account 2 | Common Stock | Purchase | 4/14/2020 | 2,000 | $4.5500 |
| Account 2 | Common Stock | Sale | 2/7/2019 | (400) | $26.9000 |
| Account 2 | Common Stock | Sale | 3/19/2019 | (1,000) | $27.4000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (1,298) | $8.4800 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (1,000) | $8.5200 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (1,000) | $8.4800 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (800) | $8.5500 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (801) | $8.5000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (600) | $8.5600 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (600) | $8.5200 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (600) | $8.5000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (400) | $8.5600 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (400) | $8.5100 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (400) | $8.4600 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (301) | $8.5000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.5300 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.5200 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.5200 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.5200 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.5100 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.5000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.5000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (300) | $8.4700 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.5900 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.5400 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.5300 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.5300 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.5100 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.5100 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.4800 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.4700 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (200) | $8.5600 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.6000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5800 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5700 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5600 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5600 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5500 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5500 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5400 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5400 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5400 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5300 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5300 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5200 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5100 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5100 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.5000 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.4900 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.4900 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.4900 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.4900 |
| Account 2 | Common Stock | Sale | 2/28/2020 | (100) | $8.4800 |
| Account 3 | Common Stock | Purchase | 4/14/2020 | 900 | $4.5200 |
| Account 3 | Common Stock | Purchase | 5/22/2020 | 400 | $5.6700 |