IN RE EVOLUS INC. SECURITIES
LITIGATION,

:
:
:  Civil Action No. 1:20-cv-08647 (PGG)
:
:  CLASS ACTION
:

### DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF
### JOSH THRAILKILL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
### AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Constantine P. Economides, hereby declare as follows:

1.      I am Counsel with Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of

Josh Thrailkill ("Movant"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Movant's motion for appointment as Lead

Plaintiff for the Class, and approval of his selection of RCF as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:      Shareholder Certification executed by Movant;

Exhibit B:      Loss chart of Movant;

Exhibit C:      Declaration of Movant;

Exhibit D:      Firm resume of RCF; and

Exhibit E:      Press release published over *Globe Newswire*, announcing the
pendency of the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December, 2020, at Miami, Florida.

*/s/ Constantine P. Economides*
Constantine P. Economides