# Exhibit B

EVOLUS, INC. (EOLS)
Class Period: February 1, 2019 through July 6, 2020
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares Purchased | Price | | Amount | Sales Date | Shares Sold | Shares Retained | Price | | Amount | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thrailkill, Josh | 02/04/2019 | 2,500 | $ | 21.28 | $ (53,208.70) | 02/12/2019 | (80) | | $ | 26.65 | $ 2,126.97 | |
| | 02/04/2019 | 1,400 | $ | 21.65 | $ (30,310.00) | 03/19/2019 | (90) | | $ | 27.32 | $ 2,453.76 | |
| | 02/04/2019 | 1,084 | $ | 20.46 | $ (22,183.59) | 03/19/2019 | (124) | | $ | 26.60 | $ 3,293.52 | |
| | 02/04/2019 | 600 | $ | 20.49 | $ (12,294.00) | 03/19/2019 | (300) | | $ | 26.75 | $ 8,019.94 | |
| | 02/04/2019 | 500 | $ | 21.90 | $ (10,956.85) | 03/19/2019 | (500) | | $ | 27.86 | $ 13,927.26 | |
| | 02/04/2019 | 400 | $ | 21.59 | $ (8,636.00) | 03/19/2019 | (600) | | $ | 25.22 | $ 15,123.85 | |
| | 02/04/2019 | 316 | $ | 20.50 | $ (6,478.00) | 03/19/2019 | (610) | | $ | 27.23 | $ 16,611.06 | |
| | 02/04/2019 | 100 | $ | 21.57 | $ (2,161.95) | 05/07/2019 | (100) | | $ | 24.86 | $ 2,485.93 | |
| | 02/06/2019 | 3,900 | $ | 24.82 | $ (96,782.40) | 05/07/2019 | (444) | | $ | 24.86 | $ 11,033.24 | |
| | 02/06/2019 | 1,100 | $ | 24.79 | $ (27,271.75) | 05/07/2019 | (3,173) | | $ | 24.72 | $ 78,444.45 | |
| | 02/08/2019 | 350 | $ | 27.17 | $ (9,514.45) | 05/09/2019 | (750) | | $ | 23.81 | $ 17,851.51 | |
| | 02/08/2019 | 50 | $ | 27.49 | $ (1,379.45) | 05/17/2019 | (900) | | $ | 17.13 | $ 15,411.73 | |
| | 02/08/2019 | 18 | $ | 27.17 | $ (494.01) | 05/17/2019 | (9,100) | | $ | 17.12 | $ 155,788.77 | |
| | 02/08/2019 | 10 | $ | 27.83 | $ (283.25) | 06/13/2019 | (100) | | $ | 13.29 | $ 1,328.97 | |
| | 02/28/2019 | 85 | $ | 26.50 | $ (2,257.15) | 06/13/2019 | (100) | | $ | 13.40 | $ 1,339.97 | |
| | 03/01/2019 | 150 | $ | 26.35 | $ (3,957.45) | 06/13/2019 | (200) | | $ | 13.27 | $ 2,653.94 | |
| | 03/01/2019 | 4 | $ | 26.77 | $ (112.01) | 06/13/2019 | (200) | | $ | 13.28 | $ 2,655.94 | |
| | 03/04/2019 | 2 | $ | 27.88 | $ (60.71) | 06/13/2019 | (200) | | $ | 13.35 | $ 2,669.94 | |
| | 03/07/2019 | 235 | $ | 25.41 | $ (5,977.08) | 06/13/2019 | (500) | | $ | 13.26 | $ 6,629.86 | |
| | 03/20/2019 | 2,000 | $ | 24.85 | $ (49,696.55) | 06/13/2019 | (500) | | $ | 13.39 | $ 6,689.91 | |
| | 03/21/2019 | 190 | $ | 24.74 | $ (4,705.13) | 06/13/2019 | (588) | | $ | 13.25 | $ 7,790.83 | |
| | 04/01/2019 | 2 | $ | 22.50 | $ (49.95) | 06/13/2019 | (1,400) | | $ | 13.39 | $ 18,747.01 | |
| | 04/30/2019 | 900 | $ | 25.62 | $ (23,062.86) | 06/13/2019 | (1,900) | | $ | 13.30 | $ 25,269.47 | |
| | 05/02/2019 | 125 | $ | 23.67 | $ (2,963.59) | 06/13/2019 | (4,312) | | $ | 13.18 | $ 56,830.98 | |
| | 05/09/2019 | 1,000 | $ | 23.67 | $ (23,672.30) | 08/26/2019 | (765) | | $ | 14.97 | $ 11,443.19 | |
| | 05/09/2019 | 300 | $ | 23.66 | $ (7,096.80) | 08/14/2019 | (100) | | $ | 14.37 | $ 1,432.02 | |
| | 05/09/2019 | 155 | $ | 23.67 | $ (3,668.26) | 08/14/2019 | (200) | | $ | 14.36 | $ 2,872.14 | |
