**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No. 1:20-cv-08647 (PGG) <br><br> <u>CLASS ACTION</u> |

**NOTICE OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court,

Dr. Raffy Mirzayan, Alice Yanlengsim Yeo, both individually and on behalf of Triple A&E LLC, Gary R. Whaler, Jr. and Theresa R. Whaler (the "Investor Group"), will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for entry of an Order (1) appointing the Investor Group as Lead Plaintiff in the above-captioned consolidated action; and (2) approving the Investor Group's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of James M. Wilson, Jr. and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, the Investor Group respectfully requests that the Court (1) appoint the Investor Group as Lead Plaintiff pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated:  December 15, 2020              Respectfully submitted,

                                        **FARUQI & FARUQI, LLP**

                                        By:    */s/ James M. Wilson, Jr.*
                                                James M. Wilson, Jr.

                                        James M. Wilson, Jr.
                                        Robert W. Killorin (*pro hac vice* forthcoming)
                                        **FARUQI & FARUQI, LLP**
                                        685 Third Avenue, 26th Floor
                                        New York, NY 10017
                                        Telephone: 212-983-9330
                                        Facsimile: 212-983-9331

1

Email:   jwilson@faruqilaw.com
rkillorin@faruqilaw.com

2