**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No. 1:20-cv-08647 (PGG)<br><br>CLASS ACTION |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Dr. Raffy Mirzayan, Alice Yanlengsim Yeo, both individually and on behalf of Triple A&E LLC, Gary R. Whaler, Jr. and Theresa R. Whaler (the "Investor Group"), for (1) appointment as Lead Plaintiff and (2) approval of the Investor Group's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:      Joint Declaration

Exhibit B:      First Notice of Pendency of a Class Action

Exhibit C:      The Investor Group's PSLRA Certifications

Exhibit D:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit E:      Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December 2020 at New York, NY.

                                                                    */s/ James M. Wilson, Jr.*
                                                                    James M. Wilson, Jr.