# EXHIBIT A

**JOINT DECLARATION IN SUPPORT OF THE
MOTION OF THE INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned declare as follows:

1.      We, Dr. Raffy Mirzayan, Alice Yanlengsim Yeo, both individually and on behalf of Triple A&E LLC, Gary R. Whaler and Theresa R. Whaler (collectively, the "Investor Group") respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, the members of the Investor Group have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.      I, Dr. Raffy Mirzayan, as reflected in my PSLRA Certification filed herewith, purchased Evolus securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside and work in the state of California. I am a medical doctor with a speciality in orthopedics. I obtained my medical degree from the University of Southern California Keck School of Medicine. I have been investing in the stock market for over ten years. I decided to seek appointment as lead

---

[1] The "Class" consists of Evolus, Inc. ("Evolus" or the "Company") investors, who purchased or otherwise acquired Evolus securities between February 1, 2019 and July 6, 2020, inclusive (the "Class Period").

plaintiff with Alice Yanlengsim Yeo, Gary R. Whaler and Theresa R. Whaler after learning of their similar motivation to recover on behalf of investors and that we were each in discussions with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Alice Yanlengsim Yeo, Gary R. Whaler, Theresa R. Whaler and I have discussed this matter, the responsibilities and duties of serving as lead plaintiff and our mutual interest of seeking to be appointed co-lead plaintiffs with each other and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together on behalf of class members to prosecute the claims asserted.

4.      I, Alice Yanlengsim Yeo, as reflected in my PSLRA Certification filed herewith, purchased Evolus securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I also purchased Evolus stock through a limited liability company, which I own, called Triple A&E LLC and submit a separate PSLRA certification for those purchases. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in the state of California. I have an AS degree in Nursing from San Bernardino Community College, an AS degree in Consumer Science from Southeast Asia Union College, a BSc degree in Food and Nutrition from Union College, and an MSc degree in Human Metabolism from the University of Nebraska-Lincoln. I was employed as in-hospital patient care and analytical laboratory. I am now retired. I am a sophisticated investor with over 25 years of investing experience. I decided to seek appointment as lead plaintiff with Dr. Raffy Mirzayan, Gary R. Whaler and Theresa R. Whaler after learning of their motivation to recover on behalf of investors and that we were each in discussions with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Dr. Raffy Mirzayan, Gary R. Whaler, Theresa R. Whaler and I have discussed this matter, the responsibilities and duties of serving as lead plaintiff and and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together

on behalf of class members to prosecute the claims asserted.

5.    I,  Theresa R. Whaler, as reflected in my PSLRA Certification filed herewith, purchased Evolus securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in the state of California.  I graduated from California State University with a BS degree in Nursing. I worked as a registered nurse for Kaiser Permanente and am currently retired. I decided to seek appointment as lead plaintiff with Dr. Raffy Mirzayan, Alice Yanlengsim Yeo, and Gary R. Whaler after learning of their motivation to recover on behalf of investors and that we were each in discussions with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Dr. Raffy Mirzayan, Alice Yanlengsim Yeo, Gary R. Whaler and I have discussed this matter, the responsibilities and duties of serving as lead plaintiff and and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together on behalf of class members to prosecute the claims asserted

6.    I, Gary R. Whaler, as reflected in my PSLRA Certification filed herewith, purchased Evolus securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in the state of California. I graduated from California State University with a BS degree in Business Management. I previously worked for Oroweat and currently am retired.  I have been investing in the stock market for about 36  years. I decided to seek appointment as lead plaintiff with Dr. Raffy Mirzayan, Alice Yanlengsim Yeo, and Theresa R. Whaler after learning of their motivation to recover on behalf of investors and that we were each in discussions with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Dr. Raffy Mirzayan, Alice Yanlengsim Yeo,

3

Theresa R. Whaler and I have discussed this matter, the responsibilities and duties of serving as lead plaintiff and and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together on behalf of class members to prosecute the claims asserted

7.      We are aware that on October 16, 2020, Armin Malakouti filed a putative class action in the U.S. District Court for the Southern District of New York, on behalf of all purchasers of Evolus common stock between February 1, 2019 and July 6, 2020, inclusive (the "*Malakouti* Action"). The *Malakouti* Action seeks relief against Evolus and other defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

8.      On October 28, 2020, Clinton Cox filed a nearly identical action in the U.S. District Court for the Southern District of New York, on behalf of all purchasers of Evolus securities between February 1, 2020 and July 6, 2020 ("the *Cox* Action," and collectively with the *Malakouti* Action the "Actions").

