# EXHIBIT C

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Dr. Raffy Mirzayan ("Movant") declare, as to the claims asserted under the federal securities laws, that:

1. Movant has reviewed a draft complaint against Evolus, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2. Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. Movant understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4. Movant did not purchase the security that is the subject of the complaint at the direction of Movant's counsel, or in order to participate in any private action arising under the federal securities laws.

5. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6. Movant's transactions in Evolus, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7. In the past three years, Movant has served as a representative party on behalf of a class in an action filed under the federal securities laws in the following case:

   *Kiran Kumar Nallagonda v. Osiris Therapeutics, Inc. et al.,* Case No. 1:15-cv-03562-PX (lead plaintiff)

8. Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court. Movant further understands that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: December 11, 2020

DocuSigned by:

FBBF2FA10841463...

Dr. Raffy Mirzayan

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 11/04/2019 | 6,700 | $14.9200 |
| Purchase | 11/07/2019 | 5,100 | $14.1300 |
| Purchase | 11/07/2019 | 1,900 | $14.1300 |
| Purchase | 2/07/2020 | 400 | $9.6900 |
| Purchase | 2/07/2020 | 948 | $9.6800 |
| Purchase | 2/07/2020 | 200 | $9.6900 |
| Purchase | 2/07/2020 | 855 | $9.7000 |
| Purchase | 2/07/2020 | 150 | $9.6900 |
| Purchase | 2/07/2020 | 1,001 | $9.7100 |
| Purchase | 2/07/2020 | 292 | $9.7200 |
| Purchase | 2/07/2020 | 502 | $9.7200 |
| Purchase | 2/07/2020 | 2,300 | $9.7400 |
| Purchase | 2/07/2020 | 3,339 | $9.7600 |
| Purchase | 2/07/2020 | 301 | $9.7300 |
| Purchase | 2/07/2020 | 212 | $9.7400 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Alice Yanlengsim Yeo ("Movant") declare, as to the claims asserted under the federal securities laws, that:

1.     Movant has reviewed a draft complaint against Evolus, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2.     Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.     Movant understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4.     Movant did not purchase the security that is the subject of the complaint at the direction of Movant's counsel, or in order to participate in any private action arising under the federal securities laws.

5.     Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6.     Movant's transactions in Evolus, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7.     In the past three years, Movant has not served or sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

8.     Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.  Movant further understands that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: December 15, 2020

DocuSigned by:

*alice Yeo*

5E19D74ADF83486...

Alice Yanlengsim Yeo

| Alice Yeo – Individual Account | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 3/1/2019 | 449 | $26.8900 |
| Sale | 10/4/2019 | (449) | $14.8555 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Alice Yanlengsim Yeo, as owner of Triple A&E LLC ("Movant") declare, as to the claims asserted under the federal securities laws, that:

1.  Movant has reviewed a draft complaint against Evolus, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2.  Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.  Movant understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4.  Movant did not purchase the security that is the subject of the complaint at the direction of Movant's counsel, or in order to participate in any private action arising under the federal securities laws.

5.  Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6.  Movant's transactions in Evolus, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7.  In the past three years, Movant has not served or sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

8.  Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court. Movant further understands that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: December 15, 2020

DocuSigned by:

*alice Yeo*

5E19D74ADF83486...

Alice Yanlengsim Yeo
Owner Triple A&E LLC

| Triple A&E LLC | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 2/6/2019 | 1,000 | $24.0000 |
| Purchase | 2/7/2019 | 196 | $26.9500 |
| Purchase | 2/7/2019 | 804 | $26.9600 |
| Sale | 2/27/2019 | (1,100) | $26.8000 |
| Sale | 2/27/2019 | (400) | $26.8300 |
| Sale | 2/27/2019 | (500) | $26.7700 |
| Purchase | 3/1/2019 | 20 | $27.1491 |
| Purchase | 3/1/2019 | 60 | $27.1039 |
| Purchase | 3/1/2019 | 78 | $27.1262 |
| Purchase | 3/1/2019 | 205 | $27.1492 |
| Purchase | 3/1/2019 | 400 | $27.1762 |
| Purchase | 3/1/2019 | 1,000 | $27.1790 |
| Purchase | 3/1/2019 | 1,000 | $27.1890 |
| Purchase | 3/1/2019 | 1,137 | $27.1590 |
| Purchase | 3/1/2019 | 1,715 | $26.3500 |
| Purchase | 3/26/2019 | 124 | $20.6380 |
| Purchase | 3/26/2019 | 2,376 | $20.6701 |
| Sale | 10/15/2019 | (600) | $15.2210 |
| Sale | 10/15/2019 | (400) | $15.2200 |
| Sale | 3/2/2020 | (1,000) | $8.5300 |
| Sale | 3/10/2020 | (300) | $6.5300 |
| Sale | 3/10/2020 | (100) | $6.5200 |
| Sale | 3/23/2020 | (2,000) | $3.7000 |

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Theresa R. Whaler ("Movant") declare, as to the claims asserted under the federal securities laws, that:

1.    Movant has reviewed a draft complaint against Evolus, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2.    Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.    Movant understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4.    Movant did not purchase the security that is the subject of the complaint at the direction of Movant's counsel, or in order to participate in any private action arising under the federal securities laws.

