# EXHIBIT A

**Diaferia Group Transactions Outside the Daily Range**

**Peter Diaferia, Account 1**

| Date | Daily Trading Low* | Daily Trading High* | Trade Price Listed** | Shares Purchased** | Shares Sold** |
|---|---|---|---|---|---|
| 2/1/2019 | $16.0200 | $18.5000 | $21.0500 | 34 | |
| 2/1/2019 | $16.0200 | $18.5000 | $20.6900 | 85 | |
| 2/1/2019 | $16.0200 | $18.5000 | $19.2200 | 97 | |
| 2/1/2019 | $16.0200 | $18.5000 | $20.3500 | 100 | |
| 2/1/2019 | $16.0200 | $18.5000 | $21.1900 | 100 | |
| 2/1/2019 | $16.0200 | $18.5000 | $19.2300 | 200 | |
| 2/1/2019 | $16.0200 | $18.5000 | $21.1800 | 300 | |
| 2/1/2019 | $16.0200 | $18.5000 | $20.7000 | 400 | |
| 2/1/2019 | $16.0200 | $18.5000 | $21.1500 | 500 | |
| 2/1/2019 | $16.0200 | $18.5000 | $19.2400 | 703 | |
| 2/1/2019 | $16.0200 | $18.5000 | $19.2500 | 1,000 | |
| 2/1/2019 | $16.0200 | $18.5000 | $21.200 | 3,481 | |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 1,700 |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 1,500 |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 300 |

**Peter Diaferia, Account 2**

| Date | Daily Trading Low* | Daily Trading High* | Trade Price Listed** | Shares Purchased** | Shares Sold** |
|---|---|---|---|---|---|
| 2/1/2019 | $16.0200 | $18.5000 | $18.8500 | 900 | |
| 2/1/2019 | $16.0200 | $18.5000 | $19.2000 | 2,449 | |
| 2/1/2019 | $16.0200 | $18.5000 | $19.0000 | 3,000 | |
| 2/1/2019 | $16.0200 | $18.5000 | $18.9900 | 3,651 | |
| 2/7/2019 | $23.5000 | $29.0000 | $29.1500 | 100 | |
| 2/7/2019 | $23.5000 | $29.0000 | $29.0800 | 250 | |
| 2/7/2019 | $23.5000 | $29.0000 | $29.2500 | 1,150 | |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 1,800 |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 900 |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 100 |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 100 |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 100 |
| 7/9/2020 | $3.0000 | $3.3000 | $3.4133 | | 100 |

**Mitchell Sisun, Account 1**

| Date | Daily Trading Low* | Daily Trading High* | Trade Price Listed** | Shares Purchased** | Shares Sold** |
|------|------|------|------|------|------|
| 4/22/2019 | $24.2200 | $25.4550 | $20.0000 | 1,500 | |
| 1/21/2020 | $11.0600 | $11.4050 | $10.0000 | 1,000 | |

**Mitchell Sisun, Account 2**

| Date | Daily Trading Low* | Daily Trading High* | Trade Price Listed** | Shares Purchased** | Shares Sold** |
|------|------|------|------|------|------|
| 2/4/2020 | $20.3000 | $22.3500 | $22.5000 | 200 | |

* Trading information collected from *Yahoo! Finance*, *Evolus, Inc. (EOLS) – Historical Data*, https://finance.yahoo.com/quote/EOLS/history?period1=1518048000&period2=1609200000&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last visited Dec. 29, 2020).

**Dkt. Nos. 43-1 and 43-3.