UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No.  1:20-cv-08647-PGG<br><br>REPLY DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF PETER DIAFERIA AND MITCHELL SISUN FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Peter Diaferia ("Diaferia") and Mitchell Sisun ("Sisun"), and have personal knowledge of the facts set forth herein.  I make this Reply Declaration in further support of the motion of Diaferia and Sisun for appointment as Co-Lead Plaintiffs for the Class and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of a table describing certain of Diaferia's and Sisun's transactions in the securities of Evolus, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 5, 2021, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1