# EXHIBIT A

| Diaferia Account 1 | | | | | |
| Transaction | Trading Date | Shares | Price | Amount | Explanation for Price |
|---|---|---|---|---|---|
| Purchase | 2/1/2019 | 34 | $21.0500 | $716 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 85 | $20.6900 | $1,759 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 97 | $19.2200 | $1,864 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 100 | $20.3500 | $2,035 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 100 | $21.1900 | $2,119 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 200 | $19.2300 | $3,846 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 300 | $21.1800 | $6,354 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 400 | $20.7000 | $8,280 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 500 | $21.1500 | $10,575 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 703 | $19.2400 | $13,526 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 1,000 | $19.2500 | $19,250 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 3,481 | $21.2000 | $73,797 | Order filled after regular market hours. |
| Sale | 7/9/2020 | 1,700 | $3.4133 | $5,803 | Shares valued at statutory 90-day lookback price. |
| Sale | 7/9/2020 | 1,500 | $3.4133 | $5,120 | Shares valued at statutory 90-day lookback price. |
| Sale | 7/9/2020 | 300 | $3.4133 | $1,024 | Shares valued at statutory 90-day lookback price. |

| Diaferia Account 2 | | | | | |
| Transaction | Trading Date | Shares | Price | Amount | Explanation for Price |
|---|---|---|---|---|---|
| Purchase | 2/1/2019 | 900 | $18.8500 | $16,965 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 2,449 | $19.2000 | $47,021 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 3,000 | $19.0000 | $57,000 | Order filled after regular market hours. |
| Purchase | 2/1/2019 | 3,651 | $18.9900 | $69,332 | Order filled after regular market hours. |
| Purchase | 2/7/2019 | 100 | $29.1500 | $2,915 | Order filled after regular market hours. |
| Purchase | 2/7/2019 | 250 | $29.0800 | $7,270 | Order filled after regular market hours. |

{00414261;1 }

| Purchase | 2/7/2019 | 1,150 | $29.2500 | $33,638 | Order filled after regular market hours. |
|---|---|---|---|---|---|
| Sale | 7/9/2020 | 1,800 | $3.4133 | $6,144 | Shares valued at statutory 90-day lookback price. |
| Sale | 7/9/2020 | 900 | $3.4133 | $3,072 | Shares valued at statutory 90-day lookback price. |
| Sale | 7/9/2020 | 100 | $3.4133 | $341 | Shares valued at statutory 90-day lookback price. |
| Sale | 7/9/2020 | 100 | $3.4133 | $341 | Shares valued at statutory 90-day lookback price. |
| Sale | 7/9/2020 | 100 | $3.4133 | $341 | Shares valued at statutory 90-day lookback price. |
| Sale | 7/9/2020 | 100 | $3.4133 | $341 | Shares valued at statutory 90-day lookback price. |

| Sisun Account 1 | | | | | |
|---|---|---|---|---|---|
| Transaction | Trading Date | Shares | Price | Amount | Explanation for Price |
| Purchase | 4/22/2019 | 1,500 | $20.0000 | $30,000 | Exercise of call option contracts. |
| Purchase | 1/21/2020 | 1,000 | $10.0000 | $10,000 | Exercise of call option contracts. |

| Sisun Account 2 | | | | | |
|---|---|---|---|---|---|
| Transaction | Trading Date | Shares | Price | Amount | Explanation for Price |
| Purchase | 2/4/2019 | 200 | $22.5000 | $4,500 | Order filled before regular market hours. |