**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOLUS INC. SECURITIES LITIGATION | Case No. 1:20-cv-08647 (PGG)<br><br>CLASS ACTION |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** Lead Plaintiff movant the Investor Group respectfully submits this supplemental authority in support of its Motion for Appointment of Lead Plaintiff and Approval of Lead Counsel. The authority below was issued after briefing was closed on the Lead Plaintiff motions.

- ***Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceuticals Industries Limited, et al.*, No. 20-4660-KSM, 2021 WL 1205625 (E.D. Pa. Mar. 26, 2021), attached as Exhibit 1.**

The district court in *Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceuticals Industries Limited, et al.,* addressed the issues of the adequacy and standing of a movant to serve as lead plaintiff who had disposed of that movant's entire position in the defendant company prior to any allegation of a corrective disclosure in the operative complaint, and other issues relevant to the motions for lead plaintiff pending before this Court.

Dated: April 1, 2021

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:     */s/ James M. Wilson, Jr.*
        James M. Wilson, Jr.

James M. Wilson, Jr.
Robert W. Killorin (*pro hac vice* forthcoming)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com
         rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff and [Proposed] Lead Counsel for the putative Class*

1