# EXHIBIT J



# Evolus, Inc. NasdaqGM:EOLS
# Analyst/Investor Day
## Wednesday, May 08, 2019 2:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

Call Participants ............................................................................................ 3

Presentation .................................................................................................. 4

Question and Answer ..................................................................................... 22

# Call Participants

## EXECUTIVES

**David Moatazedi**
*President, CEO & Director*

**Lauren P. Silvernail**
*CFO & Executive VP of Corporate Development*

**Michael Mazen Jafar**
*Chief Marketing Officer*

**Rui Avelar**
*Chief Medical Officer and Head of Research & Development*

## ANALYSTS

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**David Michael Steinberg**
*Jefferies LLC, Research Division*

**Donald Bruce Ellis**
*JMP Securities LLC, Research Division*

**Douglas Dylan Tsao**
*H.C. Wainwright & Co, LLC, Research Division*

**Gregory B. Gilbert**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Irina Rivkind Koffler**
*Mizuho Securities USA LLC, Research Division*

**Louise Alesandra Chen**
*Cantor Fitzgerald & Co., Research Division*

**Unknown Analyst**

## ATTENDEES

**Jake Laban**

**Justin Harper**

**Sachin M. Shridharani**

**Sarmela Sunder**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

technology enter in nearly a decade. I'm pleased to announce today that we will be launching Jeuveau, and the launch date for Jeuveau will be next Wednesday, May 15.

On that date, we anticipate shipping product. And over the course of the next week, you'll hear about our final preparations in anticipation of that launch on the commercial team, the media activity that will occur in anticipation of that, and of course, as you can imagine, with the number of customers injecting neurotoxins in the U.S., giving those customers a 1-week lead time in order to begin preparing and booking their patients is an important last step before we commercialize.

For those of you that don't know Evolus, the company was formed 6 years ago. The root of the name Evolus was around this concept of evolving with the market. The original founder was a former Head of R&D at Allergan, developed this neurotoxin and focused it solely on this category of medical aesthetics. Being dedicated to this category enables us to operate differently. What you will see today is a company that over the last 12 months has been optimized to focus in this category and positioned against what we believe is a much larger opportunity, which is performance beauty.

I'll tell you a little bit more about what performance beauty means. Earlier in 2018, the company did an IPO. And many of you know this was, in 2018, one of the most successful health care IPOs. And over that time, roughly after the IPO, we built out the leadership team. And I'll speak to the team that we've hired on, but there's a depth of experience within this group. Collectively, roughly 70 years of experience in medical aesthetics that builds out what you will see today in our commercial plans.

We also have a focus around the customer. Everything we do surrounds that customer group. Over the last 12 months, we held 12 different advisory board sessions with different groups of customers to understand how the market's evolved and how we could better position the company to meet their needs. The customer is at the center of every activity that we deploy, and you'll see that reflected as you see the plans.

We also have a collective database now of 2,100 patients from multiple clinical trials that have been branded TRANSPARENCY data. The reason we branded it TRANSPARENCY is because in this category, data has been reflected in many ways, whether it's 1-point difference versus placebo, a 2-point difference or for the first time, the largest Phase III head-to-head study versus the market leader. Collectively, this data set is profound. It moves the market, and we've shared it in advisory board meetings. And doctors have a lot of confidence in this data set as they make that decision to use Jeuveau.

The R&D team has delivered. We've obtained regulatory approvals now in the United States earlier this year, in Canada, and we received a positive opinion in Europe just this month -- last month rather. And we expect an approval by the middle of this year in Europe.

We also have built out a digital platform unlike anything the market has seen. We recruited talent from the Bay Area from companies like Google and Facebook and up in the northwest with companies like Microsoft. A team with no health care experience but an expertise in disruptive innovation. Today, we will preview what that technology does and why, at scale, we believe that we can be more efficient and we can have a more profound impact on the category with a single focused digital platform that powers every aspect of our company.

