# EXHIBIT N



1717 K Street, N.W.
Washington, DC 20006-5350

202.223.1200 main
202.785.6687 fax

Areta L. Kupchyk
Direct 202-261-7324

December 5, 2017

**Electronic Submission**

Division of Dockets Management
Food and Drug Administration
5630 Fishers Lane, Room 1061
Rockville, Maryland 20852

## CITIZEN PETITION

The undersigned, on behalf of Medytox Inc. ("Medytox"),[1] submits this petition under 21 U.S.C. § 355, 21 C.F.R. § 10.30, and 21 C.F.R. § 10.35, among other provisions of law.  Medytox requests that the Commissioner of Food and Drugs refrain from approving the Biologics License Application ("BLA") submitted by Evolus, Inc. ("Evolus") for DWP-450,[2] a *Clostridium botulinum* toxin type A, until the Food and Drug Administration ("FDA") determines the identity and source of the DWP-450 strain and validates the integrity of the data and information in the Evolus BLA.  Medytox also requests that FDA require an applicant to include the whole genome sequence of a botulinum strain in the submission of a marketing application for any botulinum toxin product.

On May 16, 2017, Evolus, a wholly owned subsidiary of Alphaeon Corporation ("Alphaeon"), submitted a BLA for DWP-450 seeking approval for the treatment of adult

---

[1] Medytox Inc. ("Medytox") is a South Korean research-based biopharmaceutical company that develops, manufactures, and globally distributes botulinum neurotoxin aesthetic and therapeutic products.  Medytox has an office in Germantown, Maryland, but does not currently have an approved product in the U.S., or a pending application with the FDA.

[2] The generic biological name for DWP-450 in Evolus' BLA is "prabotulinumtoxinA."

Page 2

patients with glabellar lines,[3] which FDA accepted for review on July 19, 2017.[4]  Daewoong Pharmaceuticals Company, Ltd. ("Daewoong"), the company that developed and manufactures DWP-450, collaborated with Alphaeon to conduct clinical studies and prepare the Evolus BLA.[5]  Daewoong claims that its DWP-450 product is produced from a unique *C. botulinum* type A Hall strain, known as "the Hall strain," and that it isolated this type A Hall strain from soil in South Korea.  These statements are irrefutably false and raise serious questions about the source and identity of the *C. botulinum* strain used to produce DWP-450.[6]  Moreover, these false statements call into question the integrity of Daewoong and, thus, the integrity of all the data and information Daewoong prepared or helped to prepare for the Evolus BLA, for which Evolus is responsible.  Pursuant to FDA's Application Integrity Policy ("AIP"), such questions call for a halt to the substantive review of Evolus' BLA pending a full and thorough investigation and assessment of the validity of the data and information submitted in the Evolus BLA.

## A.  ACTIONS REQUESTED

1. Medytox requests the Commissioner to refrain from approving the Evolus BLA for DWP-450 until FDA determines whether the strain from which DWP-450 is produced is in fact the *C. botulinum* type A Hall strain, whether it is produced from a

---

[3] *See* Alphaeon Corporation ("Alphaeon") Press Release, "Alphaeon Submits Biologics License Application for DWP-450 Neuromodulator; BLA Submitted within Three Years of First Patient Enrollment," May 16, 2017, *available at* https://www.prnewswire.com/news-releases/alphaeon-submits-biologics-license-application-for-dwp-450-neuromodulator-300458255.html.  In July 2017, a press release by Evolus, Inc. ("Evolus"), Alphaeon's wholly owned subsidiary, stated that Evolus had submitted the BLA to FDA. *See* https://docs.wixstatic.com/ugd/57fb2a_d4a83a265438464c8b720217e59152ac.pdf).  The Chief Executive Officer of both Alphaeon and Evolus is Dr. Murthy Simhambhatla. S*ee* http://alphaeon.com/board-of-directors and https://www.evolus.com/management.

[4] *See* Evolus Press Release, "Evolus Announces FDA Acceptance for Review of the Biologics License Application for DWP-450 Neuromodulator," July 19, 2017, *available at* https://docs.wixstatic.com/ugd/57fb2a_d4a83a265438464c8b720217e59152ac.pdf.

[5] *See* Daewoong Pharmaceutical Co., Ltd. Press Release, "Daewoong Pharmaceuticals announces the result of phase 3 clinical trial in US on Nabota," April 8, 2016, *available at* http://www.daewoong.com/Sub06/Sub06_0101.asp?PageSize=10&Key=T&Keyword=nabota&Page=1&Mode=V&Srno=60841.  In this press release, Daewoong states: "In 2013, Daewoong Pharmaceuticals signed a distribution contract with Evolus for distributing abou[t] 3,000 billion won worth of its botulinum toxin to North America and Canada.  Later, Evolus was acquisitioned by Strathspey Crown which is a parent company to Alphaeon; and with an exclusive distribution right for the botulinum toxin, Alphaeon will present the result of the clinical trial in 5 other European countries.  After licensing process, Nabota is planned to be released in US and EU by 2017."

[6] Based on these false statements and other evidence, Medytox filed a lawsuit against Alphaeon, Evolus, Daewoong, and certain individuals ("Defendants") alleging, among other things, that Defendants misappropriated Medytox's trade secrets, confidential information, and its *Clostridium botulinum* strain.  *See Medytox Inc. v. Daewoong Pharmaceuticals Co., Ltd.* (Super. Ct. Orange County, No. 30-2017-00924912-CU-IP-CJC) (filed June 7, 2017).

Page 3

> *C. botulinum* strain isolated from soil in South Korea, in which case it must be an entirely different type A strain than the Hall strain, or whether it is an entirely different botulinum strain altogether.

2. Based on a finding that the Evolus BLA may include or includes an untrue statement of material fact as to the source and/or the identity of the *C. botulinum* strain used to produce DWP-450, Medytox requests the Commissioner to invoke the AIP and defer substantive scientific review of the Evolus BLA until FDA validates the preclinical and clinical data and information in the BLA to support the safety, purity, and potency, *i.e.*, effectiveness, of DWP-450.

3. Medytox requests the Commissioner to require that source and identity information include a SNP analysis of the whole genome sequence of the botulinum strain in any BLA application for a botulinum toxin product, including in the Evolus BLA.

4. Medytox requests the Commissioner to confirm and disclose in a response to this Citizen Petition the true source and identity of the strain from which the Evolus botulinum toxin product is produced to assure the public of the safety and effectiveness of DWP-450 if the BLA is approved and, regardless of approval, to correct the public record.

## B.  STATEMENT OF GROUNDS

### I.  Factual Background

#### A.  The Hall Strain

*C. botulinum* is an anaerobic, spore-forming bacterium that produces an extremely potent neurotoxin.  There are seven known toxin serotypes (A-G) and more than 40 toxin subtypes.  Botulinum toxin type A ("BoNT/A") is one of the most common serotypes.  Of the eight BoNT/A subtypes, A1-A8, BoNT/A1 is one of the most frequently isolated.[7]

BoNT A is part of a complex that includes a nontoxin-nonhemagglutinin protein and other proteins that vary according to the type of toxin complex.  One complex, known as HA+ complex or HA+ BoNT/A, contains three different hemagglutinin proteins that help protect the toxin protein after ingestion and move the toxin to the bloodstream.  With these proteins, the HA+ BoNT/A toxin is more stable and more potent when given orally.[8]

---

[7] *See* Declaration of Theresa J. Smith, M.S., at 1, Exhibit 1 (hereinafter "T.J. Smith Declaration").

[8] *Id*.

