# EXHIBIT T



# "대웅제약 균주 도용혐의 사실로 밝혀져"

👤 임도이  |  🕐 승인 2019.10.15 08:07

> 메디톡스 "대웅 균주 분석 전문가 '대웅이 메디톡스 균주 훔쳤다' 결론 내려"

![Medytox 건물 사진]

[헬스코리아뉴스 / 임도이] 메디톡스(대표 정현호)는 폴 카임(Paul Keim)교수가 대웅제약의 보툴리눔 균주를 분석하여 지난달 20일 ITC에 제출한 보고서에서 "대웅제약의 보툴리눔 균주가 메디톡스의 보툴리눔 균주에서 유래한 사실이 확인됐다"고 전했다고 15일 밝혔다. 메디톡스측은 또 폴 카임 교수가 "대웅제약의 보툴리눔 균이 한국의 자연환경에서 분리동정 되는 것은 사실상 불가능하다"고 결론 내렸다고 덧붙였다.

메디톡스 관계자는 "이번 폴 카임 교수의 분석 결과로 대웅제약이 메디톡스의 균주를 도용했다는 사실이 명백하게 밝혀졌다"며 "대웅제약이 미국 미시건대 데이빗 셔먼 박사의 반박보고서를 제출했지만, 유기화학 전공자인 셔먼 박사의 보고서는 한국토양에서 균주를 분리 동정했다는 대웅제약의 주장을 전혀 뒷받침하지 못한 반박을 위해 만든 자료에 불과하다"고 평가절하했다.

그러면서 "메디톡스가 카임 교수 보고서의 전체 내용을 공개하자고 일관되게 주장했지만 일부 공개만 동의하면서 반박하고 있는 대웅제약은 지금이라도 전체 보고서를 공개하자는 메디톡스의 제안에 동의해주기를 요청한다"고 제안했다.

이 관계자는 "미국 노던 애리조나대 폴 카임교수는 유전체 분석을 사용하여 병원균의 기원과 진화를 추적하는 미생물유전학 분야의 최고 권위자 중 한 명"이라며 "실제 카임 교수는 2001년 9.11 탄저균 테러 당시 미국 정부 및 사법기관과 함께 유전체 염기서열 분석을 통해 테러에 사용된 균주와 그 출처를 정확하게 밝혀낸 바 있다"고 주장했다.

메디톡스 관계자는 특히 "대웅제약은 규제기관(캐나다 연방보건부(Health Canada))에는 자사 균주가 포자를 형성하지 않는다고 제출하고, 일반적으로 사용되지 않는 이례적인 실험 조건에서 포자가 형성되었다는 유리한 정보만을 대중에 선택 공개함으로써 여론을 호도하고 있다"며 "이후 메디톡스가 대웅제약이 실험한 이례적인 실험조건으로 메디톡스 균주도 포자가 형성되었다는 결과를 ITC에 제출했음에도 정작 제소과정에서는 어떤 반박도 하지 않고 있다"고 비판했다.

---

# 폴 카임 교수의 ITC 제출 보고서 원문 발췌 내용을 근거로 메디톡스측이 주장하고 있는 사항.

폴 카임 교수가 ITC에 제출한 보고서는 다음과 같은 사실을 밝혔다.(원문의 일부 내용을 번역한 자료임.)

1. 균주의 유전적 진화 과정을 보면, 특정 연구실의 보툴리눔 균주가 공동 기원을 가지고 있는지 명확히 알 수 있다. 구체적으로 홀 A 하이퍼 균주, 메디톡스 균주와 대웅제약 균주는 모두 최근의 동일한 조상으로부터 분화되었다.

2. 메디톡스 균주와 대웅제약 균주는 서로 밀접한 관계이다. 즉, 이미 알려진 다른 어떠한 보툴리눔 균주들과의 전체 유전체 염기서열보다 더 가깝게 일치한다. 메디톡스 균주와 대웅제약 균주는 유전적으로 동일한 혈통을 가지고 있다. 이 혈통은 다른 어떠한 보툴리눔 균주의 전체 유전체 염기서열들과도 다르다.

