# EXHIBIT GG

# ALPHAEON Corporation to Pay Off $88 million of Outstanding Third-Party Debt



NEWS PROVIDED BY
**ALPHAEON Corporation** →
May 21, 2019, 09:00 ET

NEWPORT BEACH, Calif., May 21, 2019 /PRNewswire/ -- ALPHAEON Corporation ("ALPHAEON"), announced today that it has completed the sale of 4.0 million shares of common stock in Evolus, Inc. (NASDAQ: EOLS) ("Evolus").

ALPHAEON intends to use the net proceeds from this offering to pay off a majority of its $88 million in third-party debt obligations, which are due in June 2019. In lieu of cash, certain of the note holders have elected to convert part of the outstanding portions of their notes into approximately 1.3 million Evolus shares. The shares transferred to the note holders in this conversion will be subject to a minimum six month holding period pursuant to Rule 144. This will result in ALPHAEON becoming free of all third-party debt obligations on its balance sheet, while reducing its ownership in Evolus to below 40%.

Rick Taketa, Lead Independent Director of ALPHAEON's Board said, "Unlike a traditional private equity firm, ALPHAEON chose not to burden Evolus with any of the debt raised by it for the clinical development program at Evolus prior to its IPO. We are glad to put this important debt paydown event behind us. We are excited about Evolus's future prospects and expect to maintain a significant equity stake in it as we watch the company realize its potential."

Evolus did not issue any new shares and did not receive any proceeds from the sale of the shares in the offering.

**About ALPHAEON Corporation**

ALPHAEON Corporation is a company focused on bringing to market highly innovative healthcare products and services in partnership with board certified specialty physicians.

Statements in this press release that are not a description of historical fact are forward-looking statements and may be identified by the use of words referencing future events or circumstances such as "expect," "intend," "plan," "anticipate," "believe," and "will," among others. Because such statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by such forward-looking statements. Any forward-looking statement made by ALPHAEON in this press release is based only on information currently available to it and speaks only as of the date on which such statement is made. ALPHAEON undertakes no obligation to publicly update any forward-looking statement, whether written or oral, that may be made from time to time, whether as a result of new information, future developments or otherwise.

**ALPHAEON PRESS CONTACT:**

**Amy Nangle**

**Tel: +1-949-260-1700**

SOURCE ALPHAEON Corporation