UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: EVOLUS INC. SECURITIES LITIGATION | Case No.: 1:20-cv-08647-PGG |

NOTICE OF DEFENDANT AEON BIOPHARMA, INC.'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of this Motion dated February 10, 2022, and the Declaration of Edward E. Johnson, Esq. dated February 9, 2022, and the exhibits attached thereto, Defendant AEON Biopharma, Inc. (F/K/A Alphaeon Corporation) will move this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Courtroom 705, New York, New York, at a date and time to be set by the Court, for an Order dismissing the Amended Complaint in the above-captioned action, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 12(b)(6).

DATED: February 10, 2022            Respectfully Submitted,

                                                                THEODORA ORINGHER PC

By: /s/ *Todd C. Theodora*
     Todd C. Theodora (admitted *pro hac vice*)
     CA State Bar No. 120426
     Edward E. Johnson (admitted *pro hac vice*)
     CA State Bar No. 241065
     Michelle Monroe (admitted *pro hac vice*)
     CA State Bar No. 311776
     THEODORA ORINGHER PC
     535 Anton Boulevard, Ninth Floor
     Costa Mesa, CA  92626-7109
     Telephone: (714) 549-6200
     Fax: (714) 549-6201
     Email: ttheodora@tocounsel.com
     ejohnson@tocounsel.com
     mmonroe@tocounsel.com

Attorneys for Defendant AEON Biopharma, Inc. (F/K/A Alphaeon Corporation)

## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2022, a copy of the foregoing **NOTICE OF DEFENDANT AEON BIOPHARMA, INC.'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** was served via E-mail on the following:

    THE ROSEN LAW FIRM, P.A.
    Sara Fuks
    Laurence Rosen
    Phillip Kim
    275 Madison Avenue, 40th Floor
    New York, New York 10016
    Telephone: (212) 686-1060
    Fax: (212) 202-3827
    Email: sfuks@rosenlegal.com
           lrosen@rosenlegal.com
           pkim@rosenlegal.com

*Lead Counsel for Plaintiffs*

    Jonathan Rosenberg
    B. Andrew Bednark
    O'MELVENY & MYERS LLP
    Seven Times Square
    New York, New York 10036
    Email:  jrosenberg@omm.com
           abednark@omm.com

*Attorneys for Defendants Evolus, Inc.,*
*David Moatazedi, Rui Avelar, and Lauren Silvernail*

                                               /s/ Edward E. Johnson
                                               Edward E. Johnson