**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE: EVOLUS INC. SECURITIES LITIGATION** | Case No.: 1:20-cv-08647-PGG |

### DECLARATION OF EDWARD E. JOHNSON IN SUPPORT OF DEFENDANT AEON BIOPHARMA, INC.'S AMENDED MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

I, Edward E. Johnson, under 28 U.S.C. section 1746(2), declare as follows:

1. I am a Senior Attorney with Theodora Oringher, PC, counsel for Defendant AEON Biopharma, Inc. ("AEON," formerly known as Alphaeon Corporation) in this action. I am licensed to practice law in California and I am admitted to appear before the Court in this matter *pro hac vice*.

2. I submit this Declaration in support of AEON'S Motion to Dismiss the Amended Complaint. If called as a witness, I could and would testify truthfully to the statements herein.

3. Attached to this Declaration as **Exhibit A** is a true and correct copy of excerpts from Defendant Evolus' annual report on SEC Form 10-K for the period ending December 31, 2018 publicly filed with the SEC on March 20, 2019, as obtained from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

4. Attached to this Declaration as **Exhibit B** is a true and correct copy of excerpts from Evolus' Schedule 14A Proxy Statement dated April 29, 2019, as obtained from the SEC's online filings and form repository (EDGAR), https://www.sec.gov/Archives/edgar/data/0001570562/000157056219000064/eols2019proxy .htm.

5. Attached to this Declaration as **Exhibit C** is a true and correct copy of AEON's

May 21, 2019 press release entitled *Alphaeon Corporation to Pay Off $88 million of Outstanding Third-Party Debt*, published on PRNewswire and available at https://www.prnewswire.com/news-releases/alphaeon-corporation-to-pay-off-88-million-of-outstanding-third-party-debt-300853991.html.

6. Attached to this Declaration as **Exhibit D** is a true and correct copy of AEON's SEC Form 4 for the transaction on May 20, 2019, publicly filed with the SEC on May 22, 2019, as obtained from public SEC online filings and form repository (EDGAR) at http://www.sec.gov/edgar.shtml.

7. Attached to this Declaration as **Exhibit E** is a true and correct copy of excerpts from AEON Biopharma's SEC Form S-1 Registration Statement, publicly filed with the SEC on September 17, 2021, as obtained from the SEC's public online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

8. Attached to this Declaration as **Exhibit F** is a true and correct copy of SEC Form 4/A of Alphaeon Corporation for the transaction on June 3, 2019, publicly filed with the SEC on June 4, 2019, as obtained from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

9. Attached to this Declaration as **Exhibit G** is a true and correct copy of Order No. 1: Protective Order of Administrative Law Judge David P. Shaw in *In the Matter of Certain Botulinum Toxin Products, Processes for Manufacturing or Relating to Same and Certain Products Containing Same*, Inv. No. 337-TA-1145 (the "ITC Litigation"), publicly filed on March 6, 2019, as obtained from the ITC's Electronic Document Information System (EDIS), https://edis.usitc.gov/external/.

10. Attached to this Declaration as **Exhibit H** is a true and correct copy of excerpts from Evolus' SEC Form S-1 publicly filed with the SEC on filed in January 2018, as obtained

from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2022 at Pasadena, California.

_____
Edward E. Johnson

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, a copy of the foregoing **DECLARATION OF EDWARD E. JOHNSON IN SUPPORT OF DEFENDANT AEON BIOPHARMA, INC.'S AMENDED MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** was served via E-mail on the following:

THE ROSEN LAW FIRM, P.A.
Sara Fuks
Laurence Rosen
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: sfuks@rosenlegal.com
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Lead Counsel for Plaintiffs*


Jonathan Rosenberg
B. Andrew Bednark
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Email: jrosenberg@omm.com
abednark@omm.com

*Attorneys for Defendants Evolus, Inc.,*
*David Moatazedi, Rui Avelar, and Lauren Silvernail*


/s/ Edward E. Johnson
Edward E. Johnson