# EXHIBIT "B"

DEF 14A 1 eols2019proxy.htm DEF 14A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

_____

## SCHEDULE 14A
### Proxy Statement Pursuant to Section 14(a) of
### the Securities Exchange Act of 1934

_____

Filed by the Registrant  ☒
Filed by a Party other than the Registrant  ☐
Check the appropriate box:

☐      Preliminary Proxy Statement

☐      **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒      Definitive Proxy Statement

☐      Definitive Additional Materials

☐      Soliciting Material Pursuant to §240.14a-12

# EVOLUS, INC.

_____

(Name of Registrant as Specified In Its Charter)

_____

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒      No fee required.

☐      Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11

  1)      Title of each class of securities to which transaction applies:

  2)      Aggregate number of securities to which transaction applies:

  3)      Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

  4)      Proposed maximum aggregate value of transaction:

  5)      Total fee paid:

☐      Fee paid previously with preliminary materials.

☐      Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

  1)      Amount Previously Paid:

  2)      Form, Schedule or Registration Statement No.:

  3)      Filing Party:

4)	Date Filed:

# Proposal 1 - Election of Directors

The board of directors is currently comprised of seven directors and is divided into three classes: Class I, Class II and Class III. Each class of directors serves for a three-year term, with one class of directors being elected by our stockholders at each annual meeting. David Gill and Robert Hayman serve as Class I Directors, with terms of office expiring at this year's Annual Meeting. Simone Blank and Bosun Hau serve as Class II Directors, with terms of office expiring at the 2020 Annual Meeting of Stockholders. David Moatazedi, Vikram Malik and Kristine Romine, M.D. serve as Class III Directors, with terms of office expiring at the 2021 Annual Meeting of Stockholders.

Upon the recommendation of the nominating and corporate governance committee, Messrs. Gill and Hayman are the board's nominees for election to the board at the Annual Meeting. The Class I directors will be elected to hold office until the 2022 Annual Meeting and until their successors are duly elected and qualified or until their earlier death, resignation or removal. Unless otherwise instructed, the persons named in the accompanying proxy will vote, as permitted by our bylaws, to elect Messrs. Gill and Hayman as Class I Directors. Each person nominated for election has agreed to serve if elected, and we have no reason to believe that any nominee will be unable to serve. If any nominee is not able to serve, proxies will be voted in favor of the other nominee and may be voted for a substitute nominee, unless the board chooses to reduce the number of directors serving on the board. There are no arrangements or understandings between any nominee and any other person pursuant to which the nominee was selected.

## Director Qualifications

The board of directors has determined that, as a whole, it must have the right mix of characteristics, skills and diversity to provide effective oversight of our company. In selecting directors, the board seeks to achieve a mix of directors that enhances the diversity of background, skills and experience on the board, including with respect to age, gender, international background, ethnicity and specialized experience. Directors should have relevant expertise and experience and be able to offer advice and guidance to our Chief Executive Officer based on that expertise and experience.

Each director is also expected to:

- possess fundamental qualities of intelligence, honesty, perceptiveness, maturity, integrity, fairness and responsibility;

- have a genuine interest in Evolus and recognize that as a member of the board, each director is accountable to all of our stockholders, not to any particular interest group;

- be of the highest ethical character and share the values of Evolus as reflected in its Code of Conduct;

- be highly accomplished in his or her field, with superior credentials and recognition;

- possess sound business judgment, be able to work effectively with others, have sufficient time to devote to our affairs; and be free from conflicts of interest; and

- have independent opinions and be willing to state them in a constructive manner.

The board periodically reviews the diversity of skills and characteristics needed in the board's oversight of our company, as well as the effectiveness of the mix of skills and experience. The board considers the skill areas represented on the board, those skill areas represented by any directors who are expected to retire or leave the board in the near future, and recommendations of directors regarding skills that could improve the ability of the board to carry out its responsibilities.

## Identifying and Evaluating Nominees for Directors

When the board of directors or its nominating and corporate governance committee has identified the need to add a new director with specific qualifications or to fill a vacancy on the board, the chair of the nominating and corporate governance committee will initiate a search, seeking input from other directors and senior management, review any candidates that the nominating and corporate governance committee has previously identified, and, if necessary, hire a search firm. The nominating and corporate governance committee will identify the initial list of candidates who satisfy the specific criteria and otherwise qualify for membership on the board. Selected members of the board of directors will interview each qualified candidate; other directors will also interview the candidate if practicable. Based on a satisfactory outcome of those interviews, the nominating and corporate governance committee will make its recommendation on the candidate to the board.