# EXHIBIT "E"

S-1 1 aeon-s1.htm S-1

**As filed with the Securities and Exchange Commission on September 17, 2021.**

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-1
# REGISTRATION STATEMENT
**Under**
**The Securities Act of 1933**

# AEON BIOPHARMA, INC.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **2834** | **45-4777018** |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**4040 MacArthur Blvd., Suite 260**
**Newport Beach, California 92660**
**Telephone: (949) 354-6499**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Marc Forth**
**Chief Executive Officer**
**4040 MacArthur Blvd., Suite 260**
**Newport Beach, California 92660**
**Telephone: (949) 354-6499**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **B. Shayne Kennedy** | **Arthur McGivern** |
| **Drew Capurro** | **Seo Salimi** |
| **Latham & Watkins LLP** | **Nicole Daley** |
| **650 Town Center Drive, 20th Floor** | **Goodwin Procter LLP** |
| **Costa Mesa, California 92626** | **100 Northern Ave.** |
| **Telephone: (714) 540-1235** | **Boston, Massachusetts 02210** |
| **Fax: (714) 755-8290** | **Telephone: (617) 570-1000** |
| | **Fax: (617) 523-1231** |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or and "emerging growth company." See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | X | Smaller reporting company | X |
| | | Emerging growth company | X |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided to Section 7(a)(2)(B) of the Securities Act. X

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|
| Common Stock, par value $0.0001 per share | $75,000,000 | $8,183 |

(1)  Estimated solely for purposes of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.
(2)  The proposed maximum aggregate offering price includes the offering price of additional shares that the underwriters have the option to purchase.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

## CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS

In addition to the compensation arrangements, including employment arrangements, with our directors and executive officers, including those discussed in the section titled "Executive and Director Compensation," the following is a description of each transaction since January 1, 2018 and each currently proposed transaction in which:

- we have been or are to be a participant;

- the amounts involved exceeded or will exceed the lesser of $120,000 and 1% of our total assets; and

- any of our directors, executive officers or holders of more than 5% of our capital stock, or an affiliate or immediate family member of the foregoing persons, had or will have a direct or indirect material interest.

Other than as described below, there have not been, nor are there any currently proposed, transactions or series of similar transactions to which we have been or will be a party other than compensation arrangements, which are described where required under the section titled "Executive and Director Compensation."

### Relationship with Strathspey Crown Holdings Group, LLC

*Borrowings from SCH*

From December 2013 to January 2020, we were party to an intercompany credit line promissory note, or the Strathspey Crown Note, pursuant to which Strathspey Crown Holdings Group, LLC, or SCH, advanced borrowings to us. Since January 1, 2018, the largest aggregate amount of principal outstanding under the Strathspey Crown Note was $53.0 million.  SCH is a holder of more than 5% of our capital stock, and Robert E. Grant and Vikram Malik are managers of SCH and serve on our board of directors.

From January 1, 2018 to June 30, 2019, the Strathspey Crown Note accrued interest monthly on the outstanding principal at a rate equal to the Applicable Federal Rate published by the IRS for such month, compared to 10% per annum for the period from July 1, 2019 to December 31, 2019, and 20% per annum from January 1, 2020 to its maturity on March 31, 2020, respectively. In the year ended December 31, 2018, we did not make any payments in principal or interest. In the year ended December 31, 2019, we paid $39.0 million in principal, of which $14.0 million was paid in cash and $25.0 million was settled by us distributing to SCH 1,298,701 shares of Evolus common stock previously owned by us, and did not make any payments in interest.

In December 2019, we issued and sold to SCH a convertible promissory note with a principal amount of $1.0 million, which is further described below under "—2019 Convertible Note Financing."

Effective as of January 2, 2020, we issued a convertible promissory note with a principal amount of $17.5 million, or the SCH Convertible Note, in exchange for the cancellation of all obligations under the Strathspey Crown Note. Our payment and performance under the SCH Convertible Note are guaranteed by ABP Sub Inc., our wholly owned subsidiary. Pursuant to the terms of the SCH Convertible Note, we are required to repay 175% of the principal amount to SCH on the third anniversary of its issuance. In the event of an underwritten public offering of our common stock, the SCH Convertible Note will automatically convert into a number of shares of our common stock equal to 175% of the principal amount of the SCH Convertible Note, divided by the per share price at which shares are offered to the public in such offering.

*Shared Services Agreements with Strathspey Crown Limited*

In August 2019, we and Alphaeon Credit, which was then our wholly owned subsidiary, each entered into services agreements, with Strathspey Crown Limited, an affiliate of SCH, or Strathspey Crown Limited, with an effective date of January 2019. The services agreement with us sets forth certain agreements between Strathspey Crown Limited and us that will continue to govern the respective responsibilities and obligations between Strathspey Crown Limited and us following this offering. In September 2020, we divested all businesses and equity interests in Alphaeon Credit as part of the Divestiture Transactions.

