**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re EVOLUS, INC. SECURITIES LITIGATION** | **Civil Action No. 20-cv-8647-PGG** |

**DECLARATION OF SARA FUKS, ESQ., IN SUPPORT OF PLAINTIFFS'
MEMORANDA OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO
DISMISS THE AMENDED COMPLAINT**

I, Sara Fuks, under 28 U.S.C. § 1746(2), declare as follows:

1. I am admitted to practice before this Court and a partner at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff Raja Ahmad and named plaintiffs Kim Keller, Mitchell Sisun and Peter Diafera ("Plaintiffs").

2. I submit this declaration in support of Plaintiffs' Memoranda of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint. The purpose of this declaration is to provide the Court with documents that Plaintiffs refer to in the Amended Complaint and cite in their oppositions to Defendants' motions to dismiss.

3. Attached hereto as Exhibit 1 are excerpts from Evolus's annual report on SEC Form 10-K for the period ending December 31, 2018, publicly filed with the SEC on March 20, 2019, as obtained from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

4. Attached hereto as Exhibit 2 are excerpts from Evolus's annual report on SEC Form 10-K for the period ending December 31, 2019, publicly filed with the SEC on February 25, 2020, as obtained from EDGAR.

5. Attached hereto as Exhibit 3 is Evolus's Form S-3 Registration Statement publicly filed with the SEC on March 22, 2019, as obtained from EDGAR.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Sara Fuks_____
Sara Fuks

Executed on:   April 20, 2022
New York, New York