**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re EVOLUS, INC. SECURITIES LITIGATION** | **Civil Action No. 20-cv-8647-PGG** |

**REPLY DECLARATION OF JONATHAN ROSENBERG, ESQ., IN**
**FURTHER SUPPORT OF THE EVOLUS DEFENDANTS' MOTION TO DISMISS THE**
**AMENDED COMPLAINT**

I, Jonathan Rosenberg, under 28 U.S.C. § 1746(2), declare as follows:

1. I am admitted to practice before this Court and a partner with O'Melveny & Myers LLP, counsel to Defendants Evolus, Inc. ("Evolus"), David Moatazedi, Rui Avelar, and Lauren Silvernail ("the Evolus Defendants").

2. I submit this reply declaration in further support of the Evolus Defendants' Motion to Dismiss the Amended Complaint. The purpose of this declaration is to provide the Court with a document that Plaintiffs reference in their opposition brief, but did not attach as an exhibit.

3. Attached to this Declaration as Exhibit A is a true and correct copy of excerpts from Evolus's Prospectus Supplement filed with the SEC on November 7, 2019, as obtained from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml. Plaintiffs reference the stock offering associated with this document in their opposition brief at pages 1, 6, and 28, but did not attach the document to the Declaration of Sara Fuks. The Evolus Defendants cite the following pages in their reply brief: (i) pages S-2, where Evolus refers investors to "Risk Factors" and incorporates their "Quarterly Report on Form 10-Q for the period

ended September 30, 2019, along with our consolidated financial statements and notes to those consolidated financial statements"; (ii) page S-5, where Evolus lists "Risk Factors" and refers investors to incorporated documents; (iii) pages S-18 and S-19, where Evolus lists the incorporated documents and where investors "can find additional information."

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jonathan Rosenberg_____
Jonathan Rosenberg

Executed on:   June 16, 2022
New York, New York