UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: EVOLUS INC. SECURITIES
LITIGATION

**ORDER**

20 Civ. 8647 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On September 26, 2024, this Court issued a memorandum opinion and order granting Defendants' motions to dismiss the Amended Complaint. (Dkt. No. 116) In the opinion, this Court granted Plaintiff leave to move to amend, but directed that any such motion be filed by October 17, 2024. (Id. at 61) Plaintiff has not filed a motion for leave to amend. Accordingly, the Clerk of Court is directed to enter judgment for Defendants, and to close this case.

Dated: New York, New York
       October 18, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge