**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN RE: EVOLUS INC. SECURITIES
LITIGATION

20 **CIVIL** 8647 (PGG)
**JUDGMENT**

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 18, 2024, this Court issued a memorandum opinion and order on September 26, 2024 granting Defendants' motions to dismiss the Amended Complaint. (Dkt. No. 116) In the opinion, this Court granted Plaintiff leave to move to amend, but directed that any such motion be filed by October 17, 2024. (Id. at 116). Plaintiff has not filed a motion for leave to amend. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York
October 18, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:** *K. Mango*
**Deputy Clerk**