| | 05/09/2019 | 145 | $ | 23.66 | $ (3,430.86) | 08/14/2019 | (200) | | $ | 15.05 | $ 3,004.98 | |
| | 05/09/2019 | 100 | $ | 23.64 | $ (2,364.06) | 08/14/2019 | (300) | | $ | 14.36 | $ 4,307.91 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2019 | 100 | $ | 23.64 | $ | (2,364.09) | 08/14/2019 | (1,070) | | $ | 15.01 | $ | 16,060.36 |
| 05/09/2019 | 100 | $ | 23.65 | $ | (2,364.57) | 08/14/2019 | (4,420) | | $ | 14.36 | $ | 63,470.32 |
| 05/09/2019 | 100 | $ | 23.64 | $ | (2,368.52) | 08/14/2019 | (8,730) | | $ | 15.00 | $ | 130,947.28 |
| 05/13/2019 | 1,300 | $ | 21.74 | $ | (28,262.00) | 11/19/2019 | (405) | | $ | 14.00 | $ | 5,669.88 |
| 05/13/2019 | 100 | $ | 21.70 | $ | (2,170.00) | 02/18/2020 | (486) | | $ | 9.97 | $ | 4,845.31 |
| 05/13/2019 | 100 | $ | 21.67 | $ | (2,171.95) | 03/04/2020 | (400) | | $ | 7.41 | $ | 2,963.93 |
| 05/15/2019 | 1,000 | $ | 23.11 | $ | (23,119.85) | 03/04/2020 | (17,600) | | $ | 7.40 | $ | 130,237.12 |
| 05/15/2019 | 175 | $ | 23.21 | $ | (4,066.44) | 03/12/2020 | (30) | | $ | 5.22 | $ | 156.59 |
| 05/20/2019 | 2,075 | $ | 16.78 | $ | (34,823.45) | 03/12/2020 | (100) | | $ | 5.16 | $ | 515.99 |
| 05/20/2019 | 1,000 | $ | 16.78 | $ | (16,784.95) | 03/12/2020 | (100) | | $ | 5.17 | $ | 516.98 |
| 05/20/2019 | 1,000 | $ | 16.78 | $ | (16,784.95) | 03/12/2020 | (100) | | $ | 5.20 | $ | 519.98 |
| 05/20/2019 | 1,000 | $ | 16.89 | $ | (16,895.05) | 03/12/2020 | (100) | | $ | 5.43 | $ | 542.98 |
| 05/20/2019 | 1,000 | $ | 17.11 | $ | (17,114.85) | 03/12/2020 | (200) | | $ | 5.14 | $ | 1,027.99 |
| 05/20/2019 | 600 | $ | 17.39 | $ | (10,436.37) | 03/12/2020 | (500) | | $ | 5.07 | $ | 2,534.94 |
| 05/20/2019 | 600 | $ | 17.75 | $ | (10,650.00) | 03/12/2020 | (700) | | $ | 5.15 | $ | 3,604.99 |
| 05/20/2019 | 500 | $ | 17.38 | $ | (8,687.50) | 03/12/2020 | (1,000) | | $ | 5.18 | $ | 5,179.88 |
| 05/20/2019 | 500 | $ | 17.75 | $ | (8,875.20) | 03/12/2020 | (1,010) | | $ | 5.42 | $ | 5,474.07 |
| 05/20/2019 | 400 | $ | 17.30 | $ | (6,924.95) | 03/12/2020 | (1,100) | | $ | 5.34 | $ | 5,873.87 |
| 05/20/2019 | 400 | $ | 17.74 | $ | (7,102.91) | 03/12/2020 | (1,500) | | $ | 5.19 | $ | 7,777.32 |
| 05/20/2019 | 300 | $ | 17.42 | $ | (5,229.45) | 03/12/2020 | (1,600) | | $ | 5.14 | $ | 8,223.81 |
| 05/20/2019 | 200 | $ | 17.43 | $ | (3,490.93) | 03/12/2020 | (1,600) | | $ | 5.15 | $ | 8,239.81 |
| 05/20/2019 | 200 | $ | 17.73 | $ | (3,546.08) | 03/12/2020 | (3,081) | | $ | 5.16 | $ | 15,897.60 |
| 05/29/2019 | 1,100 | $ | 13.88 | $ | (15,272.84) | 03/12/2020 | (9,279) | | $ | 5.03 | $ | 46,672.33 |
| 06/05/2019 | 450 | $ | 14.38 | $ | (6,471.00) | 03/20/2020 | (100) | | $ | 4.28 | $ | 428.19 |
| 06/05/2019 | 50 | $ | 14.39 | $ | (724.48) | 03/20/2020 | (200) | | $ | 4.22 | $ | 844.00 |
| 06/17/2019 | 8,700 | $ | 14.07 | $ | (122,406.99) | 03/20/2020 | (300) | | $ | 4.32 | $ | 1,295.97 |
| 06/17/2019 | 250 | $ | 13.98 | $ | (3,500.45) | 03/20/2020 | (400) | | $ | 4.34 | $ | 1,735.96 |