9.      We believe that we will provide exemplary representation to the Class of investors who purchased Evolus securities during the Class Period.  After discussing the allegations against Evolus, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees with Faruqi & Faruqi, we learned of each other's existence and similar willingness to litigate the claims of the Class. We then held a joint conference call with each other and two attorneys from Faruqi & Faruqi to discuss the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, including the role and responsibility of a lead plaintiff, and attorneys' fees. After discussions with us, the Faruqi & Faruqi firm agreed that there would be a cap on any potential fee application they would make, in the event of a recovery for the Class, of 28% of a common fund. We also agreed on a protocol for resolving differences of opinion among the group,

4

should they arise.

10.    We are like-minded investors who contacted and retained Faruqi & Faruqi, LLP. We believe that the allegations against Evolus are meritorious and that the Class will benefit from having a small, cohesive group of highly motivated investors represented by an experienced and successful securities litigation law firm. We each decided to work together as a small group of investors in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Evolus shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

11.    We each understand that, if appointed, we would owe a fiduciary duty to the Class to work as a group to provide effective representation and to ensure that lead counsel effectively litigates the Action. Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Each of us will do our best to maximize the recovery for the Class.

12.    If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision-making to maximize the recovery for the Class. In the event we cannot reach a joint decision regarding the litigation of this matter we agree that the group will vote on a course of action based on the vote of a majority of the members of the Investor Group.[2] We agree that we will share our perspectives,

---

[2]    Gary R. Whaler and Theresa R. Whaler, husband and wife, have agreed that for purposes of resolving any disputes among the group, they shall toghether have a single vote, so there will be an odd number of votes and thus there can not be a tie vote if all group members vote

experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

13.    We select Faruqi & Faruqi, LLP to serve as lead counsel on behalf of the Class and believe this firm has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed lead counsel, Faruqi & Faruqi, LLP. We are aware that Faruqi & Faruqi, LLP is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the excellent representation.  We also believe that Faruqi & Faruqi, LLP will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

14.    It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Faruqi & Faruqi, LLP, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Faruqi & Faruqi, LLP to prosecute the Action in such a way to achieve a fair result for all members of the Class.

15.    We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice.  We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary.  We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute this Action.  We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

16.    We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

17.    We, Dr. Raffy Mirzayan, Alice Yanlengsim Yeo, Gary R. Whaler and Theresa R. Whaler, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if the Investor Group is appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action.

7

I, Dr. Raffy Mirzayan, declare, that the foregoing is true and correct.

Executed this 15th day of December, 2020.

DocuSigned by:

FBBF2FA10841463...

Dr. Raffy Mirzayan

I, Alice Yanlengsim Yeo, declare, that the foregoing is true and correct.

Executed this 15th  day of December, 2020.

DocuSigned by:

*Alice Yeo*

5E19D74ADF83486...

Alice Yanlengsim Yeo

I, Alice Yanlengsim Yeo, declare, that the foregoing is true and correct.

Executed this 15th day of December, 2020.

DocuSigned by:

*Alice Yeo*

5E19D74ADF83486...

Alice Yanlengsim Yeo
Owner of Triple A&E LLC

I, Theresa R. Whaler, declare, that the foregoing is true and correct.

Executed this 15th day of December, 2020.

Theresa R. Whaler

I, Gary R. Whaler, declare that the foregoing is true and correct.

Executed this 15th day of December, 2020.

DocuSigned by:

869B4C76359242E...

Gary R. Whaler