5.    Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6.    Movant's transactions in Evolus, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7.    In the past three years, Movant has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:

8.    Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court. Movant further understands that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: December 11, 2020

DocuSigned by:

*Theresa R Whaler*

869B4C76359242E...

Theresa R. Whaler

| Evolus, Inc. | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 02/05/2019 | 100 | $25.6603 |
| Purchase | 02/05/2019 | 1,842 | $25.7270 |
| Purchase | 03/25/2019 | 447 | $22.3700 |
| Purchase | 01/06/2020 | 2,578 | $11.6200 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Gary R. Whaler, Jr. ("Movant") declare, as to the claims asserted under the federal securities laws, that:

1.    Movant has reviewed a draft complaint against Evolus, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2.    Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.    Movant understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4.    Movant did not purchase the security that is the subject of the complaint at the direction of Movant's counsel, or in order to participate in any private action arising under the federal securities laws.

5.    Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6.    Movant's transactions in Evolus, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7.    In the past three years, Movant has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:

8.    Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.  Movant further understands that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: December 11, 2020

DocuSigned by:

*Gary R. Whaler Jr*
869B4C76359242E...

Gary R. Whaler, Jr.

| Evolus, Inc. | | | |
|---|---|---|---|
| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
| Purchase | 02/04/2019 | 145 | $20.6000 |
| Purchase | 02/05/2019 | 1,547 | $25.8500 |
| Purchase | 02/22/2019 | 422 | $23.6600 |
| Purchase | 02/27/2019 | 375 | $26.6500 |
| Purchase | 03/25/2019 | 468 | $21.3300 |
| Purchase | 06/10/2019 | 52 | $14.1200 |
| Purchase | 06/10/2019 | 2,780 | $14.1200 |
| Sale | 11/13/2019 | (5,865) | $14.8200 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

Gary R. Whaler, Jr. and Theresa R. Whaler ("Movants") declare, as to the claims asserted under the federal securities laws, that:

1. Movants have reviewed a draft complaint against Evolus, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2. Movants selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. Movants understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4. Movants did not purchase the security that is the subject of the complaint at the direction of Movant's counsel, or in order to participate in any private action arising under the federal securities laws.

5. Movants is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6. Movants' transactions in Evolus, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7. In the past three years, Movants have not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:

8. Movants will not accept any payment for serving as a representative party on behalf of a class beyond Movants' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court. Movants further understand that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: December 11, 2020

DocuSigned by:

_Theresa R Whaler_
869B4C76359242E...
Theresa R. Whaler

Dated: December 11, 2020

_____
Gary R. Whaler, Jr.

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

Gary R. Whaler, Jr. and Theresa R. Whaler ("Movants") declare, as to the claims asserted under the federal securities laws, that:

1. Movants have reviewed a draft complaint against Evolus, Inc. and has authorized the filing of a motion to be appointed lead plaintiff.

2. Movants selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. Movants understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4. Movants did not purchase the security that is the subject of the complaint at the direction of Movant's counsel, or in order to participate in any private action arising under the federal securities laws.

5. Movants is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6. Movants' transactions in Evolus, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7. In the past three years, Movants have not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:

8. Movants will not accept any payment for serving as a representative party on behalf of a class beyond Movants' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court. Movants further understand that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated: December 11, 2020

_____

Theresa R. Whaler

Dated: December 11, 2020

DocuSigned by:

*Gary R Whaler Jr*

869B4C76359242E...

Gary R. Whaler, Jr.

| Evolus, Inc. – Joint Account | | | |
|---|---|---|---|
| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
| Purchase | 02/14/2019 | 364 | $27.4000 |
| Purchase | 02/14/2019 | 365 | $27.3600 |
| Purchase | 02/14/2019 | 362 | $27.6000 |
| Purchase | 02/14/2019 | 363 | $27.5300 |
| Purchase | 02/21/2019 | 404 | $24.7500 |
| Purchase | 02/22/2019 | 422 | $23.6600 |
| Purchase | 03/07/2019 | 122 | $24.5500 |