We've also partnered with the major societies: the plastic surgery society, where we published in the Aesthetic Surgery Journal, the largest head-to-head study versus Botox last month; as well as the dermatologic society, where in Dermatologic Surgery our U.S. pivotal data was published. We have a premier sponsorship level with all major societies. We have a very active presence, including next week at a major medical meeting, the American Society for Aesthetic Plastic Surgery, where for the first time, we will have a full commercial presence.

We also, thanks to Lauren and the finance team, completed $100 million in financing earlier this year, putting Evolus in a position where we have adequate capital to enter one of the largest and fastest-growing markets in medical aesthetics. Our footprint at launch is meaningful. We positioned the brand as a premium product, not just in pricing but in the way that the brand represents itself to the consumer and the way we carry ourselves in front of the doctor.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

annual performance, annual growth rate. Then a kicker is applied on the whole portfolio. Some programs only allow you to earn points on toxins, but not discounts. Other programs weight the toxin differently to other products. It is rather complex for a group of injectors that went to med school, not to get a PhD in Finance. So for that, they've asked for transparency and simplicity because they're operating businesses. The way they operate currently is they take their list price of a product and they multiply it by 2 and that sets their retail price. Everything from thereon, they just tell you, I cannot figure it out. I'm assuming I'm making money. I'm assuming I am profitable. It's a necessary evil, I can't do away with it.

So to ensure responsibility within this market and ensure profit, we wanted to make sure that our customers maintain their top line. And like I said, they maintain their top line by setting their list price. So as you've heard about a week ago or so, we announced our list price of $610 a unit -- or sorry, a vial on a 100-vial basis, so about $6.10 per unit. Our customers like to do simple math. They will take that and they'll multiply it by 2-or-so on average, and they'll set their retail price as they have historically. We then brought in the objective of increasing profits and, more importantly, giving customers the option to break the bundle, right? There are portfolios out there relative to our singular focus. It just so happens to be that our singular focus is in the largest sector within medical aesthetics. So the ability to break the bundle at the right price starts within toxin. If we had launched this company with any other product, it would have been hard to break the bundle. But nearly half of the checks our customers cut to manufacturers is in this category, which means opportunistically, there is much more business to be had and much easier to break the bundle. The way we do it is we index price. We index price our discount to the market leader. For example, the range of discounts within the market-leading programs start at 0% and could go as high as 18%. In a survey we recently conducted, we learned that the discount average is anywhere between 2% to 4% for a large segment of this market. Our price across the board, from the bottom to the top, will be additive to current discounts. It'll be indexed on an individual level, on an account-by-account level. For purpose of modeling, I continue to stick to the 20%, 25% relative to the market. We realized the market is about $1.1 billion, $1.2 billion. I'd discount that by 20% to 25% over the course of the next 3 years. As I said, this is a complex market. And it comes down to the individual account to identify what it'll take in terms of share and cost. But no matter where you sit within any loyalty program today, this product will be much more profitable.

So how do we take complexity and simplify it? We give our sales force a profit calculator. That calculator has been designed to allow customers to give our representatives inputs. That input would be the following: what status are you within the competitive sets? What percentage of that status is earned within toxin? There'll then be a simple bar that says, how much of your business will you move over? Anything north of 13%, this becomes very profitable. You break the bundle on an individual-by-individual basis, and that ranges. But this product, relative to the size within this market, at this price, has the ability to break the bundle. We'll provide a very simple tool in order to do so.

I'll close by saying that we did not build this company to grow over time. We've built this to scale overnight. The 3 tenets of that will be a fresh, modern, new approach and new language with #NEWTOX. The J.E.T. program, our Jeuveau Experience Treatment program will create a seismic shift in this marketplace. And lastly, there isn't a single customer in this market that doesn't want profits.

Thank you.

**Rui Avelar**
*Chief Medical Officer and Head of Research & Development*

My name is Rui Avelar. I hope what you were getting a sense of is probably the most important thing about us is the company, the way we want to interact, our culture. The way we want to interact with both physicians and patients is unique, that defines our culture, that's a brand-new approach to this whole sector. Now the nice thing is we actually happen to have a product. So what I'd like to do is take a few minutes and introduce you to our first product, which is Jeuveau.