Page 4

The American researcher Dr. Ivan C. Hall discovered thousands of *C. botulinum* strains in the U.S. between 1920 and 1942.  He named each strain "Hall" and assigned each a unique numerical identifier.  These strains are referred to collectively and commonly as "Hall strains."  As was the custom then, Dr. Hall traded strains with other researchers.  In 1943, Dr. Elizabeth McCoy and a colleague, who had received Hall strain subcultures for research, discovered that one of the type A Hall strains had the ability to produce more toxin per unit of culture than any other strain they had tested.  The toxin produced by this Hall strain is an HA+ BoNT/A1.[9]

Not long after its identification as a high-yielding strain, during the mid-1940s, a subculture of this Hall strain was forwarded to a Harvard University researcher, who then forwarded a subculture to the U.S. Army laboratory at Fort Detrick, Maryland, now known as the U.S. Army Medical Research Institute of Infectious Diseases ("USAMRIID").[10]  The U.S. Army included the subculture in its research for the development of vaccines and antitoxins to protect military personnel from the potential use of botulinum toxin as a weapon of mass destruction.[11]  Because of its ability to produce high toxin yields, this Hall strain became the botulinum neurotoxin strain of choice in basic research and for commercial uses, as well as for countermeasure development.[12]  The unique number Dr. Hall assigned to this particular strain was lost at some point during transference between laboratories; therefore, this strain became known as "*the* Hall strain."[13]

The U.S Army later transferred a subculture of the Hall strain to the Michigan Department of Health to produce toxoid vaccines to protect laboratory workers from contracting botulism from 1978-2010.[14]  The Hall strain has also been used in the production of equine antisera that neutralizes botulinum toxin.[15]  For therapeutic purposes, the Hall strain has been used for the development of biological drug products to treat a variety of neuromuscular disorders, such as BOTOX® Cosmetic (onabotulinumtoxinA) for injection, manufactured by Allergan, Inc., which is described as "a sterile, vacuum-dried purified

---

[9] *Id.* at 2.

[10] *Id.*

[11] *Id.*

[12] *Id.* at 2-3.

[13] *Id.* at 2.  Subcultures of this strain are also sometimes referred to as "Hall Allergan" or "Hall A – *hyper*." *Id.*

[14] *Id.* at 3.

[15] *Id.*

Page 5

botulinum toxin type A, produced from fermentation of Hall strain *Clostridium botulinum* type A. . . ."[16]

Another unique feature of the Hall strain, which was first reported as early as 1957 and confirmed as late as 2014, is that, unlike other type A botulinum strains, it does not produce spores.[17]  Spores are inert and can stay undisturbed in soil for long periods of time until there is an anaerobic environment for germination.[18]  Because soils do not provide the necessary conditions for germination, *C. botulinum* organisms are only present in soil as spores.[19]  Therefore, the nonsporulating Hall strain cannot be found in soil.

In 1972, Dr. Edward Schantz, a USAMRIID researcher with particular expertise in producing and purifying botulinum toxins, moved to the Food Research Institute (FRI) at the University of Wisconsin – Madison, taking many subcultures of botulinum neurotoxin-producing strains with him, including the Hall strain.[20]  From there the Hall strain was subcultured and provided over time to certain commercial laboratories, including Metabiologics, Inc.,[21] List Biological Laboratories, Inc.,[22] Wako Laboratories (Kyoto, Japan),[23] and Allergan, for use in research.[24]  The Hall strain was never acquired or distributed by ATCC, the global biological materials supplier.[25]  For this reason, any

---

[16] *See* BOTOX® Cosmetic Prescribing Information ("BOTOX Labeling"), *available at* https://www.allergan.com/assets/pdf/botox_cosmetic_pi.pdf.  *See also* Zhang, L *et al.*, "Complete DNA sequences of the botulinum neurotoxin complex of the *Clostridium botulinum* type A-Hall (Allergan) strain," Gene 315: 21-32 (2003) (hereinafter "Gene Article").

[17] *See* T.J. Smith Declaration, Ex.1, at 2.  *See also* James T. Duff *et. al*, "Studies on Immunity to Toxins of *Clostridium Botulinum*. I. A Simplified Procedure for Isolation of Type A Toxin," J. of Bacteriol 73(1): 42-7 (January 1957)("A clone of the Hall strain of *Clostridium botulinum* type A . . . was used. . . .  Since sporulation was not observed with this strain, subcultures have been prepared at yearly intervals."); Marite Bradshaw *et al.*, "Holotoxin Activity of Botulinum Neurotoxin Subtype A4 Originating from a Nontoxigenic Clostridium botulinum Expression System," Appl. Environ. Microbiol., 80(23): 7415-7422, at 7416 (December 2014) ("During 29 years of working with *C. botulinum* strain Hall A-hyper, we have never observed spores in this strain.") *and* Marite Bradshaw *et al.,* "First Isolation and Characterization of a Minor Botulinum Neurotoxin 2 Originating From a Dual Toxin Producing Clostridium botulinum Strain," Appl. Environ. Microbiol. (September 2014) (stating same).

[18] *See* T.J. Smith Declaration, Ex. 1, at 8.

[19] *Id*.

[20] *Id.* at 3.

[21] Metabiologics, Inc., located in the University of Wisconsin Research Park in Madison, WI, exclusively manufactures and sells all seven serotypes of botulinum toxin for use by accredited researchers globally.

[22] List Biological Laboratories, Inc., located in Campbell, CA, is a commercial supplier of various bacterial toxins for research globally.

[23] Wako Laboratories is a Japanese company that is no longer a supplier of botulinum toxin.

[24] *See* T.J. Smith Declaration, Ex.1, at 3.

[25] *Id*.  ATCC is a biological materials resource and standards organization that acquires and distributes standard reference microorganisms, cell lines, and other materials.  *See* https://www.atcc.org/About.  Since 2005, federal

Page 6

subcultures of the Hall strain in other research laboratories are likely to have originated from either the USAMRIID or the University of Wisconsin-Madison.[26]  For example, Allergan obtained its botulinum toxin strain from the University of Wisconsin-Madison.[27]  Medytox also obtained its Hall strain from the University of Wisconsin-Madison.

As part of a collaborative project, the complete genome for the Hall strain, using DNA from the USAMRIID, was sequenced by the Joint Genome Institute at Los Alamos, New Mexico and finished by The Institute for Genomic Research in Rockville, Maryland.[28] The sequence is listed in GenBank®, a public genetic sequence database,[29] under accession number CP000727.1.[30]

### B.        The Daewoong Strain

In October 2014, Daewoong deposited the DNA sequence for its DWP-450 *C. botulinum* "neurotoxin type A gene" into GenBank ("Daewoong toxin").  Daewoong identified the strain from which its botulinum toxin was produced as "Hall," its isolation source as "soil" in "South Korea: Hyangnam-eup, Hwaseong-si, Gyeonggi-do," and its collection date as "24-Jun-2010"[31] ("Daewoong strain").  Daewoong deposited the genetic sequence of the 12,912 base pairs of the Daewoong toxin in GenBank. The genetic sequence included the toxin gene and several nontoxic genes that form part of the toxin gene cluster. The Daewoong toxin sequence is identical to toxin sequences from three different sources of the Hall stain – the USAMRIID, University of Wisconsin-Madison, and Allergan, as well as

---

regulations have restricted the possession, use, and transfer of biological select agents and toxins that have the potential to pose a severe threat to public, animal or plant health, or to animal or plant products, which includes *C. botulinum*.  Facilities where research with select agents and toxins is conducted must register with the Federal Select Agent Program.  *See e.g.*, 42 C.F.R. Part 73.

[26] *See* T.J. Smith Declaration, Ex.1, at 3.

[27] *See* Gene Article *supra*, note 16.

[28] *See* T.J. Smith Declaration, Ex.1, at 3.

[29] GenBank® is the National Institute of Health's ("NIH's") genetic sequence database, an annotated collection of all publicly available DNA sequences, at the National Center for Biotechnology Information ("NCBI").  *See generally*, DA Benson *et al.*, "GenBank," Nucleic Acids Res. (January 2013), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3531190/.  GenBank is part of the International Nucleotide Sequence Database Collaboration, which is comprised of the DNA DataBank of Japan ("DDBJ"), the European Nucleotide Archive ("ENA"), and GenBank at NCBI. *See generally*, http://www.insdc.org/.  NIH is a federal agency under the U.S. Department of Health and Human Services ("DHHS").

[30] *See* the Hall strain at GenBank accession number CP000727.1, *available at* https://www.ncbi.nlm.nih.gov/nuccore/CP000727.