3. 종합적으로 분석해 본 바, 대웅제약 균주가 메디톡스 균주로부터 유래된 것이라는 것이 최종 결과이다.

4. 대웅제약 균주, 메디톡스 균주와 홀 A 하이퍼 균주가 동일하게 가치고 있는 공통의 유전적 변이들(SNPs)을 통해 대웅제약 균주가 한국 자연환경에서 분리동정되었다는 것은 사실상 불가능하다는 것을 확인할 수 있었다.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable David P. Shaw
Administrative Law Judge

| In the Matter of<br><br>CERTAIN BOTULINUM TOXIN PRODUCTS, PROCESSES FOR MANUFACTURING OR RELATING TO SAME AND CERTAIN PRODUCTS CONTAINING SAME | Inv. No. 337-TA-1145 |
|---|---|

**EXPERT REPORT OF DR. PAUL KEIM**

IV.    **Summary of Key Conclusions**

After conducting the type of SNP analysis described above, as well as additional analysis described below, I have reached the following conclusions, among others, as discussed further below:

- The common origin of certain laboratory strains of *C. botulinum* discussed below is clear from their genetic evolution. Specifically, the Hall A-hyper strain, the Daewoong strain, and the Medytox strain all share a common recent ancestor. The Medytox strain and the Daewoong strain share the same common SNPs that the Hall A-hyper possesses, which distinguish them from other branches of the phylogenetic tree, thus placing the Daewoong and Medytox strains (which I refer to as "sub-strains" of the Hall A-hyper strain) on a common (and unique) phylogenetic branch with the Hall A-hyper strain. The gene content of the Daewoong, Medytox, and Hall A-hyper genomes are identical, with no genes gained or lost compared to the Hall A-hyper.

- In addition to the fact that the Medytox strain and Daewoong strain have SNPs in common with the Hall A-hyper strain, thereby showing they and the Hall A-hyper strain share a common ancestor, they also share unique SNPs that are not found in the Hall A-hyper strain or any other known *C. botulinum* genome. This means the Medytox strain and Daewoong strain display a closer relationship to each other – that is, a closer "match" – than they do to any other known *C. botulinum* genome. In other words, the Daewoong strain and Medytox strain share a common genetic ancestry that are a "match" between them and that distinguish them from any other known *C. botulinum* genome. In light of the data and analysis, as more fully disclosed in this report, my conclusion is that the Daewoong strain is derived from – that, is obtained from – the Medytox strain.

- The common genetic mutations (SNPs) shared by the Daewoong strain, the Medytox strain, and the Hall A-hyper strain make it virtually impossible that Daewoong's strain of *C. botulinum* was isolated from the environment in Korea.

폴 카임 교수의 ITC 제출 보고서 원문 발췌 내용.

Health     Santé
Canada    Canada

Access to Information and Privacy Division
7th Floor, Suite 700, Holland Cross - Tower B
1600 Scott Street, (Mail Stop: 3107A)
Ottawa, Ontario  K1A 0K9

Our file: A-2018-000689 / AEA

2 8 NOV. 2018

Brandon Riley Heard
Smart and Biggar
150 York Street, Unit 1100
Toronto, Ontario
M5H 3S5

**Review of the NDS for DWP-450 in BGTD:**

- The quality review of this NDS was finalized on July 18, 2018.
- Daewoong Pharmaceuticals claimed within their submission that their *C. botulinum* strain was non-spore forming; however, they did not have a sensitive assay and had not tested a range of growth conditions to demonstrate this.

캐나다 연방보건부 공문 중 일부 발췌 … 대웅제약 균주의 포자 미형성 확인 사항.

저작권자 © 헬스코리아뉴스 무단전재 및 재배포 금지

 **임도이**