**AEON BIOPHARMA, INC.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Information and amounts as of June 30, 2021 and for the six months ended June 31, 2020 and 2021 are unaudited)**

Basic and diluted net loss per share for the six months ended June 30, 2021 was calculated as follows (in thousands, except per share amount):

**Six Months Ended June 30, 2021**

| | |
|---|---|
| Net loss available to AEON common stockholders | $ (36,453) |
| Weighted average common shares outstanding, basic and diluted | 113,472 |
| Net loss per share attributable to AEON common stockholders, basic and diluted | $ (0.32) |

The following potentially dilutive securities outstanding have been excluded from the computation of diluted weighted average shares outstanding because such securities have an anti-dilutive impact.

| | December 31, | | June 30, | |
|---|---|---|---|---|
| | **2019** | **2020** | **2020** | **2021** |
| Convertible preferred stock outstanding | 21,257,708 | 21,257,708 | 21,257,708 | 21,257,708 |
| Convertible preferred stock warrants outstanding | 342,011 | 342,011 | 342,011 | 342,011 |
| Common stock options | 3,521,984 | 10,516,525 | 16,205,101 | 10,516,525 |
| | 25,121,703 | 32,116,244 | 37,804,820 | 32,116,244 |

In addition, for the year ended December 31, 2019, shares of common stock issuable upon conversion of the Company's outstanding convertible notes have been excluded from the computation of diluted weighted shares outstanding as the number of shares issuable is not determinable at this time.

*Noncontrolling Interest*

As of December 31, 2018, the Company owned approximately 56% of Evolus' outstanding common stock. On May 20, 2019, the Company sold 4,000,000 shares of Evolus common stock for proceeds of $77.0 million, and repaid a portion of its outstanding convertible notes and accrued interests by distributing to holders of the convertible notes 1,307,940 shares of Evolus' common stock, which reduced the Company's ownership percentage of Evolus' common stock to approximately 36%. As a result, the Company no longer had a controlling financial interest in Evolus. The Company derecognized the assets and liabilities of Evolus in the accompanying consolidated financial statements effective May 20, 2019.

The shares in Evolus owned by third parties represented an interest in Evolus' equity that is not controlled by the Company. However, as the Company continued to maintain overall control of Evolus through its voting interest, the Company reflected the assets, liabilities and results of operations of Evolus in the accompanying consolidated financial statements until May 20, 2019, the date of Evolus deconsolidation. Noncontrolling interest attributable to other owners of Evolus' common stock was recorded as a separate line on the accompanying consolidated statements of operations and comprehensive income (loss) and a separate line within equity (deficit) on the accompanying consolidated balance sheets. In addition, the Company accounted for stock-based compensation expense Evolus had recognized as an increase in noncontrolling interest and a decrease in additional paid-in-capital, as share-based payment awards Evolus grants, if exercised, would result in a decrease in the Company's ownership interest in Evolus and an increase in noncontrolling interest.

In addition, ABP Sub Inc., the Company's wholly owned subsidiary, grants stock options to certain employees and nonemployee consultants of ABP Sub Inc. The Company accounts for stock-based compensation expense recognized by ABP Sub Inc. as an increase in noncontrolling interest in the accompanying consolidated financial statements. See Note 13, "Share-based Compensation" for more information.

*Contingencies*

The Company may be, from time to time, a party to various disputes and claims arising from normal business activities. The Company continually assesses litigation to determine if an unfavorable outcome would lead to a probable loss or reasonably possible loss which could be estimated. The Company accrues for all contingencies at the earliest date at

F-15

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, as amended, the Registrant has duly caused this registration statement on Form S-1 to be signed on its behalf by the undersigned, thereunto duly authorized, in Irvine, California, on September 17, 2021.

**AEON Biopharma, Inc.**

By:  /s/ Marc Forth

Marc Forth
*Chief Executive Officer*

**POWER OF ATTORNEY**

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Marc Forth, Chris Carr and Alex Wilson, and each of them, as his or her true and lawful attorneys-in-fact, proxies and agents, each with full power of substitution and resubstitution and full power to act without the other, for him or her in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments or any abbreviated registration statement and any amendments thereto filed pursuant to Rule 462(b) increasing the number of securities for which registration is sought), and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact, proxies and agents full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully for all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact, proxies and agents, or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement on Form S-1 has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Marc Forth<br>Marc Forth | Chief Executive Officer<br>(Principal Executive Officer) | September 17, 2021 |
| /s/ Chris Carr<br>Chris Carr | Chief Financial Officer<br>(Principal Accounting and Financial Officer) | September 17, 2021 |
| /s/ Simone Blank<br>Simone Blank | Director | September 17, 2021 |
| /s/ Jost Fischer<br>Jost Fischer | Director | September 17, 2021 |
| /s/ Robert E. Grant<br>Robert E. Grant | Director | September 17, 2021 |
| /s/ Vikram Malik<br>Vikram Malik | Director | September 17, 2021 |
| /s/ Darren O'Brien<br>Darren O'Brien | Director | September 17, 2021 |
| /s/ Richard H. Taketa<br>Richard H. Taketa | Director | September 17, 2021 |