| 07/03/2019 | 200 | $ | 14.03 | $ | (2,810.59) | 03/20/2020 | (819) | | $ | 4.33 | $ | 3,546.19 |
| 07/03/2019 | 50 | $ | 13.94 | $ | (701.99) | 03/20/2020 | (820) | | $ | 4.27 | $ | 3,501.32 |
| 08/02/2019 | 20 | $ | 17.26 | $ | (350.09) | 03/20/2020 | (1,500) | | $ | 4.25 | $ | 6,374.85 |
| 08/05/2019 | 200 | $ | 16.51 | $ | (3,306.57) | 03/20/2020 | (3,000) | | $ | 4.26 | $ | 12,779.71 |
| 08/05/2019 | 30 | $ | 16.51 | $ | (500.19) | 03/20/2020 | (3,800) | | $ | 4.28 | $ | 16,263.64 |
| 08/06/2019 | 150 | $ | 16.39 | $ | (2,463.45) | 03/20/2020 | (12,821) | | $ | 4.22 | $ | 54,103.42 |
| 08/07/2019 | 9 | $ | 16.78 | $ | (156.00) | | | | | | | |
| 08/12/2019 | 100 | $ | 17.12 | $ | (1,717.20) | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/12/2019 | 11 | $ | 17.17 | $ | (193.85) | | | | |
| 08/16/2019 | 10,000 | $ | 14.12 | $ | (141,154.95) | | | | |
| 08/16/2019 | 5,750 | $ | 14.05 | $ | (80,792.45) | | | | |
| 08/20/2019 | 14 | $ | 15.12 | $ | (216.61) | | | | |
| 08/20/2019 | 1 | $ | 15.12 | $ | (15.12) | | | | |
| 10/08/2019 | 250 | $ | 13.80 | $ | (3,454.63) | | | | |
| 10/09/2019 | 750 | $ | 14.18 | $ | (10,640.40) | | | | |
| 10/18/2019 | 670 | $ | 14.81 | $ | (9,925.25) | | | | |
| 10/18/2019 | 40 | $ | 14.86 | $ | (594.20) | | | | |
| 10/31/2019 | 195 | $ | 16.28 | $ | (3,175.15) | | | | |
| 11/22/2019 | 50 | $ | 13.87 | $ | (693.50) | | | | |
| 01/02/2020 | 182 | $ | 11.89 | $ | (2,163.25) | | | | |
| 01/02/2020 | 100 | $ | 11.88 | $ | (1,187.71) | | | | |
| 01/02/2020 | 100 | $ | 11.88 | $ | (1,188.14) | | | | |
| 01/02/2020 | 18 | $ | 11.88 | $ | (213.80) | | | | |
| 01/30/2020 | 36 | $ | 9.95 | $ | (358.04) | | | | |
| 02/21/2020 | 475 | $ | 10.07 | $ | (4,780.88) | | | | |
| 02/24/2020 | 1,000 | $ | 9.72 | $ | (9,719.80) | | | | |
| 02/24/2020 | 25 | $ | 9.65 | $ | (241.36) | | | | |
| 03/11/2020 | 7,530 | $ | 6.19 | $ | (46,610.70) | | | | |
| 03/11/2020 | 6,510 | $ | 6.17 | $ | (40,166.70) | | | | |
| 03/11/2020 | 3,758 | $ | 6.14 | $ | (23,074.12) | | | | |
| 03/11/2020 | 2,000 | $ | 6.16 | $ | (12,320.00) | | | | |
| 03/11/2020 | 2,000 | $ | 6.33 | $ | (12,669.20) | | | | |
| 03/11/2020 | 200 | $ | 6.18 | $ | (1,236.00) | | | | |
| 03/11/2020 | 2 | $ | 6.15 | $ | (12.30) | | | | |
| 03/12/2020 | 11,424 | $ | 5.00 | $ | (57,120.00) | | | | |
| 03/12/2020 | 5,826 | $ | 4.92 | $ | (28,663.92) | | | | |
| 03/12/2020 | 1,368 | $ | 4.98 | $ | (6,812.64) | | | | |
| 03/12/2020 | 1,301 | $ | 4.93 | $ | (6,413.93) | | | | |
| 03/12/2020 | 1,000 | $ | 4.95 | $ | (4,950.00) | | | | |
| 03/12/2020 | 744 | $ | 4.99 | $ | (3,712.56) | | | | |
| 03/12/2020 | 637 | $ | 4.96 | $ | (3,159.52) | | | | |
| 03/12/2020 | 200 | $ | 4.97 | $ | (994.00) | | | | |
| 03/12/2020 | 200 | $ | 4.97 | $ | (995.00) | | | | |

| 03/13/2020 | 60 | $ | 5.00 | $ | (300.00) | | | | | | |
| 03/16/2020 | 1,000 | $ | 3.92 | $ | (3,920.00) | | | | | | |

| 107,207 | $(1,333,484.74) | (107,207) | $1,066,065.63 | $ (267,419.11) |