When this project started, the objective was to develop a product that was actually competitive with the gold standard. And the original founders, by no accident, sourced 900-kilodalton complex. At the same time, there was a high priority for quality. And that's why, in our collaboration, a brand-new facility was built for the purpose of making this product. Now the nice thing about a brand-new facility is you put

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in brand-new equipment that's modern and state-of-the-art, a huge implication for our quality system. The other thing is, in the manufacturing of this product, we use what is called a high-pure technology. And there are elements of it that are proprietary and they're a trade secret. And there are elements of it that are actually patented. And ultimately, we are able to do things, because we've learned from past experience to do kind of little extra things like, for instance, when you put things through the filtration column, why not put it through twice? We have this unique process where we go twice in these anion filtration columns, and that helps ensure high purity for everybody.

The TRANSPARENCY clinical trial has 5 studies in it. There are 2 long-term repeat-dose studies that went over a course of a year. And there were 3 Phase III studies, and they've recently been published, so I'd like to share that with you.

In the United States, the FDA wants you to run not one, but they want you to run 2 Phase III studies just to make sure you didn't get lucky in one of them. They're also wanting to look for consistency. But the criteria for a U.S. study is a little different. The patients that we enrolled were the same as patients in all our studies. They're over the age of 18. There's no cutoff on the age in terms of the upper limit. And all the patients who enrolled were moderate or severe in terms of glabellar lines. The unique thing about the FDA is they have a primary endpoint that's called a 2-point composite. Clinically, it's not as relevant as other endpoints, but statistically, it represents a really high bar. What this means is both the investigator needs to see a 2-point improvement and the subject, independently, needs to see a 2-point improvement. And it only counts when it overlaps. So in our 01 study, what we saw as a responder definition was 67.5%, and you can see the components of that composite up above. And then in our 02 study, what we found was 70.4%. Once again, you can see the composite and the contributors to that score. The study met the primary endpoint successfully of superior against placebo, and this was the basis for approval that we announced here from the FDA in February.

We use the same standard of a 2-point composite to understand and ask the question, statistically, do we still see a treatment effect against placebo? We ask that question at month 4, and we ask that question month 5. And what you see is in both studies, we saw statistical superiority both at 4 months and at 5 months. Again, a 2-point composite represents a high statistical bar. This is of interest to the statisticians. For the clinicians, what we provided was this: We gave them all visibility in terms of the Glabellar Line Scale at maximum frown.

Just some piece of background, when you look at a Glabellar Line Scale, by definition, a 1-point improvement represents a clinically meaningful change. So here, you can see, just to orient you quickly, the small bars are the placebo, assessed by the investigator or the subject, and the larger bars in general are the treatment arm. So you can see here what it looks like over time, all the way from day 2 right through to day 5 for both studies.

A different way to look at efficacy asks a simply different question, that is the Global Aesthetic Improvement Scale. This is a little bit broader interpretation. You're looking specifically for an aesthetic improvement. It's called a balance scale, so in the middle there is no change. And then you have 2 potential increments to get better, you can be improved or much improved; or 2 increments to get worse, worse and much worse. And again, here you could see the effect over time.

And the third way we looked at efficacy, very important, particularly for clinicians, is subject satisfaction. At the end of the day, the subject or the patient is always right. So here again, it's a balance scale where there's no change in the middle. You can be improved -- satisfied or very satisfied or unsatisfied or very unsatisfied. Here are the responder rates over time right up to 5 months.