[31] *See* Daewoong strain at GenBank accession number KJ997761.1, *available at* https://www.ncbi.nlm.nih.gov/nuccore/KJ997761.1 (hereinafter "Daewoong Strain at GenBank").

Page 7

from Medytox – and two toxin sequences from BoNT/A1 strains that are not the Hall strain (Table 1).[32]

**Table 1.** DNA sequence comparisons of various BoNT/A1 toxin complexes. Samples in black font are subcultures of the BoNT/A1 Hall strain; those in green font are from South Korean companies; those in red font are from strains other than BoNT/A1 Hall.

| NCBI Accession # | Strain | Source | Sequenced by | Identity w/ BoNT/A1 Hall | Coverage (base pairs) |
|---|---|---|---|---|---|
| CP000727.1 | BoNT/A1 Hall[†] (USAMRIID) | Probably US botulism case, 1925-1935 | JGI, Los Alamos, NM | 100% | 15,069 |
| AF461540.1 | BoNT/A1 Hall[†] (FRI, University of Wisconsin) | USAMRIID collection; Probably originally US botulism case, 1925-1935 | FRI, U Wisconsin, Madison, WI | 100% | 15,039 |
| | BoNT/A1 Hall[†] (Allergan) | FRI, University of Wisconsin collection; Probably originally US botulism case, 1925-1935 | Allergan, Irving, CA | 99.97%[††] | 3891 |
| DQ409059.1 | "BoNT/A1 Hall"[†] (Medytox) | FRI, University of Wisconsin | Medytox, South Korea | 100% | 13,694 |
| KM017078.1 | "BoNT/A1 Hall" (Daewoong) | South Korean soil, 2010 (as reported in GenBank) | Daewoong Pharmaceuticals, South Korea | 100% | 12,912 |
| AM412317.1 | ATCC 3502 (Hall 174)[†††] | US (CA), 1922 | JGI, Los Alamos, NM | 100% | 15,039 |
| CP000727.1 | ATCC 19397[†††] | E.W. Hurst collection, Lister Institute 1934 | JGI, Los Alamos, NM | 100% | 15,039 |

[†] These are sequences from subcultures of the same strain, BoNT/A1 Hall.

[††] There is one nucleotide difference between this sequence and the other two sequences, which was most likely due to a sequencing error.

[†††] The source information and other characteristics for ATCC3502 (Hall 174) and ATCC19397 indicate that they are <u>not</u> the Hall strain.

---

[32] *See* T.J. Smith Declaration, Ex.1, at 6-7.

Page 8

Daewoong filed a U.S. patent on June 22, 2015 titled, "Method for production of botulinum toxin," which Daewoong used to produce botulinum toxin DWP-450.[33]  The patent includes examples to describe its method of production in greater detail.  Among the examples is an experiment Daewoong conducted to support one of its contentions: that the purification process used to manufacture DWP-450 results in a toxin product with "high purity" and, therefore, was "two-times safer than BOTOX®."[34]  Daewoong states in the patent that it chose BOTOX as a comparator because it had "substantially identical characteristics."[35]  The patent includes a table with side-by-side list of the relevant identical characteristics, which identifies the strain used to produce both DWP-450 and BOTOX as "Wild-type hall."[36]  The BOTOX strain is the Hall strain[37] and the term "wild-type" indicates that the strain has not been altered.[38]  Therefore, according to table, Daewoong appears to claim its DWP-450 strain is the same unaltered Hall strain as used to produce BOTOX and that it is comparable to BOTOX in every way except that it is "two times purer" because of its patented purification process.

Daewoong has sponsored five of the nine DWP-450 clinical studies listed in ClinicalTrials.gov.[39]  Daewoong, in its description of the clinical study for the "Evaluation Onset Time of DWP 450-004 and Safety in Moderate-severe Glabellar Lines," stated that DWP-450 is "equal to" "wild-type Clostridium botulinum (type A, Hall strain)" based on "characteristic analysis (genotype analysis, morphological / biochemical characteristic verification test, toxicity test, etc[.]) of the identified fungi, *[sic.]*" which "confirmed . . . the biological and chemicophysical properties" of DWP-450.[40]  Although Daewoong did not

---

[33] U.S. Patent No. 9,512,418 (filed June 22, 2015) (issued Dec. 6, 2016), Exhibit 2 (hereinafter "Patent No. '418"). Note that the international application or "PTC" application was filed on May 7, 2014, which is the date referenced in the T.J. Smith Declaration, Ex.1, at 8.

[34] *Id.* at col.9 lines 44-52, col.12-13 ex. 4.

[35] *Id.* at col.13 line 25.

[36] *Id.* at col.13 tbl. 2.

[37] *See* BOTOX Labeling, *available at* https://www.allergan.com/assets/pdf/botox_cosmetic_pi.pdf; Gene Article *supra,* note 16.

[38] *See* T.J. Smith Declaration, Ex.1, at 8.  "The term 'wild-type,' when referring to bacteria, is used to differentiate a gene (genotype) or protein (phenotype) that has not been altered ('wild type') from a synthetic product that has been manipulated or mutated using molecular biology techniques (*i.e.,* a synthetic botulinum neurotoxin construct that has had amino acids altered at its active enzyme site in order to abolish its toxicity). This term 'wild type' is not used except in the context of distinguishing bacteria from its mutants, *e.g.*, 'wild type BoNT/A1 versus triple mutant ciBoNT/A1 H223A, E224A, H227A.'"

[39] *See* https://www.clinicaltrials.gov/ct2/results?term=dwp-450&Search=Search.  Evolus sponsored four of the nine studies for DWP-450 listed in ClinicalTrials.gov.

[40] *See* ClinicalTrials.gov Identifier NCT02568150, first submitted Oct. 1, 2015 (study completed March 2014), posted Oct. 5, 2015, *available at* https://clinicaltrials.gov/ct2/show/NCT02568150.  The official title of the study is listed as "Single Arm, Open, Single Institute, Domestic Phase 4 Clinical Study to Evaluate the Onset

Page 9

specify the results of its analysis, a characteristic analysis of the Hall strain would have included the signature attribute of the Hall strain, *i.e.,* that it is nonsporulating.[41]

Daewoong's DWP-450 product is approved and marketed by Daewoong in South Korea and other countries under the trade name "Nabota."[42]  The main ingredient of Nabota is listed as "Clostridium Botulinum Toxin Type A (Hall Strain)" in the prescribing information for the product distributed in South Korea.[43]  Nabota is the same botulinum toxin product as DWP-450, the subject of Evolus' BLA.[44]

In March 2017, Daewoong and Alphaeon made public their intent to submit to the FDA a BLA for Daewoong's Nabota.[45]  Daewoong also stated at that time that there were no issues with the origins of its botulinum strain, which it claimed it found in soil in South Korea.[46]  Although Daewoong claims its botulinum strain is the Hall strain,[47] the whole genome sequence of which is publically available through GenBank, Daewoong has refused to reveal the whole genome sequence of its strain,[48] even though the whole genome sequence is publically available through GenBank, thus drawing into question whether it is in fact the Hall strain.

---

Time of Improvement of Glabellar Frown Lines and Safety of DWP450-004 Injection for Adults With Worse Than Moderate Glabellar Frown Lines."

[41] *See* T.J. Smith Declaration, Ex.1, at 6.

[42] *See e.g.,* Daewoong Press Release, "Daewoong Pharmaceuticals expands entry to new markets with license in Mexico and India on Nabota," Sep. 22, 2016, *available at* http://www.daewoong.com/Sub06/Sub06_0101.asp?Mode=V&Srno=60853.  *See also* Sohn Ji-young, "Daewoong Pharma to seek US approval of botulinum toxin next month," The Korea Herald, Mar. 15, 2017, *available at* http://www.koreaherald.com/view.php?ud=20170315000902 (hereinafter "K. H. Article").

[43] *See* Nabota Prescribing Information, certified translation, Exhibit 3 (hereinafter "Nabota Label").