From a safety perspective, the top line represents all adverse events in the trial, so that includes related and unrelated adverse events. And then the bottom line are all of the adverse events that were related to the drug. Some of the highlights in the adverse events, if we look at eyelid ptosis, you could see a blended rate of 1%. And if you look at all our studies, the overall eyelid ptosis rate that's related to the drug was about 1%, so that's pretty consistent. Also of note, most of the adverse events were mild in nature, so by definition that means barely noticeable. And there were no serious drug-related adverse events in any of the trials, actually.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Here's a quick little excerpt from our label. It does have a box warning on it. And on the left you could see all treatment-emergent adverse events with an incidence of over 1%. So that means even the unrelated and the related, they're all there. And we provided the placebo here for you so you have a little bit of a sense of context. And on the right, what you see is all of the adverse events greater than 1% that were related to Jeuveau, and you can see there's only 2 that actually hit the 1% mark.

This was the head-to-head study, and we recently put out a release on this. Brand-new, it was just published a few weeks ago. This was a large study, 540 patients. Most of them were randomized to the program, 5 to 500 randomization. Again, same criteria, over the age of 18. Most of the patients were moderate or severe at enrollment. The unique thing about this trial and different from the U.S. was the responder definition. So here, the responder definition was something that's quite often used in clinical literature. And that means -- sorry, severe responder, you'll have to -- all of them started as either moderate or severe glabellar lines. But to be a responder, you have to improve to either none or mild glabellar lines, and it was as judged by the investigator only. Here are the results. At day 30, which is standard for pivotal Phase III studies as a primary endpoint, the responder rates were 87.2% for Jeuveau and 82.8% for BOTOX. The primary endpoint was a non-inferiority design. And what you can see is the difference between the 2 was 4.4% in favor of Jeuveau. And importantly, what you see as the lower limit of the confidence interval is well above non-inferiority. So this successfully met the definition of non-inferiority. And this was the basis for the positive opinion that we just received from Europe just a -- that we announced a couple of days ago. From an efficacy standpoint, we also look at the very beginning and the very end in secondary endpoints. So you can see at day 2, the majority of the patients were rated responders, superior to placebo. And you could see again, right at the end of 5 months, we were still statistically superior to placebo. We're very interested in subject satisfaction. Again, the customer is always right. And we consistently see these really high numbers. And at day 30, clearly superior to placebo and you could see a responder rate of 91.3%.

What was new in this publication was, for the first time, we actually showed the head-to-head data across everything. So here you can see BOTOX versus Jeuveau looking at a Glabellar Line Scale by investigator, or you can look at the Glabellar Line Scale assessment by the subject. Some people prefer the Global Aesthetic Improvement Scale, so you can see it again by investigator. Or if you like, you can look at the same scale by subject. And then finally, some patients and some doctors really want to know about subject satisfaction. So again, you could see them. The really important thing about this publication is, for the first time, doctors have 30 brand-new exploratory endpoints they could look at. So whatever they're interested in, glabellar lines, global aesthetic, subject satisfaction, they can look at it from day 2, any interval they want, all the way to 5 months and pass their own judgment on the product. And that was, for us, a very important thing to allow physicians to have full transparency into our data set.

From an adverse event perspective, you can see all adverse events in the top line, both related to the drug, not related to the drug. In the lower line, what we see is the drug-related.

Highlights. Eyelid ptosis rate, 1.6 for Jeuveau; 0 for Botox. If we look at eyebrow ptosis rate, 0 for Jeuveau; 0.4 for BOTOX.

In closing, I'd like to share the image that was in the journal, for those of you who have not actually seen the pictures of glabellar lines. This is what it looks like. Here's a baseline patient. Peak effect is usually around day 30. You could see what it looks like over the course of time.

So with that, I'd like to say thank you, and I'll hand it back over to Mike.

**Michael Mazen Jafar**
*Chief Marketing Officer*

All right, Rui and I have done this several times before. In our previous slide, he handed over a great product within this category in which, on the commercial side, I was the lead. So profound respect for Rui, and we wouldn't be here without you. So thank you for that, Rui.

With that, I'd like to turn this over to our expert panel. We have an astute and a very diverse set of individuals. And we did this by design because this market is not a homogeneous market. And we wanted

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.