[44] *See* K. H. Article, *available at* http://www.koreaherald.com/view.php?ud=20170315000902.  *See also* Daewoong Press Release, **"**U.S. FDA approved Investigational New Drug (IND) application for clinical trial on Daewoong Pharmaceutical's NABOTA," Sep. 12, 2014, *available at* http://www.daewoong.com/Sub06/Sub06_0101.asp?PageSize=10&Key=T&Keyword=Nabota&Page=1&Mode=V&Srno=60811 (hereinafter "Daewoong 2014 Press Release"), and "Daewoong Pharmaceuticals announces US clinical trial result on Nabota at Dubai Derma and spurs exportation," Apr. 15, 2016, *available at* http://www.daewoong.com/Sub06/Sub06_0101.asp?PageSize=10&Key=T&Keyword=Nabota&Page=1&Mode=V&Srno=60843 (hereinafter "Daewoong April 2016 Press Release").

[45] *See* K. H. Article, *available at* http://www.koreaherald.com/view.php?ud=20170315000902.

[46] *Id.  See also* Daewoong Strain at GenBank, *available at* https://www.ncbi.nlm.nih.gov/nuccore/KJ997761.1.

[47] *Id.*

[48] *See* K. H. Article, *available at* http://www.koreaherald.com/view.php?ud=20170315000902.

Page 10

## II.    Statutory and Legal Background

### A.    The Biologics License Application Must Establish Safety, Purity, and Potency.

To obtain FDA approval to market a biological product, an applicant must submit a BLA and demonstrate that the biological product is "safe, pure, and potent" and that "the facility in which the biological product is manufactured, processed, packed, or held meets standards designed to assure that the biological product continues to be safe, pure, and potent."[49]

The BLA must contain, among other things, nonclinical and clinical data to demonstrate that the biological product meets the safety, purity, and potency requirements of approval.[50]  The BLA applicant must also include detailed information about manufacturing processes and controls.[51]  Applicants provide detailed manufacturing information in the Chemistry, Manufacturing, and Controls ("CMC") section of a BLA,[52] the content of which is discussed in FDA guidance documents.

### B.    The Chemistry, Manufacturing, and Controls Section of a BLA Provides Information Critical for Ensuring Safety, Purity, and Potency.

The content of a CMC section for a botulinum toxin product, which is considered a "vaccine related product," is addressed in FDA's "Guidance for Industry: Content and Format of Chemistry, Manufacturing and Controls Information and Establishment Description Information for a Vaccine or Related Product" ("CMC Guidance").[53]  The CMC Guidance defines "vaccine" as "an immunogen, the administration of which is intended to stimulate

---

[49] 42 U.S.C. § 262(a)(2)(C)(i); § 351(a)(2)(C)(i) of the Public Health Service Act ("PHS Act").  FDA approval is also dependent on the applicant consenting to an inspection of the manufacturing facility identified in the BLA.  42 U.S.C. § 262(a)(2)(C)(ii); § 351(a)(2)(C)(ii) of the PHS Act.

[50] 21 C.F.R. § 601.2.

[51] *Id.*

[52] *See* Standard Operating Procedures and Policies ("SOPP") for staff in the Center for Biologics Evaluation and Research ("CBER"), SOPP 8401.4: Review Responsibilities for the CMC Section of Biologic License Applications and Supplements (April 8, 2005), last updated December 27, 2010, *available at* https://www.fda.gov/downloads/biologicsbloodvaccines/guidancecomplianceregulatoryinformation/procedures sopps/ucm585238.pdf. Reviewers are directed to review the source and history of a cell line, the adventitious agent testing of the cell line, the detailed description of a master cell bank including methods, reagents and media, as well as methods of identification, and test methods for characterization, genetic sequence, or detection of contamination.

[53] *See* Guidance for Industry: Content and Format of Chemistry, Manufacturing and Controls Information and Establishment Description Information for a Vaccine or Related Product (January 1999), at 1, *available at* https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/Vaccines/ucm092272.pdf.

Page 11

the immune system to result in the prevention, amelioration or therapy of any disease or infection."[54]  The term "vaccine related products" is defined in the CMC Guidance to "include *in vivo* diagnostic antigens, other microbial derived proteins such as asparaginase or toxins such as botulinum toxin."[55]  A purified toxin would fall under the term "drug substance," which the CMC Guidance defines as "the unformulated active (immunogenic) substance which may be subsequently formulated with excipients to produce the drug product."[56]  The "drug product" would be the finished dosage form of a botulinum product.[57]

### C.  Source and Identity Information Must Be True and Accurate.

In production, the quality and purity of any drug substance depends on adequate control of the entire manufacturing process, including the "appropriate quality and purity of the starting materials . . . ."[58]  The *C. botulinum* bacterial strain is the starting material for the BoNT drug substance.  In describing a drug substance in the CMC section of a BLA, FDA expects the applicant to provide the "biological name (including strain . . .) . . . [and] the source of the cells, including microbes, from which the drug substances were derived. . . ."[59]  The characterization of the drug substance in the CMC section should also "contain a description of all analytical testing performed to characterize the drug substance with respect to identity, purity, potency, and stability."[60]

For example, physicochemical characterization of the drug substance may include, amino acid or nucleic acid sequencing, as well as carbohydrate analysis and, if appropriate, sequencing.  Characterization may also include, but is not limited to "assays to detect related proteins including deamidated, oxidized, processed, and aggregated forms and other variants, such as amino acid substitutions and adducts/derivatives, and other process contaminants such as sulfhydryl reagents, urea, residual host proteins, residual DNA, and endotoxin."[61]  Characterization of the biological activity of a botulinum toxin should also include "specific identity testing" and "serotyping."[62]

---

[54] *Id.*

[55] *Id.*

[56] *Id.* at 2.

[57] *Id.*

[58] *Id.*

[59] *Id.* at 3.

[60] *Id.*

[61] *Id.*

[62] *Id.* at 4.

Page 12

Characterization of a toxin drug substance would necessitate consideration of the strain used to produce the toxin, which typically would include genomic sequencing of the strain.  For example, a BLA must contain information about the method of manufacture, which should include a "detailed description of the manufacturing and controls . . . to demonstrate proper quality control and prevention of possible contamination with adventitious agents."[63]  For products produced from microbial cells, the CMC Guidance advises applicants to include information about the "history and general characteristics of the cell lines."[64]  Specifically, FDA expects to see "a description of the species, strain and known genotypic and phenotypic characteristics of the microorganism from which the drug substance is derived"[65] including:

> The history and characteristics of each strain used to produce the product and a *complete strain description* should be provided, including:
>
> - origin of isolate;
> - species;
> - biochemistry (fermentation profile, etc.);
> - *strain identifier and specific identifying characteristics* (serotype, etc.);
> - virulence (attenuation method, if performed);
> - *genetic characterization*, if known (markers, inserts, deletions, etc.);
> - plasmids; and
> - genetic stability.[66]

A *complete* history, description, and characterization of the *C. botulinum* type A Hall strain would include its inability to sporulate, a unique identifying characteristic as compared to other BoNT/A1 strains.

The source and identity of the source material in the manufacturing process are essential to the approval of a biological product.  Even after approval, certain changes to the manufacturing process require the submission of a supplement to the BLA and preapproval before the change can be made.  Under the regulations, at 21 C.F.R. § 601.12(b)(1), a "major change," requires FDA preapproval because it "has a substantial potential to have an adverse effect on the identity, strength, quality, purity, or potency of the product as they may relate to the safety or effectiveness of the product."  Specific types of changes are considered "major changes," including "[c]hanges in the source material or cell line" and the

---

[63] *Id.* at 6.

[64] *Id.* at 7.

[65] *Id.* at 8.

[66] *Id.* (emphasis added).

Page 13

"[e]stablishment of a new master cell bank or seed."[67]  Therefore, the substitution of one BoNT/A strain for another BoNT/A strain would require a BLA supplement.

### D.  Untrue Statements of Material Fact Trigger the Application Integrity Policy.

In September 1991, the FDA published the AIP, also referred to as FDA's fraud policy, which sets forth FDA's approach to the review of marketing applications that may be affected by an applicant's "wrongful acts."[68]  Wrongful acts raise a "significant question regarding reliability of data."[69]  An applicant is any "person,"[70] including any individual, partnership, corporation, and association, who submits data or information to FDA in a product application to obtain marketing authorization.[71]

Under the AIP, FDA defines a "wrongful act" as "any act that may subvert the integrity of the review process," including but not limited to:

> . . . submitting a fraudulent application, offering or promising a bribe or illegal gratuity, or *making an untrue statement of material fact*.  A wrongful act also includes submitting data that are otherwise unreliable due to, for example, a pattern of errors whether caused by incompetence, negligence, or a practice such as inadequate standard operating procedures or a system-wide failure to ensure the integrity of data submissions. . . . *Regardless of the means, each suspected incident of a wrongful act should be reported and investigated to determine whether they raise significant questions regarding data integrity and reliability with respect to a regulated product.*[72]

When FDA determines that wrongful acts have been committed and that such acts raise a significant question regarding reliability of data in some or all of the applicant's pending applications, FDA "invokes the AIP."[73]  "Invoking the AIP" means that FDA "will

---

[67] 21 C.F.R. § 601.12(b)(2)(iv)-(v).

[68] The Application Integrity Policy ("AIP") is formally titled, "Fraud, Untrue Statements of Material Facts, Bribery, and Illegal Gratuities; Final Policy," 56 Fed. Reg. 46191 (Sept. 10, 1991), *available at* https://www.fda.gov/ICECI/EnforcementActions/ApplicationIntegrityPolicy/ucm134741.htm.  *See also* Compliance Policy Guide 7150.09, Sec. 120.100, *available at* https://www.fda.gov/ICECI/ComplianceManuals/CompliancePolicyGuidanceManual/ucm073837.htm.

[69] 56 Fed. Reg. at 46199.

[70] 21 U.S.C. § 321(e); §201(e) of the FDCA.

[71] 56 Fed. Reg. at 46199.

[72] *See* Application Integrity Policy Procedures ("AIP Procedures") at § 1-1-3(9)(emphasis added), *available at* https://www.fda.gov/downloads/ICECI/EnforcementActions/ApplicationIntegrityPolicy/ucm072631.pdf (citing 56 Fed. Reg. 46191 at 46192).

[73] *See* AIP Procedures at § 1-1-5(3).  *See also* 56 Fed. Reg. at 46199.

Page 14

apply the Application Integrity Policy to one or more applications by deferring substantive scientific review pending a validity assessment of data and information in all of the affected applications."[74]  A "'validity assessment' includes the Agency's determination of the scope and extent of an applicant's suspected wrongful acts, an Agency inspection of the firm, and an Agency review of the applicant's audit."[75]  FDA generally will invoke the AIP when there is "evidence of a pattern or practice of wrongful conduct" by the applicant.[76]

FDA Centers are advised that "[n]o application, during or after investigation, should be approved or cleared if the data are unreliable, or there are data integrity, safety, or efficacy concerns, until the Center is satisfied that the issues in question are resolved."[77]  Before FDA will consider approving an application that has been under the AIP, "FDA generally must determine that the applicant is capable of producing a safe" product. [78]  In some cases, FDA will also determine whether an applicant can produce "an effective or functional product[.]"[79]  To this end, FDA examines data and information in the application including specifically testing and "the adequacy of the applicant's manufacturing processes and controls.  The principle basis for this determination is the data in the application; therefore, the reliability of data is of critical importance."[80]

III.    Discussion

A. Daewoong's Statements Are Unequivocally False.

In its posting to GenBank, Daewoong identified the strain from which it produced its DWP-450 *C. botulinum* "neurotoxin type A gene" as "Hall."  Daewoong also identified the source of the Hall strain as "soil" in South Korea.[81]  In its U.S. patent for the method of production of botulinum toxin used to produce the DWP-450 product, Daewoong compares DWP-450 to Allergan's BOTOX because of their high degree of similarity, including specifically that both are derived from the Hall strain.[82]

---

[74] *See* AIP Procedures at § 1-1-3(10).

[75] *Id.* at § 1-1-3(8).

[76] *Id.* at § 1-1-6 ("Invoking the AIP").

[77] *Id.* at § 1-1-6 ("General Considerations Before a Center Invokes the AIP").

[78] 56 Fed. Reg. at 46199-46200.

[79] *Id.* at 46199-46200.

[80] *Id.* at 46200.

[81] *See* Daewoong Strain at GenBank, *available at* https://www.ncbi.nlm.nih.gov/nuccore/KJ997761.1.

[82] *See* U.S. Patent No. '418, tbl. 2, Ex. 2.  *See also* BOTOX Labeling, *available at* https://www.allergan.com/assets/pdf/botox_cosmetic_pi.pdf.

Page 15

Daewoong also identifies its DWP-450 as a product of the Hall strain in its posting on www.clinicaltrials.gov, where it states: "As a result of characteristic analysis (genotype analysis, morphological / biochemical characteristic verification test, toxicity test, etc[.]) of the identified fungi *[sic.],* it was confirmed that the biological and chemicophysical properties [of DWP-450] are equal to those of wild-type Clostridium botulinum (type A, Hall strain)."[83]  Daewoong also identifies the strain used to produce Nabota, the brand name of DWP-450 marketed outside of the U.S., as the Hall strain.[84]

Daewoong makes two statements about its DWP-450 product, which is the subject of the Evolus BLA, both of which cannot be true.  The Daewoong strain cannot *both* be the Hall strain *and* a strain isolated from soil in South Korea.  If the Daewoong strain was isolated from South Korean soil, the soil must have contained spores, which the Hall strain does not produce.  Therefore, Daewoong's claim, and any similar statement by Evolus in the BLA in reliance on Daewoong's claim that the DWP-450 strain is the Hall strain, is patently false.

On the other hand, if the Daewoong strain is, in fact, the nonsporulating Hall strain, it would be impossible to isolate it from South Korean soil.  Without spores, the Hall strain is not capable of existing in *any* soil.  The claim that the Daewoong strain was isolated from soil in South Korea and is the Hall strain, therefore, is certainly false.  The only possible true statement is that Daewoong's strain is either the Hall strain *or* a South Korean soil isolate, *or* it is neither.

The Evolus BLA must include the source and identity of the botulinum toxin strain that Daewoong used and will use to produce its DWP-450 product.  Presumably, Evolus repeated Daewoong's false and inconsistent statements about the source and/or identity of the botulinum toxin strain that Daewoong has made publically and in GenBank.[85]  Alternatively, Evolus provided source and/or identity information about the DWP-450 strain that is inconsistent with Daewoong's public statements and its GenBank listing.  In either case, such false statements and inconsistencies raise significant questions about the integrity of the manufacturer, Daewoong, the integrity of all the data that Daewoong prepared or helped prepare, and the integrity of all the data and information that submitted in its DWP-

---

[83] *See* "Evaluation Onset Time of DWP450-004 and Safety in Moderate-severe Glabellar Lines," sponsor Daewoong Pharmaceutical Co. LTD, ClinicalTrials.gov Identifier NCT02568150, first submitted October 1, 2015 (study completed March 2014), *available at* https://clinicaltrials.gov/ct2/show/NCT02568150. Presumably, the characteristic analysis included the definitive confirmation that the strain was not sporulating.

[84] *See* Nabota Label, Ex. 3.

[85] A statement in GenBank that the Hall strain was sourced from soil in South Korea would be a false statement to NIH, a federal agency.

Page 16

450 BLA to FDA.  That such false statements or inconsistencies are in the Evolus BLA cannot be ignored or rejected without a full investigation by FDA.

Uncertainty about the source of Daewoong's *C. botulinum* strain, as well as concern about the adequacy of government oversight, had also been voiced by government representatives in South Korea, where Daewoong's DWP-450 has been approved under the brand name Nabota.  Because of Daewoong's claim that it found its strain in soil, a member of South Korea's Parliament in the Committee of Health and Welfare reported that the relevant regulatory authority should have but "didn't conduct an epidemiology investigation."[86]  However, "genetic information is not required by the [South Korean] Ministry of Food and Drug Safety to disclose the origin of botulinum toxin strain . . . ."[87]  Therefore, FDA cannot refer to the approval of DWP-450 by South Korean regulatory authorities or depend on another regulatory authority to ensure the integrity of the source and identity of the Daewoong strain.

## B. Untrue Statements about the Source and Identity of Daewoong's Botulinum Toxin Strain Are Material Facts in the Evolus BLA.

The quality and purity of a BoNT/A drug substance depends on adequate control of the manufacturing process, including the "appropriate quality and purity of the starting materials . . . ."[88]  For this reason, FDA expects CMC information to include the biological name, "including strain," and "the source of the cells, including microbes, from which the drug substances were derived."[89]

That FDA requests the history and characteristics of each strain used to produce a botulinum product and a *complete strain description* confirms the materiality of this basic information.  FDA further underscores the importance of this information by specifically requesting the origin of the strain, the species, the strain identifier and specific identifying characteristics, and genetic characterization.[90]

---

[86] *See* certified translation of Press Release titled, "Parliamentary Inspection of the Ministry of Health & Welfare," issued by Ki Dong Min, a member of parliament, Sept. 29, 2016, Exhibit 4.  *See also* Korean Investment & Securities Co., Ltd., Hugel Earnings Review, "Record earning but concerns over botulinum toxin strain origins," Oct. 27, 2016, Exhibit 5 (hereinafter "Hugel Report")("The issues over origins of the botulinum toxin strain . . .  are under parliamentary review over concerns of negligent supervision of [the] high-risk pathogens . . . .").

[87] *See* Hugel Report, Ex.5, at 4.

[88] *See* CMC Guidance at 2.

[89] *Id.* at 3.

[90] *Id.* at 8.

Page 17

In a BLA for a botulinum toxin product produced from the Hall strain, an applicant would be expected to cite its probable origin as a U.S. botulism case between 1925 and 1935 and the laboratory from which the subculture was obtained (*e.g.,* University of Wisconsin-Madison).  To provide a complete strain description of a *C. botulinum* strain, information about its source, cultural characteristics, the type of toxin that is produced, and/or the genetic sequence of the bacteria should be provided because each strain is considered to be a unique entity.[91]  Because the toxins of HA+ BoNT/A1 strains are genetically identical, a SNP analysis of the whole genome sequence is needed to confirm a strain's identity, even with closely related bacteria such as HA+ BoNT strains.[92]  Therefore, a complete history and characterization of the Hall strain should include the whole genome sequence of the strain as well as specific identifying characteristics, such as its unique ability not to sporulate.

Moreover, the identification of the strain used in the manufacturing process and its source are important factors in the characterization of the master cell bank.[93]  The unique characteristics of each botulinum strain, particularly the identity of the bacteria specific to the strain, are essential for developing appropriate specifications for identity and sterility testing of the toxin.[94]  The Daewoong strain may be identified as the Hall strain on the basis of certain morphological characteristics (*i.e.,* inability to form spores) or through genetic analysis of genomic sequences.

The source and identity of a BoNT/A1 strain is particularly important to ensure the integrity of the manufacturing process because the toxin sequences from BoNT/A1 strains are virtually identical.  As shown above in Table 1, the Daewoong toxin sequence is virtually identical to several BoNT/A1 sequences sourced from the Hall strain *and* two other sequences from BoNT/A1 strains that are *not* the Hall strain.  Without providing FDA with confirmable source and identity information about the strain, a manufacturer could substitute one BoNT/A1 strain with another BoNT/A1 strain without detection because of the indistinguishable genomic sequences of the toxins.  Such a change would unquestionably raise serious safety concerns.  Indeed, *any* change to the source material of an approved biological product is a "major change" and requires FDA preapproval under the regulations because it "has a substantial potential to have an adverse effect on the identity, strength, quality, purity, or potency of the product as they may relate to the safety or effectiveness of

---

[91] *See* T.J. Smith Declaration, Ex.1, at 5.

[92] *Id.*

[93] *See* T.J. Smith Declaration, Ex.1, at 7.

[94] *Id.* at 8.  *See also* CMC Guidance at 3.

Page 18

the product."[95]   The only way to determine whether such a change has been made is to have the whole genome sequence of the initial *C. botulinum* strain identified in the BLA.

Finally, the materiality of the strain is plainly evident in that FDA requires the identity of the strain on the product labeling for every approved botulinum toxin product. For example, FDA has required the identification of the *C. botulinum* strain on the labeling for BOTOX Cosmetic,[96] DYSPORT®,[97] and XEOMIN®,[98] all of which are type A Hall strains, as well as MYOBLOC®, which is a *C. botulinum* type B (Bean strain).[99]

### C. False Statements about the Identity and Source of the Daewoong Strain Fundamentally Call into Question the Integrity of Data in the Evolus BLA and Must Trigger the AIP.

Under the AIP, untrue statements of material fact are considered wrongful acts that may subvert the integrity of the review process.[100]   The source and identity of the strain used to produce a botulinum toxin product is clearly material to the BLA review in that it is required in the product labeling and explicitly listed in FDA's CMC Guidance as information to submit in a BLA.[101]   Indeed, the source material is so important that a post-approval change from one BoNT/A strain to another strain would require FDA preapproval of a BLA supplement because of the "substantial potential to have an adverse effect on the

---

[95] 21 C.F.R. § 601.12(b) ("*Changes requiring supplement submission and approval prior to distribution of the product made using the change (major changes).*").

[96] *See* BOTOX Labeling, *available at* https://www.allergan.com/assets/pdf/botox_cosmetic_pi.pdf ("BOTOX Cosmetic (onabotulinumtoxinA) for injection, is a sterile, vacuum-dried purified botulinum toxin type A, produced from *fermentation of Hall strain Clostridium botulinum type A* intended for intramuscular use.")(emphasis added).

[97] *See* DYSPORT® (abobotulinumtoxinA) for injection, for intramuscular use, labeling information, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/125274s109lbl.pdf (hereinafter "DYSPORT Labeling")("Botulinum toxin type A, the active ingredient in DYSPORT® (abobotulinumtoxinA), is a purified neurotoxin type A complex *produced by fermentation of the bacterium Clostridium botulinum type A, Hall Strain.*")(emphasis added).

[98] *See* XEOMIN® (incobotulinumtoxinA) for injection, for intramuscular use, labeling information, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/125360s067lbl.pdf (hereinafter "XEOMIN Labeling")("The active ingredient of XEOMIN is botulinum toxin type A produced from fermentation of *Hall strain Clostridium botulinum serotype A.*")(emphasis added).

[99] *See* MYOBLOC® (rimabotulinumtoxinB) for injection, labeling information, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/103846s5120lbl.pdf (hereinafter "MYOBLOC Labeling")("The neurotoxin is produced by fermentation of the bacterium *Clostridium botulinum* type B (Bean strain)").

[100] *See* 56 Fed. Reg. at 46199 ("Actions on the part of an applicant to subvert the integrity of an FDA review process through acts such as . . . making untrue statements of material facts . . . may call into question the integrity of some or all of the applicant's submissions to the agency.").

[101] *See* CMC Guidance at 3.

Page 19

identity, strength, quality, purity, or potency" of the BoNT/A product.[102]  A false statement
about the source and identity of a botulinum strain, therefore, is an untrue statement of a
material fact and, unquestionably, a wrongful act under the AIP that raises fundamental
questions about the truth and accuracy of other data and information in the a BLA.  We
believe such a wrongful act has been committed here.

The evidence of untrue statements of material facts about the source and identity of
the Daewoong strain is irrefutable.  The Hall strain, a unique type A botulinum strain
isolated from contaminated food by Dr. Hall between the 1925 and 1935, does not sporulate.
Without spores, the Hall strain cannot be isolated from soil, much less from soil in South
Korea.  Any *C. botulinum* spores found in soil, therefore, cannot be from the Hall strain.
Nevertheless, Daewoong has falsely claimed in GenBank that the strain for its botulinum
toxin is both the Hall strain and sourced from soil in South Korea.  Daewoong has
repeatedly, and without substantiation, claimed it has the Hall strain, including in the DWP-
450 production method patent, in a clinical study posting, and in its Nabota prescribing
information.

These untrue statements and inconsistencies raise significant questions about the
integrity of all the data and information provided by Daewoong to Evolus for the DWP-450
BLA.  The scope of information in the Evolus BLA that Daewoong prepared or helped
prepare is extensive.  For example, Daewoong developed the preclinical data used by Evolus
to support the DWP-450 clinical studies and, its president, Jong-wook Lee, boasted that
FDA accepted these studies "without question" thus "proving its effectiveness and
safety."[103]  Daewoong worked closely with Evolus and Alphaeon to develop the clinical data
for the BLA to support the safety and effectiveness of DWP-450.[104]  Daewoong, as the
manufacturer of DWP-450, is also responsible for the CMC information in the Evolus BLA.

Ultimately, Evolus is responsible for the integrity of the data and information in its
BLA submission. To be consistent with Daewoong's claims about the source and identity of
the strain, Evolus must have repeated these false statements in the DWP-450 BLA.
However, any statement in the BLA that is inconsistent with Daewoong's public statements
and its GenBank listing about the source and identity of its botulinum strain would raise a

---

[102] 21 C.F.R. § 601.12(b)(2).

[103] *See* Daewoong 2014 Press Release, *available at*
http://www.daewoong.com/Sub06/Sub06_0101.asp?PageSize=10&Key=T&Keyword=Nabota&Page=1&Mode
=V&Srno=60811 ("NABOTA received the U.S. FDA's final approval of preclinical studies submitted with the
Investigational New Drug (IND) application without question, proving its effectiveness and safety.").

[104] *Id. See also* Daewoong April 2016 Press Release, *available at*
http://www.daewoong.com/Sub06/Sub06_0101.asp?PageSize=10&Key=T&Keyword=Nabota&Page=1&Mode
=V&Srno=60843.

Page 20

legitimate question about its veracity. That this BLA is the first BLA ever submitted to FDA by Evolus (or its parent Alphaeon) would be no reason to excuse a material false statement. To the contrary, the absence of any FDA regulatory experience or compliance history with Evolus should militate in favor of a more careful investigation. That Daewoong obtained approval for its DWP-450 botulinum toxin product in South Korea, under the name Nabota, should also offer no comfort given the failure of the Korean Ministry of Food and Drug Safety to require genetic information about a strain's source and identity.[105]

Under the AIP, these questions about the integrity of data and information in the Evolus BLA must be addressed by Evolus. The true source and identity of the Daewoong strain and the integrity of the data submitted in the BLA must be investigated and validated. More than enough questions about the truthfulness of Evolus BLA have been raised to justify FDA invoking the AIP and deferring substantive review until the data and information submitted to support the approval of the BLA are thoroughly validated to FDA's satisfaction.

### D. SNP Analysis of Whole Genome Sequences Is a Practical Means to Determine the Source and Identity of the Daewoong Strain.

Strains of *C. botulinum* "can be identified by their source information, cultural characteristics, type of toxin that is produced, and/or the genetic sequence of the bacteria. Each strain is considered to be a unique entity."[106] According to Theresa J. Smith, an expert on botulinum neurotoxins who was part of the research team that sequenced the Hall strain:

> With HA+BoNT/A1 strains [like the Hall strain], their toxins are genetically identical. Toxin gene clusters, where available, also contain identical DNA sequences. Single nucleotide polymorphism (SNP) analysis of whole genome sequences, which is a very sensitive way to differentiate different bacterial strains, offers a possibility of confirming a strain's identity, even with closely related bacteria such as HA+BoNT strains.[107]

Therefore, the identity of the Daewoong strain as "the Hall strain" may be determined by the type of toxin ("BoNT/A1 Hall"), source information ("[p]robably U.S. botulism case, 1925-1935"), unique morphological characteristics (inability to form spores),

---

[105] *See* Hugel Report, Ex.5, at 4.

[106] *See* T.J. Smith Declaration, Ex.1, at 5.

[107] *Id.*

Page 21

and through genetic analysis of the bacterial sequence.[108]  To produce accurate results, a SNP analysis of the strains' sequences should be done by a single qualified laboratory that has the latest analysis software to minimize sequencing errors and analysis bias.[109]  Also, similar strains should be sequenced to provide context for the analysis.[110]  "The Center for Microbial Genetics and Genomics, Northern Arizona University, Flagstaff, Arizona, has demonstrated expertise in sequencing and analyzing *C. botulinum* genomes as well as multiple other pathogens."[111]

If a SNP analysis of the whole genome sequence of the Daewoong strain differs substantially, *e.g.,* by thousands of SNPs, from that of the BoNT/A1 Hall strain, then the Daewoong strain and the Hall strain could not be the same.[112]  Therefore, the naming of the Daewoong strain as the Hall strain or "BoNT/A Hall," or the Daewoong toxin gene as "*C. botulinum* strain Hall neurotoxin type A gene" would be false and misleading. [113]

By contrast, a SNP analysis of the whole genome sequence of the Daewoong strain that would not differ substantially from that of the BoNT/A1 Hall strain would indicate that they are derived from a common strain.[114]  According to Theresa Smith:

> . . . If Daewoong Pharmaceutical's strain was isolated from soil in South Korea, it cannot be the Hall strain.  Conversely, if the strain identified by Daewoong Pharmaceuticals is the Hall strain, it could not have been isolated from soil in South Korea and would have had to have been obtained from a private collection or directly from the [Food Research Institute] at the University of Wisconsin.[115]

**E. Whole Genome Sequencing of the *C. botulinum* Strain is Essential Information in the CMC Section for a Botulinum Toxin Product.**

---

[108] *Id.* at 7

[109] *Id. at* 5.

[110] *Id.*

[111] *Id.*

[112] *Id.*

[113] *See* Daewoong Strain at GenBank, *available at* https://www.ncbi.nlm.nih.gov/nuccore/KJ997761.1, for Daewoong's submission to GenBank identifying its toxin gene as the "Hall neurotoxin type A gene."

[114] *See* T.J. Smith Declaration, Ex.1, at 5.

[115] *Id.* at 8-9.

Page 22

The toxin of a *C. botulinum* type A strain "may be virtually identical genetically to a botulinum type A toxin produced by a different *C. botulinum* strain."[116]  Therefore, sequencing the whole genome of the strain using  SNP analysis, *along with* the identification of unique morphological characteristics, such as the ability to sporulate, provides the scientific confirmation needed for "[c]onclusive identification of the strain," which "is important for several reasons, including characterization of the master cell bank."[117]  Indeed, the "unique characteristics of each botulinum strain, particularly the identity of the bacteria specific to the strain, are essential for developing appropriate specifications for identity and sterility testing of the toxin."[118]

SNP analysis of the whole genome sequence of the strain is also the only way for FDA to ensure that the identification of the *C. botulinum* strain*,* which FDA has required on the labeling for every botulinum toxin product approved to date, is not false or misleading. For example, FDA has required identification of the *C. botulinum* strain on the labeling for BOTOX Cosmetic,[119] DYSPORT,[120] and XEOMIN,[121] all of which are type A Hall strains.[122]  FDA has also required the labeling for these products to include a specific warning that botulinum toxin products are not interchangeable.[123]

Having an applicant provide a SNP analysis of the whole genome sequence of the strain also enables FDA to investigate and verify the type and source of the botulinum strain used to produce the toxin.  The identity and source of the strain is so important that any change of strains would be considered a "major change" that requires the preapproval of a BLA Supplement.  Because type A botulinum toxins are virtually identical genetically, a different type A strain could be substituted without detection.[124]  By having the whole genome sequence of the strain in the original BLA, not just the sequence of the toxin, FDA could subsequently verify, if necessary, that no unapproved substitution has occurred.

---

[116] *See* T.J. Smith Declaration, Ex.1, at 7.

[117] *Id.*

[118] *Id.* at 7-8.

[119] *See* BOTOX Labeling, *available at* https://www.allergan.com/assets/pdf/botox_cosmetic_pi.pdf.

[120] *See* DYSPORT Labeling, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/125274s109lbl.pdf.

[121] *See* XEOMIN Labeling, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/125360s067lbl.pdf.

[122] *See also* MYOBLOC Labeling, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/103846s5120lbl.pdf.

[123] *See supra*, notes 119-122.

[124] *See* T.J. Smith Declaration, Ex.1, at 7 ("In manufacturing, a strain substitution would be undetectable if only the sequence of the toxin is known.").

Page 23

Without the whole genome sequence at the time of original BLA approval, FDA would have difficulty proving that any substitution has or has not been made.

**F. Disclosure of the True Identity and Source of the DWP-450 *C. botulinum* Strain is Necessary Regardless of Whether the Evolus BLA Is Approved or Not Approved.**

**1. Disclosure of the true identity and source of the DWP-450 botulinum strain is necessary to assure patients and physicians of safety and effectiveness of the DWP-450 product in the event FDA approves the Evolus BLA.**

Physicians and patients rely on the safety and effectiveness data from clinical studies conducted by the sponsor of an FDA approved drug product. The falsity of Daewoong's statements that it uses the Hall strain to produce the botulinum toxin product, DWP-450, and that it found the Hall strain in soil from South Korea calls into question the integrity of all the information provided by Daewoong to Evolus for submission to FDA. Indeed, these untrue statements of material fact call into question Daewoong's own integrity as well as the integrity of other information it provided to Evolus or helped Evolus prepare for inclusion in the BLA, including CMC information, preclinical study data, and clinical data, which Evolus must rely on to support the safety and effectiveness of the DWP-450 product.[125]

To provide confidence to physicians and patients, before approving the Evolus BLA for DWP-450, FDA must determine the veracity of the information submitted by Evolus in its BLA related to the source and identity of the botulinum strain using the SNP analysis of the whole genome sequence of the DWP-450 strain. In addition, FDA must validate the other data and information that Daewoong provided to Evolus or helped Evolus prepare. In the event FDA approves the Evolus BLA, FDA should disclose the results of its investigation, including the true identity and the source of the DWP-450 strain, as well as the method FDA used to validate the integrity of the data and information in the BLA.

**2. Disclosure of the true identity and source of the DWP-450 botulinum strain is necessary to correct the public record in GenBank.**

Daewoong has deposited the sequence for its neurotoxin cluster in GenBank and falsely stated the toxin is from the Hall strain *and* it was found in soil in South Korea.

---

[125] *See* Daewoong 2014 Press Release, *available at* http://www.daewoong.com/Sub06/Sub06_0101.asp?PageSize=10&Key=T&Keyword=Nabota&Page=1&Mode =V&Srno=60811, in which it announced that: "NABOTA *received the U.S. FDA's final approval of preclinical studies submitted with the Investigational New Drug (IND) application without question*, proving its effectiveness and safety." (Emphasis added).

Page 24

Through FDA's investigation into the false statements described in this Citizen Petition, FDA can determine the true identity and source of Daewoong's botulinum strain. Therefore, FDA can and should inform NIH and GenBank of the true identity and source of the Daewoong strain as soon as its investigation is complete to ensure the public record is corrected. We ask FDA to disclose the same information in response to this Citizen Petition, even if FDA does not approve the Evolus BLA,

FDA should also disclose the method used to verify the identity and source of the Daewoong strain, which should at a minimum involve a comparative SNP analysis to the genomic sequence of the Hall strain and a third strain for context, and the method used to validate the integrity of other statements, information, and data in the Evolus BLA. This information is not protected from disclosure under the Freedom of Information Act ("FOIA") or FDA's regulations.[126] Only "commercial or financial information that is privileged or confidential" is exempt from disclosure.[127] Information that is not "of a type customarily held in strict confidence or regarded as privileged" or information that has been "disclosed to any member of the public by persons to whom it belongs" is not exempt from disclosure.[128] Under its public information regulation, the agency imposes upon itself the requirement that:

> The [FDA] will make the fullest possible disclosure of records to the public, consistent with the rights of individuals to privacy, the property rights of persons in trade secrets and confidential commercial or financial information, and the need for the agency to promote frank internal policy deliberations and to pursue its regulatory activities without disruption.[129]

The various exemptions from disclosures are not applicable here. Although "internal policy deliberations" in inter- and intra-agency communications are exempt from disclosure, "factual information which is reasonably segregable [from nondisclosable information] . . . is available for public disclosure."[130] So long as disclosable information and nondisclosable information are not "so inextricably intertwined that it is not feasible to separate them" or

---

[126] *See* 5 U.S.C. §552(b)(4); 21 C.F.R. § 20.61(a). A request for records that indicate FDA's conclusion as to the identity and source of the Daewoong strain, and the method used to verify such information is also the subject of a Freedom of Information Act ("FOIA") request submitted concurrently with this Citizen Petition.

[127] 21 C.F.R. § 20.61(b).

[128] *Id.*

[129] 21 C.F.R. § 20.61(a).

[130] 21 C.F.R. § 20.62.

Page 25

"release of the disclosable information would [not] compromise or impinge upon the nondisclosable portion of the record," the information must be disclosed.[131]

The disclosure of factual information identifying the source and the specific type of *C. botulinum* strain would not disrupt any of the agency's regulatory activities. To the contrary, assessing the validity of information and data in the Evolus BLA and responding to this Citizen Petition are a necessary part of the agency's regulatory activities. Providing the factual conclusion and the method used to reach the factual conclusion, which can easily be separated from analysis and deliberation of the investigation, should be no burden.

## IV.    Conclusion

Daewoong and Evolus claim the DWP-450 is produced from the Hall strain, but this cannot be true if the strain was sourced from South Korean soil. However, if the DWP-450 is produced from a strain isolated from South Korean soil, as Daewoong claims in GenBank, then the DWP-450 is not produced from the Hall strain. Medytox requests the Commissioner to refrain from approving the Evolus BLA for DWP-450 until FDA determines whether the strain from which the DWP-450 product is produced is in fact the *C. botulinum* type A Hall strain or whether it is an entirely different strain isolated from soil in South Korea.

That a false statement has been made to FDA is indisputable. The source and identity of the *C. botulinum* type A strain are material facts related to the manufacturing process of the DWP-450 and required on the product labeling. Therefore, based on untrue statements about the DWP-450 strain's source and identity, Medytox requests the Commissioner to invoke the AIP and defer substantive review of the Evolus BLA until FDA validates the data and information submitted to support the approval of the BLA.

Medytox further requests the Commissioner to require that source and identity information include a SNP analysis of the whole genome sequence of the botulinum strain in any BLA application for a botulinum toxin product, including the Evolus BLA, to ensure that adequate specifications, including sterility and identity testing, have been developed, and to facilitate FDA review and inspections of the manufacturing process before and after approval.

In the event FDA approves the Evolus BLA, Medytox requests that FDA disclose the true identity and source of the Daewoong strain as well as the results of its investigation to assure patients and physicians that the validity of the data and information to support safety, purity, and potency of DWP-450 is reliable. Even if FDA does not approve the Evolus BLA,

---

[131] 21 C.F.R. § 20.22 (a).

Page 26

Medytox requests the Commissioner to disclose the true identity and source of the DWP-450 botulinum strain to correct the public record in GenBank and address the concerns described in this Citizen Petition.

## C.  ENVIRONMENTAL IMPACT

The actions requested in this petition are subject to categorical exclusion under 21 C.F.R. § 25.31.

## D.  ECONOMIC IMPACT

Information on the economic impact of this proposal will be submitted upon request of the Commissioner.

## E.  CERTIFICATION

The undersigned certifies, that, to the best knowledge and belief of the undersigned, this petition includes all information and views on which the petition relies, and that it includes representative data and information known to the petitioner that are unfavorable to the petition.

Respectfully submitted,

Areta L. Kupchyk
FOLEY HOAG LLP
*Counsel for Medytox Inc.*